**EXHIBIT A**

# EXHIBIT A

**EXHIBIT A**

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>56th    **JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NO.**<br>24- 5 ⁶⁸    -CZ |
|---|---|---|

**Court address**

| | Court telephone no. |
|---|---|
| 1045 Independence Boulevard, Suite 200, Charlotte, MI 48813 | (517) 543-4335 |

| Plaintiff's name, address, and telephone no.<br>CITY OF LANSING | v | Defendant's name, address, and telephone no.<br>WOODSIDE MEADOWS APTS OWNER LLC |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Gregory S. Venker (P81780)<br>F. Joseph Abood (P42307)<br>Matthew Staples (P84571)<br>124 W. Michigan Avenue, 5th Floor, Lansing, MI 48933<br>(517) 483-4320 | | C/O VCORP Agent Services, Inc., Resident Agent<br>40600 Ann Arbor Road, Ste 201<br>Plymouth, MI 48170 |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☑ 54A District Court _____ Court, where

it was given case number 2308991-ON _____ and assigned to Judge Michael A. Flores _____

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>5 3 2024 | Expiration date*<br>8 30 2024 | Court clerk<br>Diana Boswoth |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**            MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Summons (3/23)

Case No. 24- 548 -CZ

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|------|--------------------------|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | | Signature |
|-------------|----------------|-----|--|-----------|
| $ | | $ | | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE | Name (type or print) |
| $ | | $ | $ | |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

| Attachments (if any) | on | Date and time |
|----------------------|-----|---------------|

| Signature | on behalf of | |
|-----------|--------------|--|

Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

**STATE OF MICHIGAN**

## IN THE 56TH CIRCUIT COURT FOR THE COUNTY OF EATON

CITY OF LANSING, a Michigan municipal
corporation,

Plaintiff,

v.

WOODSIDE MEADOWS APTS OWNER
LLC,

Defendant.

Case No. 24- 568    -CZ

Hon. Appointed

Gregory S. Venker (P81780)
F. Joseph Abood (P42307)
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5th Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

### VERIFIED COMPLAINT

NOW COMES the above-named Plaintiff, City of Lansing ("City"), by and through its

attorneys, the Office of the City Attorney, and submits its Verified Complaint against Defendant,

Woodside Meadows Apts Owner LLC, ("Woodside") and states the following:

### Parties

1.      That the Plaintiff City of Lansing is a municipal corporation, incorporated under

the laws of the State of Michigan and is entitled to all of the powers, privileges, and immunities

accorded to home rule cities under the Michigan Constitution, the laws of the United States and

the State of Michigan;

2.      That the Defendant, Woodside, is a domestic limited liability company organized

under the laws of the State of Delaware, registered in the State of Michigan, owning and operating

Sycamore Townhomes at 4590 Seaway Dr. in the City of Lansing, County of Eaton, with its

registered agent, VCorp Agent Services, Inc., located in Plymouth, Michigan;

## Jurisdiction

3.      That this court has jurisdiction of this matter under MCL 600.2940 (Revised Judicature Act), MCL 125.401, *et seq.* (Housing Law of Michigan), MCR 2.622, and MCL 554.1011, *et seq.* (Receivership Act);

4.      That the venue is properly in this court as the matter arises in the City of Lansing, County of Eaton, State of Michigan, where the property located at 4590 Seaway Dr., commonly referred to as "Sycamore Townhomes," is located;

## Facts

**A.      Sycamore Townhomes**

5.      That Woodside owns and operates multi-unit rental housing called Sycamore Townhomes ("Sycamore");

6.      That Sycamore was built in approximately 1971 and purchased by Woodside in 2020;

7.      That Sycamore is located in the City of Lansing, County of Eaton;

8.      That Sycamore is legally described as:

Lots 135, 136, 137, 225, 226, and 227 of Glenburne No. 2, according to the plat thereof recorded in Liber 6 of plats, page 27 and Liber 7 of plats, page 4, Eaton County Records.

9.      That Sycamore consists of 67 different buildings containing approximately 339 units with corresponding addresses on Burneway, Seaway, Roscommon, Woodbridge, and Chadbourne Drives;

10.     That all rental property in the City of Lansing is subject to the laws and regulations of the City of Lansing governing rental housing including, but not limited to, the City of Lansing

Housing Code consisting of the International Property Maintenance Code and Rental Properties regulations, as adopted. Lansing City Ordinance 1460;

11.    That all properties in the City of Lansing are subject to the City of Lansing Building Code and Fire Code, as adopted. Lansing City Ordinance 1420; Lansing City Ordinance 1610;

12.    That as a multi-unit housing containing more than two family dwellings in a city with a population exceeding 10,000, this rental property is subject to the Housing Law of Michigan, MCL 125.401;

13.    That MCL 125.486 states, "[w]henever any dwelling or any building, structure, excavation, business pursuit, matter or thing, in or about a dwelling, or the lot on which it is situated . . . is in the opinion of the health officer or other such appropriate public official as the mayor may designate in a condition or in effect dangerous or detrimental to life or health, the health officer or such other appropriate public official as the mayor may designate may declare that the same to the extent he may specify is a public nuisance. . ."

14.    That the Michigan Building Code defines anything over a two-family dwelling as commercial use;

15.    That the Receivership Act provides for the appointment of a receiver to any commercial property including real property, fixtures, and any personal property related to or used in operating the real property;

**B. History of Non-Compliance and Prior Litigation**

16.    That as permitted under the Housing Law of Michigan, all multi-unit rental properties within the City of Lansing are required to have an inspection by the Office of Code Compliance every two years and obtain a certificate of compliance, commonly referred to as a

rental certificate. MCL 125.526, MCL 125.529, Lansing Code of Ordinances 1460.45;

17.     That each inspection results in the creation of an inspection report;

18.     That each inspection report is accompanied by a "sign and return affidavit" in which the signee certifies that all cited violations have been corrected with approved materials in an approved method, all permits have been obtained and that any necessary permits have undergone inspection and approval;

19.     That Sycamore Townhomes were inspected between April 15, 2022, through June 15, 2022;

20.     That the City produced an inspection report for each building outlining all correction items. (**Exhibit A**: Inspection Reports);

21.     That Defendant did not correct all of the items cited in the inspection reports;

22.     That the City of Lansing filed a district court compliance case against Defendant on or about September 22, 2023. (**Exhibit B**: Court Ordered Compliance Ticket);

23.     That Defendant has failed to bring the property into compliance, despite multiple appearances before the district court, a fine in the amount of $10,000 for violating a prior stipulated order of compliance, a fine in the amount of $5,000 for continued failure to comply, and an order to place $14,250 in escrow with the court to ensure future compliance;

24.     That Defendant has failed to pay to the 54A district court the fines and escrow as required by the April 22, 2024 order.

25.     That at a hearing before the district court on May 28, 2024, Defendant was ordered to pay the $14,250 that was supposed be paid into escrow to the City of Lansing for non-compliance with the court's order of April 22, 2024, and was additionally fined $33,500 for continuing non-compliance;

26.     That no rental certificate was issued for any building during the 2022 rental inspection cycle;

27.     That based upon information and belief, Defendant has still not corrected the items cited during the 2022 inspections;

28.     That Defendant was noticed on May 6, 2024, for a grass and weeds violation for failure to properly mow and maintain the property. (**Exhibit C**: May 6 notice and pictures);

29.     That Defendant failed to take responsive action, and the City was forced to abate the grass and weeds violation;

30.     That Defendant was noticed on May 14, 2024, for a trash and debris violation after a contractor dumped demolition debris in a parking lot at Sycamore. (**Exhibit D**: May 14 notice and pictures);

31.     That the City was forced to send code enforcement officers to the premises, hire contractors to erect emergency fencing around the debris, and monitor the property for additional dumping;

32.     That the Lansing Police Department was called to the site and a police report filed regarding the illegal dumping;

33.     That Defendant was noticed again on May 16, 2024, for a trash and debris violation after the same contractor dumped yet another load of demolition debris in a parking lot at Sycamore. (**Exhibit E**: May 16 notice and pictures);

34.     That the City had to, again, dispatch code officers to the premises, contract for the erection of emergency fencing, and continue to monitor the property for additional illegal dumping;

35.     That the Lansing Police Department was again notified of the illegal dumping;

36.     That, based on information and belief, Defendant has yet to remediate these trash and debris violations, leading to a large accumulation of demolition debris in a parking lot at Sycamore;

37.     That Defendant was noticed on May 24, 2024, of an emergency board-up after units at 4056 Woodbridge Dr. and 4801 Roscommon Dr. were found to be open and accessible after apparently being forcibly entered; (**Exhibit F**: May 24 Notice and Pictures);

38.     That the City was forced to call out a contractor to board-up and secure those two buildings;

**C. Red Tags and Pink Tags**

39.     That the City of Lansing has adopted the 2015 International Property Maintenance Code ("IPMC") via ordinance, Chapter 1460;

40.     That the IPMC, as amended by ordinance, provides for the ability to placard a property that is determined condemned and unsafe;

41.     That the City implements placarding through the placement of a red tag upon any unit determined to be condemned and unsafe;

42.     That presently 147 units have been red-tagged by the City of Lansing that cite to the following violations:

        a.  Fire damaged units.

        b.  Damage/deterioration of roof/roofing materials.

        c.  Broken/missing windows.

        d.  Gaps/holes under sinks and in exterior walls.

        e.  Missing/damaged exterior doors/screens.

        f.  Infestation of bugs/roaches.

g. Lack of functioning hard-wired smoke detector.

h. Leaking or broken pipes/fixtures/faucets.

i. Unstable/damaged/missing steps to basement.

j. Dirty/clogged vent fans/air registers.

k. Parking lot/sidewalks have potholes/other damage.

l. Paint/siding/other protective coating missing/damaged.

m. Exterior holes from prior supply lines/HVAC equipment that has been removed.

n. Improper use of basement for sleeping areas/lack of egress.

o. Furnaces are in poor working order and have been subject to repeated equipment failures.

p. Water heaters are in poor working order and require inspection by a licensed contractor.

q. Gasoline/combustibles/automotive batteries being improperly stored in basements.

r. Holes in fire wall barriers.

s. Water damage and mold accumulation.

t. Damaged/degraded/leaking hot water heaters.

u. Improperly installed GFCI outlets/wiring/breaker panels.

v. Missing gutters/downspouts/proper grading of premises.

w. Deteriorating exterior concrete work.

x. Improperly installed electrical equipment, including exterior lighting.

y. Lack of working utilities.

z. Accumulation of trash, combustibles, and feces.

aa. Disconnected dryer that is not venting to the exterior of the building

bb. Exposed, loose, and hanging wires.

cc. Work being done without proper permit.

43. That the City of Lansing has a separate tagging process called pink tagging which provides tenants with notice that: the building lacks a valid rental certificate, reoccupancy of the building is unlawful, and that tenants may be entitled to escrow rent. Lansing City Ordinances, Chapter 1460.49(d);

44. That based upon information and belief, the Defendant has continued to rent out units despite not having a rental certificate for several years;

45. That Defendant, as owner and manager of the property, is responsible for the conditions at Sycamore;

46. That Defendant has failed to remit proper payment for water and sewer utilities to the Lansing Board of Water and Light, and the property is now at imminent risk of having the utilities shut off;

47. That shutting off the water and sewer to Sycamore would render all units uninhabitable and would require the City to red tag and vacate those units;

48. That lack of water and sewer is an immediate threat to the health, safety, and welfare of the Lansing residents residing at Sycamore;

49. That Defendant has failed to cure the unsafe conditions;

50. That Defendant's work and/or omission of work on the premises is conduct that has resulted in Sycamore being currently in an unsafe condition;

### Count 1 – Public Nuisance

51. That Plaintiff hereby adopts and incorporates by reference each allegation contained in this Complaint as if more specifically set forth herein;

52.     That the City of Lansing Housing Code regulates and governs conditions and maintenance of all premises in the City to ensure the structures are safe, sanitary, and fit for occupation and use;

53.     That the Housing Law of Michigan provides the policy of this State and the provisions of this Act, including inspection procedures, are to protect the health and safety of the general public, as well as occupants of dwellings. MCL 125.528;

54.     That Defendant's conduct has resulted in the unreasonable interference with a right common to the general public;

55.     That public's health, safety, peace, comfort, and convenience have been disturbed by Defendant's conduct;

56.     That Defendant's neglect to perform necessary repair work and basic maintenance is conduct proscribed by law,

57.     That Defendant performing work without a permit and inconsistent with state and local law is proscribed conduct;

58.     That Defendant knew or should have known that performing work without a permit, performing work not in compliance with state and local law, and neglecting to perform necessary repairs and maintenance would preclude the City of Lansing from issuing a rental certificate;

59.     That Defendant has allowed a large accumulation of demolition debris to be accumulated in the parking lot of the leasing office, which is an attractive nuisance, and a violation of zoning regulations, which constitutes a nuisance per se. MCL 125.3407;

60.     That the conditions on the premises pose clear and immediate risk to the public health, safety, and welfare;

61.     That in addition, throughout the complex are numerous non-functioning smoke detectors, missing guard rails on stairs, units without utilities, plumbing leaks, and unsafe furnaces and hot water heaters;

62.     That Defendant has created and maintained a public nuisance by performing work without a permit, performing work not in compliance with state and local law, and neglecting to perform necessary repairs and maintenance;

63.     That the Housing Law of Michigan provides the enforcing agency the ability to bring an action against an owner or occupant for failure to comply with notices of violations in order to abate or enjoin the violations. MCL 125.534;

64.     That the persistent occupation and reletting of units without obtaining a certificate of compliance from the City of Lansing creates a nuisance;

65.     That the occupation of units tagged by the City of Lansing Code Compliance Office violates the Lansing Housing Code and creates a nuisance;

66.     That the conditions described above create dangerous and unsafe conditions as defined under the Housing Law of Michigan;

67.     That the conditions described have been determined by the Director of the Department of Economic Development and Planning, who oversees the Office of Code Compliance, to be conditions that are dangerous and detrimental to life and health, thereby creating a public nuisance as defined under the Housing Law of Michigan, MCL 125.486, and is a nuisance per se;

68.     That the conditions described and determined in the inspection reports and red tag notices are a public nuisance in fact, and the continuation thereof also constitutes a nuisance in fact;

69. That a building that is damaged by fire, wind, flood, deteriorated, neglect, abandonment, vandalism, or other cause so that the structure strength or stability of the building is appreciably less than it was before the damage and does not meet the minimum requirements of the Housing Law of Michigan or Building Code of the City of Lansing is a dangerous building as defined by MCL 125.539;

### Count 2 – Request for Receivership

70. That Plaintiff hereby adopts and incorporates by reference each allegation contained in this Complaint as if more specifically set forth herein;

71. That MCR 2.622 provides that the circuit court may appoint a receiver either upon a motion or sua sponte if good cause is shown consistent with the law;

72. That the Housing Law of Michigan and Receivership Act all provide a legal basis to appoint a receiver in this case;

### A. Housing Law of Michigan

73. That MCL 125.535 provides for the appointment of a receiver for the purposes of repairing, renovating, and rehabilitating the premises necessary to comply with the provisions of the Housing Law of Michigan;

74. That the receiver is charged with making the premises safe, decent, and sanitary, or removing a building or structure;

75. That as applied to Sycamore, the property is in need of significant repair to bring the 339 units into compliance with local and state code;

76. That Defendant has demonstrated its inability to do the necessary repairs itself;

77. That this inability is shown by the long list of prior enforcement actions detailed above, its failure to comply with orders of the district court, and the fact that it has not passed a

rental inspection since 2020;

78. That violations persist on the property;

**B.    Receivership Act**

79. That the circuit court has broad, exclusive jurisdiction to appoint a receiver and oversee all matters relating to receivership;

80. That the Receivership Act applies to any commercial property which includes real property with more than 4 units. MCL 554.1014;

81. That commercial property includes real property, fixtures, and any personal property related to or used in operating the real property;

82. That a receiver may be appointed for the purpose of making improvements to a property. MCL 554.1022(2)(b);

83. That past performance or lack of performance that the court renders unimpressive supports the appointment of a receiver;

84. That the past behavior of Sycamore supports that it will not undertake and perform the work that needs to be done in order to bring the complex into compliance with state and local law;

85. That based upon information and belief, Defendant is presently in default to the City of Lansing Board of Water and Light for electricity and water services in excess of $84,000;

86. That the property is currently in delinquent status with the Board of Water and Light and faces the imminent termination of water and sewer utility services to the entirety of the property;

87. That any unit that lacks utilities will be red tagged because it renders the structure unsafe for human occupation under the International Property Maintenance Code, as adopted by

the City of Lansing;

88.     That the appointment of a receiver can ensure that utilities are paid for and avoid displacement of hundreds of tenants;

## COUNT 3 – REQUEST FOR INJUNCTIVE RELIEF

89.     That Plaintiff hereby adopts and incorporates by reference each allegation contained in this Complaint as if more specifically set forth herein;

90.     That the Housing Law of Michigan provides the enforcing agency the ability to bring an action against an owner or occupant for failure to comply with notices of violations in order to abate or enjoin the violations, MCL 125.534

91.     That, as discussed in great detail in Count 1, Defendant's actions and/or inactions have created a public nuisance at the property commonly referred to as Sycamore Townhomes;

92.     That Plaintiff has a right to seek redress through this court via injunctive relief to abate the nuisance. MCL 600.2940.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

1.  Find that the Defendant's property Sycamore Townhomes is a public nuisance;

2.  Enjoin Defendant to abate said nuisance and to not cause additional waste to the property or any accounts related thereto;

3.  Find that Defendant's inability to properly manage its property in a way that ensures the health, safety, and welfare of its tenants warrants appointment of a receiver permitted under the Housing Law of Michigan to repair, renovate, and rehabilitate the premises; make necessary improvements to the property under the Receivership Act;

4. Grant such other and further relief that may be agreeable to equity and good
conscience.

## VERIFICATION

I, Rawley Van Fossen, Director of the Department of Economic Development and

Planning, have read and made this verified complaint and attest that those facts stated are of my

own knowledge are true and those matters of which I have been informed I believe to be true after

reasonable inquiry.

5·31·24

Date

Rawley Van Fossen, Department of Economic
Development and Planning
City of Lansing

STATE OF MICHIGAN )
INGHAM COUNTY )

Signed and sworn to before me in Ingham County, Michigan, on May 31, 2024.

/s/

Holly Elie

Notary public, State of Michigan, County of Ingham
My commission expires 08/02/2029
Acting in the County of Ingham.

Dated: May 31, 2024

Respectfully submitted,

By: /s/Matthew D. Staples
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5th Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

## STATE OF MICHIGAN

## IN THE 56TH CIRCUIT COURT FOR THE COUNTY OF EATON

CITY OF LANSING, a Michigan municipal
corporation,

                Plaintiff,

v.

WOODSIDE MEADOWS APTS OWNER
LLC,

                Defendant.

Case No. 24- 5U8 -CZ

Hon. *Appointed*

---

Gregory S. Venker (P81780)
F. Joseph Abood (P42307)
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5th Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

---

### CERTIFICATE OF COMPLIANCE AS TO MCR 3.310(B)(1)(b)

Matthew D. Staples, counsel for Plaintiff, hereby certifies that Plaintiff has made no

efforts to give notice to Defendant in this matter. As stated in more detail in the motion and brief

for Temporary Restraining Order, Plaintiff's intent is to maintain the status quo prior to the

appointment of a receiver and to avoid Defendant liquidating, alienating, encumbering, or

otherwise committing financial waste and ensuring that the health, safety, and welfare of the

tenants of Sycamore Townhomes is provided for during the pendency of this litigation.

Additionally, given the substantial history of attempted compliance actions both through the

standard code enforcement notice procedure and through the district court, Plaintiff believes any

such notice would be ineffective. Plaintiff brings this action having exhausted all other remedies

following Defendant's failure to comply with local law. As such, Plaintiff believes notice should

not be required in this matter.

Respectfully submitted,

Dated:  May 31, 2024

By:/s/Matthew D. Staples_____
Matthew D. Staples (P84571)
*Attorney for Plaintiff*
124 W. Michigan Ave., 5th Floor
Lansing, MI 48933
(517) 483-4320





Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
| --- |

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| --- | --- |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3901 BURNEWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



# Economic Development & Planning
# Code Enforcement Office

316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI  48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 3901 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ...
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: April 28, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 04/25/2022
Compliance Due Date: 06/26/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3901 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

AREA:   Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

INSPECTOR COMMENTS:    Improperly installed window at the front of the building.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 304.7  Missing downspout extensions.


UNIT:  3901

AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 604.3  Switch is loose/hanging at the furnace.


UNIT:  3903

AREA:  Basement

Sec 506.1  Waste pipe is leaking at the main stack.


AREA:  First Floor

Sec 506.1  Waste pipe is leaking under the bathroom sink.

Sec 305.3  Bathroom sink is damaged/cracked.

Sec 604.3  Wall switch is loose/damaged.

INSPECTOR COMMENTS:   Switch to the garbage disposal.

UNIT:  3905

AREA:  Basement

Sec 101.2  Storage of gasoline or flammable liquids in the basement.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

Sec 404.4.5  Sleeping room in basement does not meet code.  Immediately discontinue sleeping in this area as it lacks required room dimensions and/or exits.  This area was not designed or intended to be used for such occupancies.

Sec 506.1  Dish washer drain is improperly installed.

Sec 605.1  Service panel lacks proper labeling for the breakers.

AREA:  First Floor

Sec 305.3  Walls and doors are damaged with holes throughout this unit.

Sec 604.3  Wiring is exposed - unprotected faulty and unsafe.

INSPECTOR COMMENTS:  Missing the stove vent hood.

Sec 506.1  Trap to the drain in the bathroom is improper material and does not meet code.

UNIT:  3907

AREA:  Basement

Sec 605.1  Service panel openings lack knock-out plugs.

AREA:  Second Floor

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Under the bathroom sink.

UNIT:  3909

SEC 305.3  Uncleanliness - Decay of surfaces within a dwelling that is likely to cause sickness or disease and render air, food or drink unwholesome or detrimental to the health of humans. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA:  Second Floor

Sec 504.1  Toilet is loose at connection to floor.

Sec 305.3  Ceramic tile is damaged at bathroom shower area walls.

This dwelling has been declared to have violations Of the Lansing Housing Code defined In section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, **sign and return affidavit.**

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 3901 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, apparent or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334**





# Economic Development & Planning
# Code Enforcement Office

316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

| **Lack of Certificate Notice** |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3911 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.09 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel
Owner.AddressDisplayString], MONTVALE, NJ  07645



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 46911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 3911 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate Inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the NPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: ,,
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: April 29, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| Inspection Date: | 04/25/2022 |
| Compliance Due Date: | 05/25/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3911 BURNEWAY DR |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

**BUILDING: 1**

**AREA: ALL UNITS**

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

**AREA: Exterior**

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

**INSPECTOR COMMENTS:**  Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door

with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.7  Missing downspout extensions.

Section 304.7  Shingle loose/missing around vent.

INSPECTOR COMMENTS:  Above unit 3913.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 604.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:   Any damaged exterior light fixtures and/or covers at entrance doors.

UNIT:  3911

Sec 603.1  Permit for the A/C installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 305.3  Caulking is deteriorated and/or missing at bathroom shower area walls.

Sec 505.3  Water shut off valve is leaking at the toilet.

UNIT:  3913

Sec 304.3   Premises Identification numbers missing or are not plainly legible and visible from the street or road fronting the property. Address

numbers shall be a minimum of 4 inches high and a maximum of 12 inches high with a minimum stroke width of 0.5 inch.

Dwelling unit(s) # 3913  is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  3915

AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT:  3917

Sec 603.1  Permit for the furnace installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:  Permit# PM22-0377.

UNIT:  3919

AREA:  Basement

SEC 603.1  Clothes dryer flexible vent material exceeds eight feet (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT:  3921

AREA:  Basement

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:  Permit# PP22-0526.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

Sec 305.1  Mildew accumulation at walls in basement. All affected areas are to be cleaned and sanitized with bleach.

Sec 603.1  A/C unit is inoperable.

AREA:   First Floor

Sec 506.1   Waste pipe is leaking under the kitchen sink.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date _____

---

Registered Owner's Copy for property located at - 3911 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Cop



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3923 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String,Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645



Economic Development & Planning
Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 3923 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  „



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: May 03, 2022

**Rental Inspection Sign and Return Notice**

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 04/25/2022
Compliance Due Date: 06/25/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3923 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

A complete inspection of this multi-unit building was done and the following violations were found:

BUILDING:  1

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 503.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs at front and rear entrances.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:    Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 603.1  Clothes dryer vent exterior weather hood is missing / damaged.

Sec 304.6  Siding is missing.

INSPECTOR COMMENTS:    At the rear of the building.

Sec 604.3  Exterior outlet is damaged/loose.

INSPECTOR COMMENTS:    At the rear of the building.

Sec 304.15  Door jamb - door sill is deteriorated and/or damaged to rear door.

INSPECTOR COMMENTS:    At several units.

UNIT:  3923

AREA: Basement

Sec 101.2  Gasoline / Propane / Kerosene container / Automobile battery stored in basement.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA:  Second Floor

Sec 504.1  Faucet is leaking at the bathtub.


UNIT:  3925

AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 504.1  Sewage on floor. All affected areas are to be cleaned and sanitized with bleach.


AREA:  First Floor

Sec 604.3  Outlets are damaged/burnt in the living room.

Sec 504.1  Faucet is leaking at the kitchen sink.

Sec 504.1  Garbage disposer is inoperable.


AREA:  Second Floor

Sec 504.1  Overflow cover is missing to the bathtub.

Sec 504.1  Toilet seat is damaged.


UNIT:  3927

AREA:  First Floor

SEC 506.1 Trap to the drain in the 1/2 bathroom is an S-type trap and does not meet code.


UNIT:  3929

AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA: Second Floor

Sec 604.3  GFCI protected outlet is damaged in the bathroom.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

UNIT: 3931

AREA: Basement

Sec 504.1 Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation. Repair, or replace  as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

Sec 504.1 Corroded/leaking fittings at the water heater.

Sec 603.1 Disconnected duct work at the furnace.

Sec 603.1 Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

Sec 307.1 Handrail is missing in stairwell to basement.

UNIT: 3933

AREA: Second Floor

Sec 504.1 Toilet seat is damaged.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the Issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

_____ Owner or _____ Manager, Date _____

Registered Owner's Copy for property located at - 3823 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, construct or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

#4

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3935 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 · AM or 12-1 · PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders · a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 3935 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the NPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: "
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: "



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

**Notice Printed:** May 03, 2022

**Rental Inspection Sign and Return Notice**

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type : Rental
Inspection Date : 04/26/2022
Compliance Due Date : 06/26/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3935 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around ~ at bottom of entrance and rear doors.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

INSPECTOR COMMENTS: Spray foam around exterior door at unit 3941.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT:  3935

Dwelling unit(s) # 3935 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  3937

Dwelling unit(s) # 3937 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Section 304.13.1  Window glass is broken in the kitchen.

UNIT:  3939

Dwelling unit(s) # 3939 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or

building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT: 3941

AREA: Basement

Sec 504.1 Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS: Permit# PP22-0527.

Sec 504.1 Faucet and/or shut off valve is leaking at the laundry tub.

Sec 101.2 Gasoline / Propane / Kerosene container / Automobile battery stored in basement.

UNIT: 3943

AREA: Basement

Sec 308.1 Accumulation of combustibles stored too close to furnace and/or water heater.

Sec 505.4 Discharge pipe from T.P. relief valve at water heater is leaking.

UNIT: 3945

SEC 305.3 Uncleanliness - Decay of surfaces within a dwelling that is likely to cause sickness or disease and render air, food or drink unwholesome or detrimental to the health of humans. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA: Basement

Sec 505.4 Discharge pipe from T.P. relief valve at water heater is leaking.

AREA: Second Floor

Sec 506.1 Waste pipe is leaking under the bathroom sink.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, **sign and return affidavit.**

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____ Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 3935 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



#5

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor  Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 3947 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 · AM or 12-1 · PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107· Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## **FAILURE TO COMPLY LETTER**

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 3947 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:  Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: May 03, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Recert
Inspection Date: 04/26/2022
Compliance Due Date: 06/25/2022

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 3947 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-6355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:     Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

INSPECTOR COMMENTS: Replace any broken or missing windows.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Section 304.6  Siding and fascia is damaged - missing.

INSPECTOR COMMENTS:   At the rear of the building.

UNIT:  3947

AREA:  Basement

Sec 505.3  Water supply pipe is being used as a clothes rod.

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

AREA:  First Floor

Sec 305     Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 604.3  Cover plates missing and/or damaged at outlets - switches in the bedroom.

Sec 504.1  Bathtub has chipped and missing enamel.

SEC 305  Carpet is loose / torn / deteriorated and worn-out.

UNIT:  3949

AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 505.3  Water shut off valve is leaking at the toilet.

UNIT:  3951

AREA:  Basement

Sec 603.1  Permit for the furnace installation lacks final inspection and
approval by the City of Lansing Mechanical Inspector. Contact the City of
Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:    Permit# PM22-0485.

UNIT:  3953

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately
discontinue sleeping in this area as it lacks required room dimensions and/or
exits. This area was not designed or intended to be used for such
occupancies.

UNIT:  3955

Dwelling unit(s) # 3955 is vacant and/or being remodeled. All repairs and
improvements must be completed before this unit can be reoccupied. NOTE: Some
corrections may require mechanical, plumbing, electrical, demolition or
building permits from The Building Safety Office. You can call (517-483-4355)
to determine if State Law requires a permit for your particular repair /
correction.

AREA:  Basement

Sec 504.1  Water heater installed. Permit for water heater installation has
not been issued and lacks inspection and approval by the City of Lansing
Plumbing Inspector.  You must have a licensed plumbing contractor pull a
plumbing permit, check the installation, make any corrections and then;
contact Building Safety at 483-4355 for final inspection and approval.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is missing.

AREA:  First Floor

Section 304.13.1  Window glass is broken in the kitchen.

UNIT:  3957

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 308.1  Large accumulation of combustibles are stored in basement.

Sec 101.2  Storage of gasoline or flammable liquids in the basement.

AREA:  First Floor

Sec 504.1  Handles are damaged and/or missing at the kitchen sink.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 305.3  Bathroom sink is damaged/cracked.


This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

| The Owner or agent must complete, sign and return affidavit |
|---|
| I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained  Repairs requiring a permit have been inspected and approved by the appropriate inspector. |
| Signature: _____ |
| Printed Name: _____ |
| ____Owner or ____ Manager, Date_____ |

Registered Owner's Copy for property located at · 3947 BURNEWAY DR

"Equal Opportunity Employer" Transfer's Copy

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107 - Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI  48334





# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor  Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3959 BURNEWAY DR |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## **FAILURE TO COMPLY LETTER**

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 3959 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to.
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

**Notice Printed:** May 03, 2022

**Rental Inspection Sign and Return Notice**

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 04/27/2022
Compliance Due Date: 06/27/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3959 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

"Equal Opportunity Employer/Program" Com

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

AREA: Exterior

Sec 603.1  Permit for the A/C installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   New A/C at unit 3967.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

INSPECTOR COMMENTS: Improperly installed rear door at unit 3967.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Fill any and all holes/openings at exterior walls.

UNIT: 3959

AREA: Basement

Sec 605.1  Permit for electrical wiring installation has not been issued and lacks inspection and approval by the City of Lansing, Electrical Inspector. The Building Safety Office, ph. 483-4355.

INSPECTOR COMMENTS:   Black/red/white wiring to the panel.

AREA:   First Floor

SEC 506.1 Trap to the drain in the bathroom is an S-type trap and does not meet code.

Sec 305.6  Door is damaged to the bathroom.


UNIT:  3961

Dwelling unit(s) # 3961 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  3963

AREA:  Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 604.3  Dryer outlet is loose/not secure to the wall.


UNIT:  3965

AREA:  Basement

Sec 308.1  Large accumulation of combustibles are stored in basement.


AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.


UNIT:  3967

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, **sign and return affidavit.**

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 3959 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107 - Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI  48334



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

#7

Notice Printed: 05/05/2023

| **Lack of Certificate Notice** |
| --- |

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| --- | --- |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 3969 BURNEWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 · AM or 12-1 · PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 3969 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849
Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  „



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

*Andy Schor, Mayor*

Notice Printed: May 06, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 04/26/2022
Compliance Due Date: 06/26/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3969 BURNEWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship, Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Section 304.2  Fascia is loose/falling.

INSPECTOR COMMENTS:    At the rear of the building.

Sec 306.15  Door trim is damaged and/or deteriorated at rear door.

INSPECTOR COMMENTS:    At rear door of unit# 3973.

UNIT:  3969

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:    Hardwired smoke detector chirping in the stairwell to the second floor.

UNIT:  3971

Dwelling unit(s) # 3971 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355)

to determine if State Law requires a permit for your particular repair / correction.

INSPECTOR COMMENTS:   Building and electrical permits required for this unit.

UNIT:  3973

AREA: Basement

Sec 504.1  Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation. Repair, or replace  as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

INSPECTOR COMMENTS:   Water heater is leaking.

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then, contact Building Safety at 483-4355 for final inspection and approval.

Sec 305.4  Steps are - damaged - unstable - tipped and are not level.

AREA:  First Floor

Sec 403.2  Bathroom vent fan is missing the cover.

AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Replace old hardwired smoke detector in stairwell.

Sec 504.1  Toilet flush mechanism is defective.

UNIT:  3975

AREA: Basement

Sec 504.3  Wiring is exposed - unprotected faulty and unsafe.

INSPECTOR COMMENTS:   At bottom of stairwell to basement.

AREA:  First Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If

replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector chirping on first floor.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

---

Registered Owner's Copy for property located at - 3989 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.5 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor Mayor

# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 3977 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel
Owner.AddressDisplayString], MONTVALE, NJ 07645



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 3977 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  **(517) 483 6649** Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  **Meredith.Johnson@lansingmi.gov**

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record;
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

*Andy Schor, Mayor*

Notice Printed: May 09, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date:  05/03/2022
Compliance Due Date:  07/02/2022

***Warning:*** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 3977 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING:  1

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

AREA: Exterior

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15 All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6 Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1 Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7 Missing downspout extensions.

Section 304.2 Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs at front and rear entrances.

Section 304.13.1 Window glass is broken and/or missing.

INSPECTOR COMMENTS:   At the rear of the building.

Sec 604.3 Exterior outlet is damaged.

INSPECTOR COMMENTS:   Outside of unit# 3987.

Sec 605.1 Installation. All electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner.

INSPECTOR COMMENTS:   Loose hanging conduit to exterior lights.

UNIT:  3977

Dwelling unit(s) # 3977  is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or

building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT: 3979

Unit is red-tagged.

Sec 603.1 Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

UNIT: 3981
AREA: Second Floor
Sec 506.2 Trap to the drain in the bathroom is improper material and does not meet code.

UNIT: 3983

AREA: Basement

Sec 505.3 Water supply pipe is leaking at the basement ceiling.

AREA: Second Floor

Sec 504.1 Bathtub has chipped and missing enamel.

Sec 403.2 Bathroom vent fan is defective and/or inoperable.

UNIT: 3985

AREA: Basement

Sec 309.1 Infestation of mice inside this unit.

Sec 304.13.1 Window glass is broken and/or missing.

AREA: First Floor

Sec 403.2 Bathroom vent fan is defective and/or inoperable.

AREA: Second Floor

Sec 504.1 Faucet is leaking at the bathtub.

UNIT: 3987

AREA: Basement

Sec 605.1   Permit for service panel installation has not been issued and
lacks inspection and approval by the City of Lansing, Electrical Inspector.
The Building Safety Office, ph. 483-4355.

Sec 702.3   Basement door has chain lock. All egress doors shall be easily
opened from the side which egress is to be made without the need for keys,
special knowledge or effort.

<u>AREA:   Second Floor</u>

Sec 702.3   Bedroom door has chain lock. All egress doors shall be easily
opened from the side which egress is to be made without the need for keys,
special knowledge or effort.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107
of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are
completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction
Violation with Fines: $500 per day for each violation and may result in the property being vacated
by this office.

---

The Owner or agent must complete, <u>sign and return affidavit.</u>

I certify that all violations have been corrected with approved materials and methods. All required permits
have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate
inspector

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 3977 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken
by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at
(517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of
Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure
to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:

Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI  48334

*Equal Opportunity Employer*Taxpayer's Copy

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4000 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4000 BURNEWAY DR
Parcel No: 23-50-40-36-429-032

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate Inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol, Ste C-1, Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed 07/08/2022

## Rental Inspection Correction Notice -- Re-Inspection Required

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/13/2022 |
| Compliance Due Date: | 08/14/2022 |

WOODSIDE MEADOWS APARTMENTS LLC
31731 NORTHWESTERN HWY STE 250W
FARMINGTON HILLS, MI 48334

requirements of this notice may result    **Warning:**    Failure to comply with the
Infraction Violation Ticket. (Fines: $500 per day for each violation)    in the issuance of a Municipal Civil

| Violation Location: | 4000 BURNEWAY DR |
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

**BUILDING: 4000**

**AREA: ALL UNITS**

Sec 309.1  Infestation of bed bugs and roaches throughout this building. Certified Pest Controller required for extermination and to provide written verification to the Code Compliance Officer.

INSPECTOR COMMENTS:  Did not inspect the units in this building because of the infestation. Will inspect once extermination is completed.

**AREA: Exterior**

Sec 302.7  All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

INSPECTOR COMMENTS:  Carport is damaged/deteriorated.

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:  This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.6  Siding is deteriorated - damaged - missing.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 603.1  Clothes dryer vent exterior weather hoods are missing / damaged.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.7  Missing downspout extensions.

Sec 305.5  Hardware damaged or missing from door to exterior.

INSPECTOR COMMENTS:  At unit 4002.


This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

You must contact the under signed, no later than seven days before the compliance due date, to set up an appointment to meet at the structure (to verify that all corrections have been completed) or to acquire

an authorized extension. Before the re-inspection you must obtain all required permits and have those repairs inspected and approved by the appropriate inspector. All violations must be corrected with approved materials and methods.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849  Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI  48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

#9

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4001 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer" Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## <u>FAILURE TO COMPLY LETTER</u>

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4001 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-Inspection as required.**

**106.4  Repairs requiring permits must be Inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:   WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



Andy Schor, Mayor

# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 10, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 04/28/2022
Compliance Due Date: 06/28/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4001 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:     Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:  At basement windows.

Sec 603.1  Chimney vent cap is damaged and/or missing.

INSPECTOR COMMENTS:  Above unit# 4003.

UNIT:  4001

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

Sec 506.2  Floor drain cover missing.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling.

INSPECTOR COMMENTS:   Several spots on the first floor.

AREA:  Second Floor

Sec 305.3  Water damaged drywall on the ceiling in the bedroom.

Sec 305  Carpet is loose / torn / deteriorated and worn-out.

INSPECTOR COMMENTS:   In the stairwell to the second floor.

Sec 604.3  Outlet is loose in the bathroom.

Sec 305.1  Mildew accumulation at walls and ceiling in the bathroom. All
affected areas are to be cleaned and sanitized with bleach.


UNIT:  4003

AREA:  Basement

Sec 504.1  Permit for water heater installation lacks final inspection and
approval by the City of Lansing Plumbing Inspector. Contact the City of
Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PP22-0541.

Sec 603.1  Clothes dryer lacks approved metallic vent material. (No flexible
plastic or flexible thin wall aluminum). Approved flexible metallic vent can
only be used in the shortest length necessary and not to exceed eight feet
long.


UNIT:  4005

No access to this unit at the time of the inspection.

INSPECTOR COMMENTS:   Loose dog.

UNIT:  4007

AREA:  Basement

Sec 603.1  Clothes dryer flexible vent material exceeds eight feet (No
flexible plastic or flexible thin wall aluminum). Approved flexible metallic
vent can only be used in the shortest length necessary and not to exceed
eight feet long.

Sec 504.1  Corroded fittings at the water heater.

Sec 308.1 Accumulation of trash - debris in the basement.

AREA: First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

---

Registered Owner's Copy for property located at - 4001 BURNEWAY DR

Pursuant to Section 107.2 of the LPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6949 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31737 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

| **Lack of Certificate Notice** |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4008 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on each premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which arise at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer" Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4008 BURNEWAY DR
Parcel No: 23-50-40-36-429-032

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377 0100

Notice Printed: July 08, 2022

| Rental Inspection Sign and Return Notice |
| --- |

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
| --- | --- |
| Inspection Type: | Rental |
| Inspection Date: | 08/14/2022 |
| Compliance Due Date: | 08/14/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket (Fines: $500 per day for each violation)*

| Violation Location: | 4008 BURNEWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4008

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 603.1  Chimney vent cap is damaged and or/missing.

INSPECTOR COMMENTS:  At units 4010, 4014, & 4016.

Sec 604.3  Exterior outlet is damaged/has been covered with a blank plate.

INSPECTOR COMMENTS:  At unit 4008.


UNIT:  4008

AREA:  Basement

Sec 307.1  Lack of guardrail at the open side of stairs.

Sec 307.1  Handrail is loose - damaged in stairwell to second floor.

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

Sec 603.1  A/C unit is inoperable.


UNIT:  4010

AREA:  Basement

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PP22-0432.

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 504.1  Clogged drain at the laundry standpipe.


AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.


UNIT:  4012

AREA:  Basement

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

Sec 603.1  Furnace lacks a clean filter.


AREA:  First Floor

Sec 504.1  Faucet is leaking at the bathtub.


UNIT:  4014

AREA:  Basement

Sec 605.1  Permit for service panel installation has not been issued and lacks inspection and approval by the City of Lansing, Electrical Inspector. The Building Safety Office, ph. 483-4355.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.


AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 504.1  Bathtub has chipped and missing enamel.


UNIT:  4016

AREA:  Basement

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PP22-0793.


AREA:  First Floor

Sec 305   Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.


UNIT:  4018

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code.  Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits.  This area was not designed or intended to be used for such occupancies.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector chirping low battery.

Sec 108.1.2  Extension cords used excessively.

Sec 505.4  Chimney - vent connector from water heater lacks screws at joints.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 603.1  Water heater is missing flame shield.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the kitchen.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____  _____  _____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4008 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334





# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

| **Lack of Certificate Notice** |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* **Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)**

| Violation Location: | 4009 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at **(517) 483 6849** Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  **Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645



**Economic Development & Planning**

**Code Enforcement Office**

316 N. Capitol Ave Lansing, MI 48933-1238

517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4009 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 16, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 04/28/2022 |
| Compliance Due Date: | 06/28/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4009 BURNEWAY DR | | |
|---|---|---|---|
| Parcel No: | 23-50-40-36-476-001 | | |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: Multi Unit (4)

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

UNIT:  4009

Dwelling unit(s) # 4009 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

INSPECTOR COMMENTS:   Building permit will be required for all drywall that has been removed.

UNIT:  4011

Dwelling unit(s) # 4011 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355)

to determine if State Law requires a permit for your particular repair / correction.

AREA: Basement

Sec 603.1  Permit for the furnace installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:    Permit# PM22-0380.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

UNIT:  4013

AREA:  Basement

Sec 504.1  Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety  at 483-4355 for final inspection and approval.

AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

AREA:  Second Floor

Sec 504.1  Faucet is leaking at the bathtub.

UNIT:  4015

Sec 309.1  Infestation of roaches inside this unit. Certified Pest Controller required for extermination and to provide written verification to the Code Compliance Officer.

AREA: Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 603.1  Permit for the furnace installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:    Permit# PM22-0720.

Sec 604.3   Dryer outlet is loose / not secure to the wall.

AREA:   First Floor

Sec 604.3   Cover plates missing at outlets - switches.

Sec 305   Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature:_____

Printed Name:_____

____Owner or ____Manager, Date_____

---

Registered Owner's Copy for property located at - 4009 BURNEWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



#11

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 06/05/2023

---

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

---

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4017 BURNEWAY DR |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07845

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4017 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate Inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me al  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 -- Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 18, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 04/28/2022 |
| Compliance Due Date: | 06/28/2022 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4017 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: Multi Unit

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

AREA: Exterior

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Parking lots have several potholes and need repair.

Sec 304.15 All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6 Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1 Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7 Missing downspout extensions.

Section 304.2 Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.


UNIT: 4017

AREA: Basement

Sec 505.3 Water supply pipe is leaking at the basement ceiling.

AREA: Second Floor

Sec 504.1 Bathtub has chipped and missing enamel.

Sec 305.6 Hardware damaged or missing from door to bedroom.


UNIT: 4019

AREA: Basement

Sec 307.1 Handrail is loose in stairwell to basement.

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

AREA:  First Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS;   Hardwired smoke detector is chirping low battery.

Sec 504.1  Toilet flush mechanism is defective.

UNIT:  4021

AREA:  Basement

Sec 305.4  Steps are damaged - unstable - tipped and are not level.

UNIT:  4023

AREA:  Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 605.1  Service panel openings lack knock-out plugs.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 504.1  Faucet is leaking at the bathroom sink.

Sec 304.15  Door jamb - door frame is deteriorated and/or damaged to the front door.

AREA:  Second Floor

Sec 307.1  Handrails are loose in stairwell to second floor.

Sec 365.6  Hardware damaged or missing from door to bedroom.

Sec 604.3  Light fixture is loose - damaged.

INSPECTOR COMMENTS:  In the bedroom.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, **sign and return affidavit.**

I certify that all violations have been corrected with approved materials and methods  All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4017 BURNEWAY DR

Pursuant to Section 307.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, apparent or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4020 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.06 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



Ardy Schar Mayor

**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4020 BURNEWAY DR
Parcel No: 23-50-40-36-429-032

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct *all* violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 5849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 - Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  „



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 08, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/14/2022 |
| Compliance Due Date: | 08/14/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket (Fines: $500 per day for each violation)*

| Violation Location: | 4020 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4020

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4   Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1   The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.


AREA:   Exterior

Sec 304.7   Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.6   Siding is deteriorated - damaged - missing.

Sec 304.13.1   Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 603.1   Chimney vent cap is damaged and or/missing.

INSPECTOR COMMENTS: At unit 4030.

Sec 302.3   Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15   All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.6   Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Fill any and all holes/openings at exterior walls. Sec 603.1   Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2   Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.1 Permit for the new electrical meter installation has not been issued and lacks inspection and approval by the City of Lansing, Electrical Inspector, The Building Safety Office, ph. 483-4355.

INSPECTOR COMMENTS: At unit 4028.

UNIT: 4020

Dwelling unit(s) # 4020 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

AREA: Basement

Sec 603.1 Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 504.1 Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation, Repair, or replace as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

Sec 505.3 Water supply pipe is leaking at the basement ceiling.

UNIT: 4022

AREA: Basement

Sec 605.1 Service panel openings lack knock-out plugs.

AREA: First Floor

Sec 305.3 Water damaged drywall on the ceiling in the bathroom.

AREA: Second Floor

Sec 704.1 Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications. If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS: Missing in the stairwell to the second floor.

Sec 305.6   Door is damaged to the bedroom.

## UNIT:  4024

### AREA:  Basement

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Hole in basement wall.

### AREA:  First Floor

Sec 506.1  Waste pipe is leaking in the bathroom.

### AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

## UNIT:  4026

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

### AREA:  Second Floor

Sec 305.1  Mildew accumulation at walls bathtub/shower area. All affected areas are to be cleaned and sanitized with bleach.

## UNIT:  4028

### AREA:  Basement

Sec 605.1  Service panel openings lack knock-out plugs.

### AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

## UNIT:  4030

### AREA:  Basement

Sec 504.1  Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation. Repair, or replace  as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

INSPECTOR COMMENTS:    Water heater is leaking.

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 308.1  Large accumulation of combustibles are stored in the basement.

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

AREA:  Second Floor

Sec 305  Vanity/bathroom cabinet is deteriorated/damaged.

Sec 305  Carpet is loose / torn / deteriorated and worn-out.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with **Fines**: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:

Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

#12

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4025 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

*Equal Opportunity Employer*Taxpayer's Copy



Andy Schor  Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## **FAILURE TO COMPLY LETTER**

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI  48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4025 BURNEWAY DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  "
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  "



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 17, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 04/28/2022 |
| Compliance Due Date: | 06/28/2022 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4025 BURNEWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: Multi Unit (4)

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:     Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Section 304.6  Siding is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   Above unit# 4027.


UNIT:  4025

AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector is chirping low battery in stairwell.

Sec 504.1  Faucet is leaking at the bathtub.

UNIT:  4027

Sec 309.1  Infestation of mice inside this unit.

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

UNIT:  4029

AREA:  Basement

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector is missing the backup battery.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT:  4031

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector is chirping low battery.

AREA:  Second Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

Sec 702.3  Bedroom door has double cylinder deadbolt lock / hasp with padlock. All egress doors shall be easily opened from the side which egress is to be made without the need for keys, special knowledge or effort.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____ Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4025 BURNEWAY DR

Pursuant to Section 107 2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, markers or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

#19

Notice Printed: 05/05/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4032 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



### Economic Development & Planning
### Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4032 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  **Meredith.Johnson@lansingmi.gov**

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  „



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: May 24, 2022

**Rental Inspection Sign and Return Notice**

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI  48334



Inspection Type : Rental
Inspection Date : 05/05/2022
Compliance Due Date : 07/04/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4032 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: Multi-Unit

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device. All screen door or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 603.1  Clothes dryer vent exterior weather hoods are missing / damaged.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 302.2 Improper grading of soil around the building.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Kitchen window to unit# 4038.

Section 304.6  Siding is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   At the rear of the building.

UNIT:  4032

Dwelling unit(s) # 4032 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4034

AREA:  Basement

Sec 305.4  Step is loose/damaged in stairwell to basement.

Sec 605.1  Service panel openings lack knock-out plugs.

AREA:  First Floor

Sec 305.6  Hardware damaged or missing from rear door to the exterior.

Sec 305.6  Trim is damaged and/or missing at rear door.

AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT:  4036

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA:  Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 603.1  Clothes dryer flexible vent material exceeds eight feet [No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

AREA:  First Floor

Sec 305.3  Floor covering is deteriorated - damaged.

Sec 504.1  Faucet is leaking at the bathtub.

Sec 504.1  Toilet flush mechanism is defective.

Sec 403.2  Bathroom vent fan is missing the cover.

UNIT:  4039

AREA:  Basement

Sec 603.1  Water heater is missing flame shield.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 305.6  Hardware damaged or missing from door to the basement.

AREA:  First Floor

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   In the kitchen.

Sec 604.3  Light fixture is loose/hanging and exposed wiring.

Sec 604.3  Cover plates missing and or damaged at outlets - switches.

Sec 504.1  Toilet is damaged/broken.

UNIT:  4040

AREA:  Basement

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detectors are not interconnected.

Sec 603.1  Chimney vent connector from furnace/water heater is deteriorated.

Sec 607.1  Duct work is disconnected at the basement ceiling.

Sec 504.1  Corroded fittings at the water heater.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

AREA:  First Floor

Sec 506.1  Waste pipe is leaking at the kitchen sink.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

UNIT:  4042

No violations found in this unit at the time of the inspection

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4032 WOODBRIDGE DR

Pursuant to Section 107.2 of the LPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6949 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
| --- |

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
| --- | --- |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4033 WOODBRIDGE DR |
| --- | --- |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45**  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer:** Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record:** WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4033 WOODBRIDGE DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 19, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/03/2022 |
| Compliance Due Date: | 07/02/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4033 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

__BUILDING:  Multi Unit  (5)__

__AREA:  ALL UNITS__

Sec 603.3  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

<u>AREA: Exterior</u>

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.
INSPECTOR COMMENTS:     Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 305.4  Steps have improper size rise run dimensions.

Sec 603.1  Chimney vent cap is damaged and/or missing.

INSPECTOR COMMENTS:   Above unit# 4033.


<u>UNIT: 4033</u>

AREA: Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 604.3  Light fixture is loose/hanging and has exposed wiring.

AREA: Second Floor

Sec 504.1  Toilet is loose at connection to floor.

UNIT: 4035

AREA: Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA: First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT: 4037

AREA: Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 504.1  Floor drain cover is missing.

AREA: First Floor

Sec 506.1  Trap to the drain in the kitchen and bathroom is an S-type trap and does not meet code.

UNIT: 4039

AREA: Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

AREA: First Floor

Sec 504.1  Toilet flush mechanism is defective.

AREA: Second Floor

Sec 305.1  Mildew accumulation at walls in the bathtub/shower area. All affected areas are to be cleaned and sanitized with bleach.

Sec 305.3  Caulking is deteriorated and/or missing at bathroom shower area walls.

Sec 704.2  Smoke detector must be installed per mfg. specifications.

INSPECTOR COMMENTS:   Replace old hardwired smoke detector in stairwell to second floor.

UNIT:   4041

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Tenant had door blocked from the inside and would not allow access.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4033 WOODBRIDGE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer" Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* **Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)**

| Violation Location: | 4043 WOODBRIDGE DR |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. **One or more of the violations are listed below and must be corrected by the compliance due date.**

**Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, structural or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645**



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

**Notice Printed:** 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

**Violation Date:** 11/29/2022
**Compliance Due Date:** 12/29/2022

**Violation Location:** 4043 WOODBRIDGE DR
**Parcel No:** 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the HPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 ·AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson **Meredith.Johnson@lansingmi.gov**

As specified by section 107 – Notices and Orders ·  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 19, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/03/2022 |
| Compliance Due Date: | 07/02/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4043 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: Multi Unit (6)

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

AREA:  Exterior

Sec 605.1  Installation. All electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner.

INSPECTOR COMMENTS:   Electrical permit required for the installation of the exterior building lights.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows and kitchen window to unit# 4053.

Section 304.6  Siding is loose - damaged - missing.

Section 304.7  Missing gable vent.


UNIT:  4043

This unit is red tagged/fire damaged.


UNIT:  4045

This unit is red tagged/fire damaged.

**UNIT: 4047**

Dwelling unit(s) # 4047 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

**UNIT: 4049**

Dwelling unit(s) # 4049 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

**UNIT: 4051**

Dwelling unit(s) # 4051 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 305.3  Water damaged drywall on the ceiling throughout this unit.

**AREA: Basement**

Sec 504.1  Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector. You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

**UNIT: 4053**

**AREA: First Floor**

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   In the kitchen.

**AREA: Second Floor**

Sec 504.1  Bathtub has chipped and missing enamel.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4043 WOODBRIDGE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist in the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334





# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4044 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645**

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4044 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  **(517) 483 6849**
Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders ·  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE
250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



Economic Development & Planning
Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 27, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS LLC
31731 NORTHWESTERN HWY STE 250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 05/05/2022 |
| Compliance Due Date: | 07/04/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4044 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4044

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1   The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 302.3   Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15   All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6   Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Fill any and all holes/openings at exterior walls.

Sec 603.1   Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7   Missing downspout extensions.

Section 304.2   Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3   Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:   Any damaged exterior light fixtures and/or covers at entrance doors.

Section 304.13.1   Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Section 304.6   Siding is damaged - missing.

INSPECTOR COMMENTS:   At the rear of the building.

UNIT:  4044

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

AREA:  Second Floor

Sec 305.2  Floor/sub floor is deteriorated and/or damaged.

INSPECTOR COMMENTS:   Soft spot in the bathroom.

UNIT:  4046

Sec 108.1.3  Lack of required utilities to the unit.  The electric service is turned off.  The dwelling lacks sanitary / heating facilities.

INSPECTOR COMMENTS:   This unit was red tagged at the time of the inspection.

UNIT:  4048

AREA:  Basement

SEC 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 504.1  Clogged drain at the bathroom sink.

Sec 506.1  Waste pipe is leaking under the bathroom sink.

UNIT:  4050

AREA:  Basement

Sec 307.1  Lack of guardrail at the open side of stairs.

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 504.1  Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation. Repair, or replace  as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 605.1  Service panel cover loose/not secure.

Sec 307.1  Handrail is loose in stairwell to basement.

AREA:  First Floor

Sec 506.1  Trap to the drain in the bathroom is an S-type trap and does not meet code.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT:  4052

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling.

INSPECTOR COMMENTS:   In the living room.

AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector is chirping low battery in stairwell to second floor.

UNIT:  4054

Dwelling unit(s) # 4054 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, **sign and return affidavit**,

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

---

Registered Owner's Copy for property located at - 4044 WOODBRIDGE OR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any person taken by the City on such premises shall be charged against the real estate upon which the structure at located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: **WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334**





# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor  Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| | |
|---|---|
| **Violation Location:** | 4055 WOODBRIDGE DR |
| **Parcel No:** | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107 - Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645



## Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

# FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4055 WOODBRIDGE DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 20, 2022

| Rental Inspection Sign and Return Notice |
| --- |

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
| --- | --- |
| Inspection Type: | Rental |
| Inspection Date: | 05/04/2022 |
| Compliance Due Date: | 07/03/2022 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4055 WOODBRIDGE DR |
| --- | --- |
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: Multi Unit (6)

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

AREA: Exterior

Sec 605.1  Installation. All electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner.

INSPECTOR COMMENTS:   Electrical permit required for the installation of the exterior building lights.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 605.1  Electrical meters are loose not secure to the building.


UNIT:  4055

SEC 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA: Basement

Sec 603.1  Permit for the furnace installation has expired and lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:  Permit# PM20-1973.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:  Hardwired smoke detectors are not interconnected.

AREA:  Second floor

Sec 504.1  Toilet flush mechanism is defective.

Sec 504.1  Toilet seat is damaged.

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

UNIT:  4057

Dwelling unit(s) # 4057 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

AREA: Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 504.1  Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 605.1  Service panel openings lack knock-out plugs.

UNIT:  4059

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately
discontinue sleeping in this area as it lacks required room dimensions
and/or exits. This area was not designed or intended to be used for such
occupancies.

Sec 308.1  Large accumulation of combustibles are stored in basement.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA:  First Floor

SEC 506.1 Trap to the drain in the bathroom is an S-type trap and does not
meet code.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 305.3  Caulking is deteriorated and/or missing at bathroom shower area
walls.

UNIT:  4061

AREA:  Basement

Sec 504.1  Water heater installed. Permit for water heater installation has
not been issued and lacks inspection and approval by the City of Lansing
Plumbing Inspector.  You must have a licensed plumbing contractor pull a
plumbing permit, check the installation, make any corrections and then;
contact Building Safety  at 483-4355 for final inspection and approval.

Sec 603.1  Clothes dryer flexible vent material exceeds eight feet (No
flexible plastic or flexible thin wall aluminum). Approved flexible metallic
vent can only be used in the shortest length necessary and not to exceed
eight feet long.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 504.1  Faucet is leaking at the bathtub.

UNIT:  4063

SEC 305.3  Uncleanliness - Decay of surfaces within a dwelling that is likely
to cause sickness or disease and render air, food or drink unwholesome or
detrimental to the health of humans. All floors, walls, ceilings windows,

doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

Sec 305.1  Infestation of roaches inside this unit. Certified Pest Controller required for extermination and to provide written verification to the Code Compliance Officer.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detectors are not interconnected.

Sec 305.6  Doors are damaged throughout this unit.


AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA:  First Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Missing hardwired smoke detector on the first floor.

Sec 603.4  Thermostat is loose- not secured to the wall.

Sec 305   Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.

Sec 504.1  Faucet is leaking at the kitchen sink.


AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Missing in the stairwell.

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing in the bedroom.

Sec 305.3  Countertop/sink in bathroom is damaged.

Sec 504.1  Faucet is leaking at the bathtub.

Sec 504.1  Handles missing at the bathtub/shower.

Sec 603.2  Bathroom vent fan is defective and/or inoperable.


UNIT:  4065

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately
discontinue sleeping in  this area as it lacks required room dimensions
and/or exits. This area was not designed or intended to be used for such
occupancies.

Sec 603.1  Permit for furnace installation has not been issued and lacks
inspection and approval by the City of Lansing Mechanical Inspector.  You
must have a licensed mechanical contractor pull a mechanical permit, check
the installation, make any corrections and then; contact Building Safety at
483-4355 for final inspection and approval.

Sec 603.1  Draft diverter at water heater is spilling combustion products -
is not centered /secured.


AREA:  First Floor

Sec 505.3  Water supply pipe is leaking under the kitchen sink.


AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install
properly functioning smoke detector per manufacture specifications.  If
replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired
Smoke Detector.

INSPECTOR COMMENTS:   Replace old hardwired smoke detector in stairwell to
second floor.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not
meet code.


This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107
of the Lansing Housing and Premises Code. if vacant, or should it become vacant before all repairs are
completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction
Violation with Fines: $500 per day for each violation and may result in the property being vacated
by this office.

The Owner or agent must complete, **sign and return affidavit.**

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or __ _ Manager, Date_____

Registered Owner's Copy for property located at - 4065 WOODBRIDGE DR

Pursuant to Section 107.1 of the LPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, existent or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107 - Notices and Orders - a copy of this violation was sent to.
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334





# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4056 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



Andy Schor Mayor

**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4056 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders – a copy of this violation was sent to:
Taxpayer of Record:  ,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 31, 2022

| Rental Inspection Sign and Return Notice |
| --- |

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| --- | --- |
| Inspection Date: | 05/05/2022 |
| Compliance Due Date: | 07/04/2022 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4056 WOODBRIDGE DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4056

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   At units 4056 and 4066.

Sec 304.15  Threshold at main entrance is damaged and/or deteriorated.

INSPECTOR COMMENTS:   At unit 4062.

UNIT:  4056

AREA:  Basement

Sec 605.1  Permit for service panel installation has not been issued and lacks inspection and approval by the City of Lansing, Electrical Inspector. The Building Safety Office, ph. 483-4355.

Sec 605.1 Service panel lacks proper access. Maintain a three foot clearance in front of the service panel for emergency access.

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:    Permit# PN22-1045.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.


AREA:  Second Floor

Sec 504.1  Toilet is loose at connection to floor.


UNIT:  4058

AREA:  Basement

Sec 504.1  Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety  at 483-4355 for final inspection and approval.

Sec 504.1  Standpipe at laundry is improperly installed.

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.


UNIT:  4060

Dwelling unit(s) # 4060 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4062

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 506.2  Floor drain cover missing.

Sec 504.1  Corroded fittings at the water heater.

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.


AREA:  First Floor

Sec 305.3  Floor covering is deteriorated – damaged.

INSPECTOR COMMENTS:  In the bathroom.

Sec 305.3  Walls are damaged with holes.


UNIT:  4064

Dwelling unit(s) # 4064 is being remodeled and or updated. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 108.1.3  Lack of required utilities to the dwelling. The electric service is turned off. The dwelling lacks sanitary / heating facilities.

INSPECTOR COMMENTS:  Meter has been removed from this unit.

This repair may require an electrical permit. Contact the City of Lansing Building Safety Office at 517-483-4355.


UNIT:  4066

This unit is fire damaged.


This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, <u>sign and return affidavit.</u>

I certify that all violations have been corrected with approved materials and methods  All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4056 WOODBRIDGE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

'Equal Opportunity Employer'Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| | |
|---|---|
| **Violation Location:** | 4068 WOODBRIDGE DR |
| **Parcel No:** | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and **must be corrected by the compliance due date.**

**Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or **12-1 - PM.**
Officer: Meredith D Johnson  **Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645**

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

**Notice Printed:** 11/29/2022

**Violation Date:** 11/29/2022
**Compliance Due Date:** 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

**Violation Location:** 4068 WOODBRIDGE DR
**Parcel No:** 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

**Code Compliance Officer:** Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: „
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: „



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 01, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/09/2022 |
| Compliance Due Date: | 07/08/2022 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 406B WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 406B

AREA: ALL UNITS

Sec 504.1  Plumbing permit for the water distribution lacks final inspection and approval from the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PP22-0588.

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1   Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15   Gaps around - at bottom of entrance and rear doors.

Sec 305.4   Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1   The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 304.7   Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3   Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15   All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6   Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1   Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7   Missing downspout extensions.

Section 304.2   Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3   Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:   Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Sec 603.1  Chimney vent cap is damaged and or/missing.

Section 304.6  Siding is damaged - missing.

INSPECTOR COMMENTS:   At the front of the building.

Sec 304.2  Soffit and/or the fascia is damaged/missing.

INSPECTOR COMMENTS:   At the rear of the building.


UNIT: 4068

Dwelling unit(s) # 4068 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT: 4070

Sec 304.15  Entrance door is deteriorated - damaged.

AREA:  Basement

Sec 504.1  Water heater; Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation. Repair, or replace  as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

INSPECTOR COMMENTS:   Water heater is leaking.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA:  First Floor

Sec 504.1  Garbage disposer is inoperable.

Sec 305.3  Floor covering is deteriorated - damaged.

INSPECTOR COMMENTS:   In the kitchen and near the front door.


AREA:  Second Floor

Sec 504.1  Handle is damaged and/or missing at the bathroom sink.

**UNIT:  4072**

Dwelling unit(s) # 4072 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 504.1  Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety  at 483-4355 for final inspection and approval.

**UNIT:  4074**

Sec 603.1  Permit for the A/C installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

**AREA:  Basement**

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 504.1  Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation. Repair, or replace  as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

**AREA:  First Floor**

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 504.1  Collar missing at the bathtub faucet.

**UNIT:  4076**

Dwelling unit(s) # 4076  is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some

corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT: 4078

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

Sec 605.1  Service panel openings lack knock-out plugs.

Sec 603.1  Chimney vent connector/duct work is deteriorated at the furnace.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 504.1  Plumbing fixtures shall be properly installed and maintained in working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures are designed.  Plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

INSPECTOR COMMENTS:    Standpipe is leaking.

AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 305.3  Drywall damaged near the front door.

AREA:  Second Floor

Sec 504.1  Faucet is leaking at the bathtub.

Sec 604.3  Cover plates missing and or damaged at outlets - switches.

INSPECTOR COMMENTS:    In the hallway.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods  All required permits have been obtained  Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

_____ Owner or _____ Manager, Date_____

Registered Owner's Copy for property located at - 4068 WOODBRIDGE DR

Pursuant to Section 103.2 of the IPMC, you have the right to appeal this notice of violation  In accordance with Section 106.5 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4080 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



Andy Schor, Mayor

**Economic Development & Planning
Code Enforcement Office**

316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4080 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 307.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was send to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



### Economic Development & Planning
### Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 01, 2022

| Rental Inspection Sign and Return Notice |
| --- |

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| --- | --- |
| Inspection Date: | 05/09/2022 |
| Compliance Due Date: | 07/08/2022 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4080 WOODBRIDGE DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4080

AREA: ALL UNITS

Sec 403.3  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.


AREA: Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:  This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:  Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 304.6  Siding is damaged - missing.

INSPECTOR COMMENTS:  At the rear of the building.

Section 304.6  Brick is deteriorated/damaged.

INSPECTOR COMMENTS:  Near unit 4082.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:  Basement windows and living room window at unit 4080.

UNIT: 4080

AREA: First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

AREA: Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

Sec 704.1 Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications. If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:  Hardwired smoke detector chirping low battery in stairwell to second floor.

Sec 704.2 Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:  Missing in the hallway.

UNIT: 4082

Dwelling unit(s) # 4082 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-0355) to determine if State Law requires a permit for your particular repair / correction.

UNIT: 4084

AREA: Basement

Sec 404.4.5 Sleeping room in basement does not meet code. Immediately discontinue sleeping in this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 504.1 Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector. You must have a licensed plumbing contractor pull a

plumbing permit, check the installation, make any corrections and then, contact Building Safety at 483-4355 for final inspection and approval.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

Sec 605.1  Service panel openings lack knock-out plugs.

Sec 603.1  Clothes dryer flexible vent material exceeds eight feet (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.


UNIT:  4086

At time of inspection, unit was inaccessible for reason of:

INSPECTOR COMMENTS:   No key to this unit.

UNIT:  4068

AREA:  Basement

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

Sec 605.1  Service panel openings lack knock-out plugs.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Leaking.


UNIT:  4090

Dwelling unit(s) # 4090 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 304.15  Entrance door is deteriorated - damaged.

INSPECTOR COMMENTS:     To unit 4090.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines; $500 per day for each violation and may result in the property being vacated by this office.

| |
|---|
| The Owner or agent must complete, sign and return affidavit. |
| I certify that al violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector. |
| Signature: |
| Printed Name: |
| ____ Owner or ____ Manager, Date |

Registered Owner's Copy for property located at - 4080 WOODBRIDGE DR

Pursuant to Section 107.7 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334





Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

*Warning:* *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4100 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, overlited or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, {String.Parcel Owner.AddressDisplayString}, MONTVALE, NJ  07645**



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4100 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the HPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 – PM

Code Compliance Officer: Meredith D Johnson **Meredith.Johnson@lansingmi.gov**

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: June 02, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/09/2022 |
| Compliance Due Date: | 07/08/2022 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4100 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are missing / damaged.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Sec 604.3  Weatherproof exterior outlet cover plates are damaged / missing.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing windows.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.


UNIT:  4100

Sec 300.1  Large accumulation of combustibles are stored throughout this unit.

## UNIT:  4102

Sec 304.15  Entrance door is deteriorated - damaged.

## AREA:  Basement

Sec 504.1  Corroded fittings at the water heater.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

## UNIT:  4104

## AREA:  Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

## AREA:  First Floor

SEC 506.1 Trap to the drain in the bathroom is an S-type trap and does not meet code.

Sec 506.1  Waste pipe is leaking at the bathroom sink.

## AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

## UNIT:  4106

Sec 304.15  Threshold and brick at main entrance is damaged and/or deteriorated.

## AREA:  Basement

Sec 605.1  Permit for electrical wiring installation has not been issued and lacks inspection and approval by the City of Lansing, Electrical Inspector. The Building Safety Office, ph. 483-4355.

INSPECTOR COMMENTS:   Alterations have been made in this unit for a grow operation.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detectors are not interconnected.

Sec 505.3  Water supply is leaking at the water meter.

AREA:  Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:  Missing in the bedroom.

UNIT:  4108

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:  No key to this unit.

Section 304.13.1  Window glass is broken.

INSPECTOR COMMENTS:  At the kitchen window.

UNIT:  4110

Sec 304.3  Premises Identification numbers missing or are not plainly legible and visible from the street or road fronting the property.

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 504.1  Plumbing fixtures shall be properly installed and maintained in working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures are designed.  Plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

INSPECTOR COMMENTS:  Leak at laundry standpipe.

AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:  Hardwired smoke detector missing in stairwell to second floor.

Sec 307.1  Handrail is missing in stairwell to second floor.

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:  Missing in the bedroom.

Sec 504.1  Faucet is loose at the bathroom sink.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4100 WOODBRIDGE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.1 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334





# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

**Lack of Certificate Notice**

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4112 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the LPMC, you have the right to appeal this notice of violation  In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4112 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate Inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 02, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/10/2022 |
| Compliance Due Date: | 07/09/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4112 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship, Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4112

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.6  Brick is deteriorated/damaged at the exterior of the building.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.


UNIT:  4112

Dwelling unit(s) # 4112 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 503.1  Permit for the A/C installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

UNIT:  4114

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 101.2  Gasoline / Propane / Kerosene container / Automobile battery stored in basement.

Sec 605.1 Service panel lacks proper access. Maintain a three feet clearance in front of the service panel for emergency access.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

AREA:  First Floor

Sec 603.1  Stove vent hood is damaged/burnt.

UNIT:  4116

SEC 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 605.1  Permit for service panel wiring installation has not been issued and lacks inspection and approval by the City of Lansing, Electrical Inspector. The Building Safety Office, ph. 483-4355.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

AREA:  First Floor

Sec 305.3  Ceramic tile is damaged at bathroom shower area walls.

UNIT:  4118

AREA:  Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 101.2  Gasoline powered equipment stored in basement.

Sec 504.1  Corroded fittings at the water heater.


UNIT:  4120

Dwelling unit(s) # 4120 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length and leaking.


This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4r12 WOODBRIDGE DR

Pursuant to Section 101.2 of the JPMC, you have the right to appeal this notice of violation. In accordance with Section 106 7 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting or all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4124 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



Andy Schor Mayor

# Economic Development & Planning
# Code Enforcement Office

316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4124 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: ,,
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: ,,



# Economic Development & Planning
# Code Enforcement Office

316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 10, 2022

**Rental Inspection Sign and Return Notice**

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 06/10/2022
Compliance Due Date: 07/09/2022

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4124 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.2 Improper grading of soil around the building.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT:  4124

Sec 304.15  Entrance door is deteriorated - damaged.

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 506.1  Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety  at 483-4355 for final inspection and approval.

Sec 604.3  Dryer outlet is loose/not secure to the wall.

AREA:  First Floor

Sec 604.3  GFCI protected outlet will not trip the test button and is not operating properly in the bathroom.

INSPECTOR COMMENTS:   Outlet has been painted over.

AREA:  Second Floor

Sec 305.3  Bathroom sink is damaged/cracked.

UNIT:  4126

AREA:  First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

Sec 604.3  Wiring is exposed - unprotected faulty and unsafe.

INSPECTOR COMMENTS:   To the garbage disposal.

AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

UNIT:  4128

AREA: Basement

Sec 308.1  Large accumulation of combustibles are stored in basement.

Sec 603.1  Clothes dryer flexible vent material exceeds eight feet (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

AREA:  Second Floor

Sec 305  Vanity cabinet has damaged and/or missing drawers or doors.


UNIT: 4130

AREA:  Basement

SEC 305.3  Uncleanliness - Decay of surfaces within this unit. All floors,
walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and
appliances must be cleaned and maintained in a sanitary condition.


INSPECTOR COMMENTS:   Cat feces/urine in the basement.

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible
plastic or flexible thin wall aluminum).  Approved flexible metallic vent can
only be used in the shortest length necessary and not to exceed eight feet
long.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA:  Second Floor

Sec 305.6  Hardware damaged or missing from door to bathroom.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not
meet code.

Sec 305.3  Floor covering deteriorated - damaged.

INSPECTOR COMMENTS:   On the first and second floor.


UNIT: 4132

Sec 304.15  Entrance door is deteriorated - damaged.

AREA:  Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks
inspection and approval by the City of Lansing Mechanical Inspector. You must
have a licensed mechanical contractor pull a mechanical permit, check the
installation, make any corrections and then; contact Building Safety at 483-
4355 for final inspection and approval.


AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.

AREA:  Second Floor

Sec 504.1  Collar missing at the bathtub faucet.

Sec 506.1  Toilet seat is damaged.

UNIT: 4134

AREA: First Floor

Sec 506.1 Waste pipe is leaking under the kitchen sink.

AREA: Second Floor

Sec 504.1 Bathtub has chipped and missing enamel.

Sec 305.3 Peeling, chipping, flaking, or abraded paint on interior surfaces of a structure must be properly removed or covered.

INSPECTOR COMMENTS: At the bathroom ceiling.

This dwelling has been declared to have violations Of the Lansing Housing Code defined In section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4124 WOODBRIDGE DR

Pursuant to Section 107.2 of the LPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingml.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* **Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)**

| Violation Location: | 4136 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4136 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: ,,
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 16, 2022

| Rental Inspection Sign and Return Notice |
| --- |

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| --- | --- |
| Inspection Date; | 05/17/2022 |
| Compliance Due Date: | 07/16/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4136 WOODBRIDGE DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around ~ at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1 The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS: Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 304.7 Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS: This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.6 Siding is deteriorated - damaged - missing.

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Parking lots have several potholes and need repair.

Sec 304.15 All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6 Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1 Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7 Missing downspout extensions.

Section 304.13.1 Window glass is broken and/or missing.

INSPECTOR COMMENTS: Any damaged and/or missing windows.

Section 304.2 Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Sec 304.2  Soffit and/or the fascia is damaged/missing.

INSPECTOR COMMENTS:  At the rear.

Sec 304.7  Eave troughs are clogged/full of debris.


UNIT:  4136

AREA:  Basement

Sec 308.1  Large accumulation of combustibles are stored in the basement.


AREA:  Second Floor

Sec 504.1  Toilet is loose at connection to floor.

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 504.1  Bathroom sink/countertop loose/not secured.


UNIT:  4138

AREA:  Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.


AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.


UNIT:  4140

Dwelling unit(s) # 4140 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 506.1  Dish washer drain is improperly installed.


UNIT:  4142

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Loose dog.

UNIT:  4144

AREA:  Basement

Sec 504.1  Water heater installed. Permit for water heater installation has
not been issued and lacks inspection and approval by the City of Lansing
Plumbing Inspector.  You must have a licensed plumbing contractor pull a
plumbing permit, check the installation, make any corrections and then;
contact Building Safety  at 483-4355 for final inspection and approval.

UNIT:  4146

AREA:  Basement

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install
properly functioning smoke detector per manufacture specifications.  If
replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired
Smoke Detector.

INSPECTOR COMMENTS:  Hardwired smoke detectors are not interconnected.

Sec 604.3  Junction box cover plate is missing.

INSPECTOR COMMENTS:  At basement ceiling.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107
of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are
completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the Issuance of a Municipal Civil Infraction
Violation with Fines: $500 per day for each violation and may result in the property being vacated
by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits
have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate
inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4136 WOODBRIDGE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4148 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact al (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645**



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4148 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4** Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

**106.4** Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the rPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: ,,
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: ,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 17, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 05/18/2022 |
| Compliance Due Date: | 07/17/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4148 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:  This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:  Any damaged and/or missing windows.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:  Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

UNIT:  4148

AREA:  Basement

Sec 603.1   Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and Submit a written report by contractor detailing the results and repairs completed per code

Sec 505.6   Discharge pipe from T.P. relief valve at water heater is improper length.

## AREA:  First Floor

Sec 505.3   Water supply pipe/shut off valve leaking at the toilet.

## AREA:   Second Floor

Sec 704.2   Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Inoperable in the hallway.

Sec 504.1   Faucet is leaking at the bathtub.

## UNIT:  4150

Dwelling unit(s) # 4150 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

## UNIT:  4152

* Fire damaged unit *

## UNIT:  4154

* Fire damaged unit *

## UNIT:  4156

Unit was red tagged at the time of the inspection for no power.

## UNIT:  4158

## AREA:   Basement

Sec 305.4   Steps are damaged and/or unstable in stairwell to basement.

Sec 505.3   Water supply pipe is leaking at the basement ceiling.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4148 WOODBRIDGE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4160 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to;
**Taxpayer of Record:** WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4160 WOODBRIDGE DR
Parcel No: 23-50-40-36-407-021

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 17, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| **Inspection Type:** | Rental |
| **Inspection Date:** | 05/18/2022 |
| **Compliance Due Date:** | 07/17/2022 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $600 per day for each violation)*

| Violation Location: | 4160 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING:  1

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 604.3  Exterior building lights are inoperable.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 304.6  Exterior brick is deteriorated/damaged.

Section 304.2  Soffit - fascia is damaged/missing.

Sec 604.3  Weatherproof exterior outlet cover plates are damaged / missing.

UNIT: 4160

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 605.1 Service panel lacks proper access. Maintain a three feet clearance in front of the service panel for emergency access.

Sec 504.1  Handle is damaged/missing at the laundry tub.

Sec 308.1  Large accumulation of combustibles are stored in the basement.

AREA:  First Floor

Sec 305.6  Door knob is loose/damaged at the bathroom door.

AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Replace old hardwired smoke detector in stairwell to second floor.

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Chirping low battery in the bedroom.

Sec 504.1  Faucet is leaking at the bathtub.

UNIT: 4162

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 603.1  Chimney - vent connector is deteriorated - has signs of condensation.

Sec 505.4  Chimney - vent connector from water heater lacks screws at joints.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA:  First Floor

Sec 506.1  Waste pipe is leaking at the bathroom sink.

Sec 403.2  Bathroom vent fan is defective and/or inoperable.


AREA:  Second Floor

Sec 504.1  Faucet is leaking at the bathtub.

Sec 504.1  Bathtub has chipped and missing enamel.


UNIT:  4164

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.


AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 504.1  Faucet is leaking at the bathtub.

Sec 506.1 Trap to the drain in the kitchen is improper material and does not meet code.


UNIT:  4166

AREA:  Basement

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 504.1  Faucet is leaking at the bathtub.

UNIT:  4168

AREA:  Basement

SEC 603.1  Clothes dryer lacks approved metallic vent material. (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

INSPECTOR COMMENTS:   Remove heat diverter from dryer vent.

Sec 605.1  Service panel openings lack knock-out plugs.

AREA:  Second Floor

Sec 704.2  Smoke detector must be installed per mfg. specifications.

INSPECTOR COMMENTS:   Hanging hardwired smoke detector in stairwell to second floor.

UNIT:  4170

Dwelling unit(s) # 4170 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result In the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit,

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

___ Owner or ___ Manager, Date _____

Registered Owner's Copy for property located at - 4160 WOODBRIDGE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time Indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/06/2023

| Lack of Certificate Notice |

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4408 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**

**Code Enforcement Office**

316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4408 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municpal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4**  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

**106.4**  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:   
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

**Notice Printed:** June 30, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| **Inspection Type:** | Rental |
| **Inspection Date:** | 05/31/2022 |
| **Compliance Due Date:** | 07/30/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket (Fines: $500 per day for each violation)

| Violation Location: | 4408 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4408

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.6  Siding is deteriorated - damaged - missing.

INSPECTOR COMMENTS: Damaged overhang/siding at unit 4408.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 302.2 Improper grading of soil around the building.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT:  4408

Dwelling unit(s) # 4408 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

AREA:  Basement

Sec 505.4   Discharge pipe from T.P. relief valve at water heater is improper length.

UNIT:  4410

Dwelling unit(s) # 4410 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4412

AREA:  Basement

Sec 605.1   Service panel lacks proper labeling for the breakers.

AREA:  First Floor

Sec 504.1   Garbage disposer is inoperable.

AREA:  Second Floor

Sec 305.3   Hole at ceiling in bedroom.

INSPECTOR COMMENTS:    Bee nest in ceiling.

Sec 403.2   Bathroom vent fan cover is loose/hanging.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date _____

Registered Owners Copy for property located at - 4408 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

## Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4409 CHADBURNE DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.09 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  **Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645

"Equal Opportunity Employer" Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4409 CHADBURNE DR
Parcel No: 23-50-40-36-429-032

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant  „



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 08, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/09/2022 |
| Compliance Due Date: | 08/09/2022 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4409 CHADBURNE DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-463-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4409

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.2 Improper grading of soil around the building.

Sec 603.1  Chimney vent cap is damaged and or/missing.

INSPECTOR COMMENTS: At unit 4411.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT:  4409

AREA:  Basement

Sec 308.1  Large accumulation of combustibles are stored in the basement.

AREA:  Second Floor

Sec 704.2  Smoke detector must be installed per mfg. specifications.

INSPECTOR COMMENTS:   Replace old hardwired smoke detector in stairwell to second floor.

UNIT:  4411

AREA:  Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detectors are not interconnected.

AREA:  Second Floor

Sec 504.1  Toilet flush mechanism is defective.

UNIT:  4413

AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA:  Second Floor

Sec 704.2  Smoke detector must be installed per mfg. specifications.

INSPECTOR COMMENTS:   Replace old hardwired smoke detector in stairwell to second floor.

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT:  4415

No violations found in this unit at the time of the inspection.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, **sign and return affidavit**.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4409 CHADBURNE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any costs taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and Employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/06/2023

| Lack of Certificate Notice |
| --- |

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| --- | --- |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4411 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel.Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334**

*Equal Opportunity Employer*Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

*Andy Schor Mayor*

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI  48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4411 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4**  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

**106.4**  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the HPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:   ,
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI
48334
Occupant:  ,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 03, 2022

| Rental Inspection Sign and Return Notice |

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/06/2022 |
| Compliance Due Date: | 08/06/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4411 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4411

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

"Equal Opportunity Employer"Taxpayer's Copy

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:    Fill any/all holes under sinks and any/all penetrations at basement walls.

## AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.15  Threshold at main entrance is damaged and/or deteriorated.

INSPECTOR COMMENTS:  At unit 4411.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:    Any damaged/missing/fogged windows.

## UNIT:  4411

## AREA:  Basement

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for $CO/CO_2$ leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and

corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 607.1   Duct work is disconnected at the basement ceiling.

Sec 504.1   Faucet and/or shut off valve is leaking at the laundry tub.

Sec 604.3   Light fixture is loose/hanging and has exposed wiring.

INSPECTOR COMMENTS:   At the basement ceiling.

AREA: First Floor

Sec 604.3   Cover plates missing and or damaged at outlets - switches.

Sec 305.3   Countertop in kitchen is loose/damaged.

AREA: Second Floor

Sec 504.1   Clogged drain at the bathtub.

UNIT: 4413

Dwelling unit(s) # 4413 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

AREA: Basement

Sec 704.1   Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.   If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector lacks audible sound.

Sec 603.1   Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then, contact Building Safety at 483-4355 for final inspection and approval.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4411 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected, the City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:

Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/06/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/06/2023 |
| **Compliance Due Date:** | 06/04/2023 |

*Warning:* *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4414 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist in the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4414 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4366 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: ,,
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: ,,



## Economic Development & Planning
## Code Enforcement Office
### 316 N. Capitol Ave Lansing, MI 48933-1238
### (517) 483-4361 FAX (517) 377-0100

Notice Printed: June 30, 2022

**Rental Inspection Sign and Return Notice**

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 05/31/2022
Compliance Due Date: 07/30/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4414 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

### BUILDING: 4414

### AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  *The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.*

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  *Roof covering is deteriorated - damaged - missing.*

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  *Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.*

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  *All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.*

Section 304.6  *Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.*

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 304.13.1  *Window glass is broken and/or missing.*

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 603.1  *Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.*

Sec 304.2  *Paint or protective coating is missing and/or deteriorated.*

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.


UNIT:  4414

AREA:  Basement

* Unfinished concrete repair at the basement floor from the plumbing work *

Sec 603.1 Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

AREA:  First Floor

Sec 604.3  GFCI protected outlet is damaged in the kitchen.

INSPECTOR COMMENTS:   To the left of the kitchen sink.

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 403.2  Bathroom vent fan cover is loose/hanging.

Sec 504.1  Faucet is leaking at the bathtub.

UNIT: 4416

AREA:  Basement

Sec 603.1  Permit for the furnace installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PM22-1026.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length and leaking.

AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Missing in the stairwell to the second floor.

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing in the bedroom.

UNIT: 4418

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Tenant was sick.

## UNIT:  4420

### AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.

Sec 506.1  Waste pipe is leaking at the kitchen sink.

### AREA:  Second Floor

Sec 504.1  Clogged drain at the bathroom sink.

Sec 505.3  Bathtub/shower is leaking.

## UNIT:  4422

Sec 308.1  Large accumulation of combustibles are stored in throughout this unit.

### AREA:  First Floor

Sec 305.3  Unfinished drywall repair at the living room ceiling.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

_____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4414 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 – AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI  48334



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/08/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4415 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this latter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI  48334



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4415 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE VILLAS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI
48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 06, 2022

| Rental Inspection Sign and Return Notice |
| --- |

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| --- | --- |
| Inspection Date: | 06/06/2022 |
| Compliance Due Date: | 08/06/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4415 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship, Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4415

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1 The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS: Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 304.7 Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS: This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.13.1 Window glass is broken and/or missing.

INSPECTOR COMMENTS: Any damaged/missing/fogged windows.

Sec 304.6 Brick is deteriorated/damaged.

INSPECTOR COMMENTS: Above unit 4417.

Sec 304.15 Rear entrance door is deteriorated - damaged.

INSPECTOR COMMENTS: To unit 4415.

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Parking lots have several potholes and need repair.

Sec 304.15 All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6 Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1 Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2 Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT:  4415

AREA:  Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing in the bedroom and in the hallway.

UNIT:  4417

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 505.6  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA;  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bedroom.

Sec 504.1  Faucet/handle is leaking at the kitchen sink.


UNIT:  4419

AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for $CO/CO2$ leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 302.2  Mildew on walls in basement.  (All affected areas are to be cleaned and sanitized with bleach).


AREA: First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 305.3  Walls are damaged with holes.

INSPECTOR COMMENTS:   In stairwell to second floor.

Sec 504.1  Clogged drain at the bathroom sink.

UNIT:  4421

Sec 304.15  Door jamb/frame/trim is deteriorated and/or damaged to the front door.

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 404.4.5  Sleeping room in basement does not meet code.  Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits.  This area was not designed or intended to be used for such occupancies.

UNIT:  4423

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.

Sec 604.3  Wiring is exposed - unprotected faulty and unsafe.

INSPECTOR COMMENTS:   Under the kitchen sink.

AREA:  Second Floor

Sec 504.1  Toilet flush mechanism is defective.

Sec 702.3  Bedroom door has double cylinder deadbolt lock / hasp with padlock.  All egress doors shall be easily opened from the side which egress is to be made without the need for keys, special knowledge or effort.

This dwelling has been declared to have violations of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, **sign and return affidavit.**

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____Manager, Date_____

---

Registered Owner's Copy for property located at - 4415 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4417 CHADBURNE DR |
|---|---|
| Parcel No: | 23-50-40-96-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 97645

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4417 CHADBURNE DR
Parcel No: 23-50-40-36-429-032

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 — Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48335
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377 0100

Notice Printed: July 08, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| Inspection Date: | 06/13/2022 |
| Compliance Due Date: | 08/13/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4417 CHADBURNE DR |
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4417

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:  This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.6  Siding is deteriorated - damaged - missing.

Sec 305.6  Trim is damaged and/or missing at rear door.

INSPECTOR COMMENTS: At unit 4419.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:  Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT:  4417

AREA:  Basement

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector chirping low battery.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA:  First Floor

Sec 505.1 Trap to the drain in the bathroom and the kitchen is improper material and does not meet code.

AREA:  Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing in the hallway.

UNIT:  4419

AREA:  Second Floor

Sec 504.1  Faucet is leaking at the bathtub.

UNIT:  4421

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

UNIT:  4423

AREA:  Basement

Sec 101.2  Gasoline / Propane / Kerosene container / Automobile battery stored in basement.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

---

Registered Owner's Copy for property located at · 4417 CHADBOURNE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107· Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4424 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



**Economic Development & Planning
Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4424 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders –  a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  „



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 30, 2022

| Rental Inspection Sign and Return Notice |
| --- |

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
| --- | --- |
| Inspection Type: | Rental |
| Inspection Date: | 05/31/2022 |
| Compliance Due Date: | 07/30/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4424 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4424

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

"Equal Opportunity Employer"Taxpayer's Copy

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 306.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing windows.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slab is cracked/damaged at unit 4425.

Sec 304.2  Soffit and/or the fascia is missing/damaged.

INSPECTOR COMMENTS:  Above unit #430.

Sec 304.6  Siding is damaged.

INSPECTOR COMMENTS: At entrance to unit 4432.

Sec 604.3  Exterior outlet is damaged.

INSPECTOR COMMENTS:  At unit #432.


UNIT:  4424

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA:  Basement

Sec 605.1 Service panel lacks proper access. Maintain a three feet clearance in front of the service panel for emergency access.

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 505.3  Water supply pipe is lacking support/not secure to the wall.


UNIT:  4426

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.


AREA:  Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.


AREA:  First Floor

Sec 504.1  Faucet is leaking/loose.

INSPECTOR COMMENTS:   In both the kitchen and the bathroom.

Sec 506.1  Waste pipe is leaking.

INSPECTOR COMMENTS:   In both the kitchen and the bathroom.

UNIT: 4428

Dwelling unit(s) # 4428 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

AREA: Basement

Sec 504.1 Corroded fittings at the water heater.

AREA: First Floor

Section 304.13.1 Window glass is broken and/or missing.

INSPECTOR COMMENTS: In the living room.


UNIT: 4430

AREA: Basement

Sec 504.1 Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS: Permit# PP22-0787.

Sec 505.4 Discharge pipe from T.P. relief valve at water heater is leaking.


AREA: First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

Sec 504.1 Garbage disposer is inoperable.


AREA: Second Floor

Sec 704.2 Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS: Inoperable in the second floor hallway.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

Sec 504.1 Bathtub has chipped and missing enamel.


UNIT: 4432

Sec 603.1  Permit for the A/C installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 704.1  Smoke detector lacks audible sound.

INSPECTOR COMMENTS:    In the bedroom.

Sec 505.3  Bathtub/shower is leaking.

Sec 305  Carpet is loose / torn / deteriorated and worn-out.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4424 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6649 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:

Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

WOODSIDE MEADOWS
APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4425 CHADBURNE DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



Andy Schor, Mayor

**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4425 CHADBURNE DR
Parcel No: 23-50-40-36-429-032

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to.
Taxpayer of Record: ,,
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: ,,



## Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 08, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 06/13/2022 |
| Compliance Due Date: | 08/13/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket (Fines: $500 per day for each violation)

| Violation Location: | 4425 CHADBURNE DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4425

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 302.7  All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

INSPECTOR COMMENTS:  Carport is damaged/deteriorated.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:  Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 503.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.6  Siding is deteriorated - damaged - missing.

Sec 304.2  Soffit and/or the fascia is missing/deteriorated.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:  Any damaged/missing/fogged windows.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

INSPECTOR COMMENTS: Spray foam around exterior door at unit 4429.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Sec 305.6  Trim is damaged and/or missing at entrance door.

INSPECTOR COMMENTS: At rear door of unit 4433.


UNIT: 4425

AREA: Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.


AREA: First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.


UNIT: 4427

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.


UNIT: 4429

AREA: First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.


AREA: Second Floor

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.


UNIT: 4431

AREA: First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

<u>AREA: Second Floor</u>

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

<u>UNIT: 4433</u>

<u>AREA: Basement</u>

Sec 704.1 Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications. If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS: Hardwired smoke detector chirping low battery.

<u>AREA: First Floor</u>

Sec 504.1 Toilet flush mechanism is defective.

<u>AREA: Second Floor</u>

Sec 604.3 GFCI protected outlet is damaged in the bathroom.

Sec 403.2 Bathroom vent fan is defective and/or inoperable.

<u>UNIT: 4435</u>

<u>AREA: Basement</u>

Sec 505.3 Water supply pipe is leaking at the water meter.

Sec 605.1 Service panel lacks proper labeling for the breakers.

<u>AREA: Second Floor</u>

Sec 704.2 Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS: Missing in the hallway.

Sec 504.1 Bathtub has chipped and missing enamel.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at • 4425 CHADBURNE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, by officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

'Equal Opportunity Employer'Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/06/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4425 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4425 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 06, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| Inspection Date: | 06/06/2022 |
| Compliance Due Date: | 08/06/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4425 SEAWAY DR |
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4425

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.


AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 304.2  Soffit and/or the fascia is deteriorated.

INSPECTOR COMMENTS:  Above unit 4427.

Sec 603.1  Chimney vent cap is damaged/crushed and/or missing.

INSPECTOR COMMENTS:  At units 4425 & 4627.


UNIT:  4425

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

AREA:  Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Inoperable in the hallway.

Sec 604.3  Light flickering in stairwell.

Sec 504.1  Toilet is loose at connection to floor.

UNIT: 4427

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA:  Basement

Sec 504.1  Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then: contact Building Safety  at 483-4355 for final inspection and approval.

AREA:  First Floor

Sec 506.1  Waste pipe is leaking at the kitchen sink.

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

Sec 305.3  Bathroom sink is loose/not secure to the wall.

Sec 305  Vanity/bathroom cabinet is damaged.

INSPECTOR COMMENTS:   Mirror is broken.

AREA:  Second Floor

Sec 305.3  Walls are damaged with holes.

Sec 305.6  Doors are damaged throughout second floor.

UNIT: 4429

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If

replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detectors are not interconnected.

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code.  Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits.  This area was not designed or intended to be used for such occupancies.

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 504.1  Water heater installed.  Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety  at 483-4355 for final inspection and approval.

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.

AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4425 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/06/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4431 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE VILLAS L L C, (String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334**

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4431 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4** Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

**106.4** Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record:**
Registered Rental Owner: WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: ,,

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 06, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/07/2022 |
| Compliance Due Date: | 08/07/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4431 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING:  4431

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 603.1  Clothes dryer vent exterior weather hoods are missing / damaged.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 304.6  Brick is deteriorated/damaged.

INSPECTOR COMMENTS:  Near second floor window at 4431.

Sec 304.2  Damaged/deteriorated overhang.

INSPECTOR COMMENTS:  At entrance to units 4433 & 4435.

Sec 304.6  Siding is deteriorated - damaged - missing.

Sec 603.1  Chimney vent cap is damaged and or/missing.

INSPECTOR COMMENTS: At unit 4433.

## UNIT:  4431

### AREA:  Basement

Sec 504.1  Corroded fittings at the water heater.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

### AREA:  First Floor

Sec 604.3  GFCI protected outlet will not trip the test button and is not operating properly in the kitchen.

INSPECTOR COMMENTS:  To the right of the kitchen sink.

Sec 504.1  Faucet is leaking at the kitchen sink.

Sec 305.3  Water damaged drywall on the ceiling in the living room.

### AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 604.3  GFCI protected outlet is damaged in the bathroom.

Sec 504.1  Bathtub has chipped and missing enamel.

## UNIT:  4433

### AREA:  Basement

Sec 603.1  A/C unit is inoperable.

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:  Permit# PP22-0744.

Sec 603.1  Furnace lacks a clean filter.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the wall and ceiling in the bathroom.

Sec 506.1 Trap to the drain in the bathroom is an S-type trap and does not meet code.

AREA:  Second Floor

Sec 604.3  GFCI protected outlet is damaged in the bathroom.

Sec 504.1  Faucet is leaking at the bathtub.

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT:  4435

Dwelling unit(s) # 4435 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4437

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 604.3  Dryer outlet is loose/not secure to the wall.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4431 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/06/2023

| Lack of Certificate Notice |
| --- |

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
| --- | --- |
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4434 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson **Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record:** WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4434 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4** Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

**106.4** Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson **Meredith.Johnson@lansingmi.gov**

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



### Economic Development & Planning
### Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 30, 2022

**Rental Inspection Sign and Return Notice**

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4434 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4434

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:    Fill any/all holes under sinks and any/all penetrations at basement walls.

## AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.6  Brick is deteriorated/damaged.

INSPECTOR COMMENTS: Deteriorated/separated near second floor window of unit 4434.

Sec 304.2  Soffit is loose/falling.

INSPECTOR COMMENTS:  Above unit 4436.

## UNIT:  4434

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

INSPECTOR COMMENTS:   Red tagged this unit at the time of the inspection.

AREA:  Basement

Sec 605.1  Service panel lacks proper labeling for the breakers.

Sec 604.3  Outlet is damaged.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA:  Second Floor

Sec 307.1  Handrail is missing in stairwell to second floor.

Sec 504.1  Clogged drain at the bathroom sink.

Sec 504.1  Bathtub has chipped and missing enamel.


UNIT:  4436

AREA:  Basement

Sec 504.1  Permit for water heater installation lacks final inspection and
approval by the City of Lansing Plumbing Inspector. Contact the City of
Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PM21-0518 & PM21-0520

(2 permits were pulled for this water heater but no final approval on either)


Sec 504.1  Sewage on floor. All affected areas are to be cleaned and
sanitized with bleach.

Sec 603.1  Chimney - vent connector is deteriorated at the furnace/water
heater.

Sec 505.3  Water supply pipe/shut off valve is leaking at the basement
ceiling.


UNIT:  4438

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 607.1  Duct work is disconnected at the basement ceiling.


UNIT:  4440

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

AREA:  Second Floor

Sec 307.1  Handrail is damaged in stairwell to second floor.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4434 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6843 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107· Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

#165

Notice Printed: 05/05/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4437 CHADBURNE DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107 2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning
Code Enforcement Office**

316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4437 CHADBURNE DR
Parcel No: 23-50-40-36-429-032

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106-3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48335
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 08, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| Inspection Date: | 06/13/2022 |
| Compliance Due Date: | 08/13/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4437 CHADBURNE DR |
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

### BUILDING: 1

### AREA: ALL UNITS

Sec 504.1 Plumbing permit for the water distribution lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS: Permit# PP22-0776.

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1 The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS: Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Parking lots have several potholes and need repair.

Sec 304.15 All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6 Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1 Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 603.1 Clothes dryer vent exterior weather hoods are missing / damaged.

Sec 304.2 Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.6 Siding is deteriorated - damaged - missing.

Sec 304.2 Paint or protective coating is missing and deteriorated at siding and/or trim.

UNIT: 4437

AREA: Basement

Sec 603.1   Furnace lacks a clean filter.

Sec 505.4   Discharge pipe from T.P. relief valve at water heater is improper length.

AREA:  Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing in the bedrooms.

Sec 604.3   Light fixture is loose/hanging and has exposed wiring in the bedroom.

UNIT:  4439

AREA:  Basement

Sec 603.1  Chimney – vent connector is deteriorated – has signs of condensation.

Sec 109.1.2  Extension cords used excessively.

AREA:  First Floor

Sec 305   Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.

AREA:  Second Floor

Sec 305.3  Water damaged drywall on the ceiling in the bedroom.

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT:  4441

AREA:  Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

Sec 302.2  Mildew on walls and floor in basement (All affected areas are to be cleaned and sanitized with bleach).

AREA:  First Floor

Sec 504.1  Faucet is leaking and handle is damaged at the kitchen sink.

UNIT: 4443

AREA: Basement

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

AREA: First Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Chirping low battery in the bedroom.

UNIT: 4445

AREA: Basement

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PP22-0337.

Sec 603.1  A/C unit is inoperable.

AREA: First Floor

Sec 506.1  Waste pipe is leaking at the kitchen sink.

AREA: Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing in the hallway.


This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods  All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

___ Owner or ___ Manager, Date _____

Registered Owner's Copy for property located at - 4437 CHADBOURNE DR.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, patent or latent, which exist at the property inspected. The City of Lansing, its officials and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to disclose or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer" Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| **Lack of Certificate Notice** |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4439 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.46** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334**



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4439 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4** Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

**106.4** Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 06, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/07/2022 |
| Compliance Due Date: | 07/07/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4439 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING:  1
AREA:  ALL UNITS
Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 403.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior
Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 302.2 Improper grading of soil around the building.

UNIT: 4439
Dwelling unit(s) # 4439 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or

building permits from The Building Safety Office. You can call (517-483-4355)
to determine if State Law requires a permit for your particular repair /
correction.

UNIT: 4441
AREA: Basement
Sec 605.1 Service panel lacks proper access. Maintain a three feet clearance
in front of the service panel for emergency access.

Sec 308.1  Large accumulation of combustibles are stored in basement.

AREA: First Floor
Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA: Second Floor
Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install
properly functioning smoke detector per manufacture specifications.  If
replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired
Smoke Detector.

INSPECTOR COMMENTS:   Missing in the stairwell to the second floor.

UNIT: 4443
Sec 504.1  Permit for water heater installation lacks final inspection and
approval by the City of Lansing Plumbing Inspector. Contact the City of
Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PP22-0745.

UNIT: 4445
** This unit is red tagged. See safety letter dated 1/14/2021 **

UNIT: 4447
At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Loose dog.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107
of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are
completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction
Violation with **Fines: $500** per day for each violation and may result in the property being vacated
by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4439 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/06/2023

| **Lack of Certificate Notice** |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4442 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed as by a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4442 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record:**  ''
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE
250W,FARMINGTON HILLS, MI 48334
Occupant:  ''



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 27, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| Inspection Date: | 05/26/2022 |
| Compliance Due Date: | 07/25/2022 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4442 SEAWAY DR |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found;

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4442

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.


AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 604.3  Exterior outlets are damaged.

INSPECTOR COMMENTS:  Outside of units 4444 & 4448.


UNIT:  4442

AREA:  Basement

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Chirping low battery.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 504.1  Corroded fittings at the water heater.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA:  First Floor

Sec 604.3  Wiring is exposed - unprotected faulty and unsafe.

INSPECTOR COMMENTS:   To the garbage disposal.


UNIT:  4444

Sec 108.1.3  Lack of required utilities to the dwelling. The gas / electric / water service is turned off.  The dwelling lacks sanitary / heating facilities.

INSPECTOR COMMENTS:   Red tagged this unit at the time of the inspection for no power.

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.


UNIT:  4446

AREA:  Basement

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.


UNIT:  4448

AREA:  Basement

Sec 607.1  Duct work is disconnected at the basement ceiling.


Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

**AREA:  First Floor**

Sec 305  Carpet is loose / torn / deteriorated and worn-out.

Sec 504.1  Toilet tank lid is broken or missing.

**AREA:  Second Floor**

Sec 604.3  Cover plates missing and or damaged at outlets - switches.

Sec 305.6  Hardware damaged or missing from door to bathroom.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications. If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Chirping low battery in stairwell to second floor.

**UNIT:  4450**

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

**UNIT:  4452**

Dwelling unit(s) # 4452 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

**UNIT:  4454**

**AREA:  First Floor**

Sec 305.3  Water damaged drywall on the ceiling in the living room.

**AREA:  Second Floor**

Sec 506.1  Waste pipe is leaking at the bathroom sink.

Sec 305.6  Hardware damaged or missing from door to bedroom.

**UNIT:  4456**

Dwelling unit(s) # 4456 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some

corrections may require mechanical, plumbing, electrical, demolition or
building permits from The Building Safety Office. You can call (517-483-4355)
to determine if State Law requires a permit for your particular repair /
correction.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107
of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are
completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction
Violation with Fines: $600 per day for each violation and may result in the property being vacated
by this office.

---

The Owner or agent must complete, **sign and return affidavit.**

I certify that all violations have been corrected with approved materials and methods. All required permits
have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate
inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4442 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken
by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at
(517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of
Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure
to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE
250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

**Lack of Certificate Notice**

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4447 CHADBURNE DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07845

"Equal Opportunity Employer"Taxpayer's Copy



Andy Scher, Mayor

### Economic Development & Planning
### Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4447 CHADBURNE DR
Parcel No: 23-50-40-36-429-032

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 08, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/14/2022 |
| Compliance Due Date: | 08/14/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4447 CHADBURNE DR |
|---|---|
| Parcel No: | 23-50-40-36-429-032 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

"Equal Opportunity Employer Taxpayer's Copy

Sec 305.4   Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1   The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 304.7   Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.13.1   Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 102.5   Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

INSPECTOR COMMENTS: Spray foam at siding.

Sec 302.3   Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15   All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6   Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 304.7   Missing downspout extensions.

Sec 603.1   Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2   Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.

* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

UNIT: 4447

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

AREA:  Second Floor

Sec 704.2  Smoke detector must be installed per mfg. specifications.

INSPECTOR COMMENTS:  Replace old hardwired smoke detector in stairwell to second floor.

UNIT: 4449

Sec 603.1  A/C unit is inoperable.

UNIT: 4451

AREA:  Basement

Sec 108.1.2  Extension cords used excessively.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT: 4453

AREA: Second Floor

Sec 704.2  Smoke detector must be installed per mfg. specifications.

INSPECTOR COMMENTS:  Replace old hardwired smoke detector in stairwell to second floor.

Sec 504.1  Faucet is leaking at the bathtub.

Sec 504.1  Bathtub has chipped and missing enamel.


UNIT:  4455

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.


AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.


AREA:  Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing in the bedroom.

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 505.1 Trap to the drain in the bathroom is improper material and does not meet code.


UNIT:  4457

AREA:  Basement

Sec 605.1  Service panel lacks proper labeling for the breakers.

Sec 604.3  Dryer outlet is loose/not secure to the wall and lacks conduit protection.

Sec 504.1  Floor drain cover is missing.


AREA:  First Floor

Sec 505.1 Trap to the drain in the bathroom is improper material and does not meet code.


This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4447 CHADBURNE DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its offices and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI  48334

Audy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/08/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4449 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4449 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate Inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6649 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to.
Taxpayer of Record: "
Registered Rental Owner: WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: "



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 07, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 06/07/2022 |
| Compliance Due Date: | 08/07/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4449 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 603.1  Clothes dryer vent exterior weather hoods are missing / damaged.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 304.7  Eave troughs are clogged/full of debris.

Sec 604.3  Exterior outlets are damaged.

INSPECTOR COMMENTS:  At several units.

Sec 604.3  Wiring is exposed - unprotected faulty and unsafe.

INSPECTOR COMMENTS:  Exterior light fixture at unt 4459.

Sec 302.2 Improper grading of soil around the building.

Sec 604.3  A/C unit lacks conduit protection.

INSPECTOR COMMENTS:  At unit 4453.

UNIT:  4449

Dwelling unit(s) # 4449 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4451

AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 504.1  Clogged laundry standpipe.


AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.


UNIT:  4453

Dwelling unit(s) # 4453 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4455

AREA:  Basement

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA:  First Floor

Sec 605.2  Receptacle outlets have been replaced in the unit. GFCI protection required within 6' of a water source.


INSPECTOR COMMENTS:  Under the kitchen sink.


UNIT:  4457

AREA:  Basement

Sec 605.3  Light fixture missing - has exposed wiring at the basement ceiling.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

Sec 505.3  Laundry water supply lines are loose/not secure to the wall.

Sec 604.3  Dryer outlet is loose/not secure to the wall.

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

AREA:  First Floor

Sec 504.1  Faucet is leaking at the kitchen sink.

UNIT:  4459

** Fire damaged unit **

UNIT:  4461

AREA:  Basement

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:    Permit# PP22-0788.

Sec 504.1  Sewage on floor. All affected areas are to be cleaned and sanitized with bleach.

AREA:  First Floor

Sec 506.1  Waste pipe is leaking at the kitchen sink.

Sec 504.1  Garbage disposer is inoperable.

Sec 603.1  Stove vent hood is damaged/falling.

Sec 604.3  Wiring is deteriorated and/or unsafe. Have a licensed contractor check the wiring, bring it up to code, and submit a copy of their report to our office.

INSPECTOR COMMENTS:    Lights flickering throughout this unit.

UNIT:  4463

Dwelling unit(s) # 4463 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

AREA: Basement

Sec 603.1 Permit for the furnace installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS: Permit# PM22-0785.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

___Owner or ___ Manager, Date_____

---

Registered Owner's Copy for property located at - 4449 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/06/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4458 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

*Andy Schor Mayor*

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI  48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4458 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  "
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant;  "



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave, Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 26, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| --- | --- |
| Inspection Date: | 05/25/2022 |
| Compliance Due Date: | 07/24/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4458 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING:  4458

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.2  Soffit and/or the fascia is damaged and/or missing.

INSPECTOR COMMENTS:  Between units 4458 & 4460.

Sec 304.6  Siding is deteriorated - damaged - missing.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 305.6  Trim is damaged and/or missing at entrance door.

INSPECTOR COMMENTS: At rear of unit 4464.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Sec 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT:  4458

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Chirping low battery in stairwell to second floor.

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT:  4460

AREA:  Basement

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

AREA:  First Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   In the living room.

Sec 403.2  Bathroom vent fan is missing the cover.

UNIT:  4462

AREA:  Basement

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

AREA: First Floor

Sec 305.3 Water damaged drywall on the ceiling in the bathroom.

Sec 504.2 Toilet flush mechanism is defective.

AREA: Second Floor

Sec 504.1 Toilet is loose at connection to floor.

Sec 504.1 Shower head is missing.

Sec 604.3 GFCI protected outlet is damaged/burnt in the bathroom.

UNIT: 4464

Dwelling unit(s) # 4464 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4456 SEAWAY DR

Pursuant to Section 107.2 of the HPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

'Equal Opportunity Employer Taxpayer's Copy

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 46334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

*Warning:* *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4478 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4478 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.9 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  „

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 23, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/24/2022 |
| Compliance Due Date: | 07/23/2022 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4478 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

### BUILDING: 4478

### AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.6  Siding is deteriorated - damaged - missing.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 304.6  Brick is deteriorated/damaged.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

INSPECTOR COMMENTS: Spray foam around exterior doors at unit 4478.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.

* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT: 4478

AREA: Basement

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 603.1  Water heater is missing flame shield.

AREA: First Floor

Sec 305  Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.

Sec 505.1  Waste pipe is leaking at the kitchen sink.

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA: Second Floor

Sec 307.1  Handrail is missing in stairwell to second floor.

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:  Missing in the hallway and chirping low battery in the bedroom.

Sec 305.6  Doors are damaged throughout this unit.

Sec 504.1  Toilet is loose at connection to floor.

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT: 4480

AREA: Basement

Sec 604.3  Wiring is deteriorated and/or unsafe.

INSPECTOR COMMENTS:  At basement ceiling light fixture.

Sec 605.1  Service panel lacks proper labeling for the breakers.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

AREA:  First Floor

Sec 506.1 Trap to the drain in the bathroom is an S-type trap and does not meet code.

UNIT:  4482

AREA:  Basement

Sec 504.1  Sewage on floor. All affected areas are to be cleaned and sanitized with bleach.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.

AREA:  Second Floor

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

Sec 506.1  Handle is missing at the bathtub/shower.

Sec 305  Vanity/mirror is damaged in the bathroom.

Sec 403.2  Bathroom vent fan is missing the cover.

Sec 305.2  Floor/sub floor is deteriorated and/or damaged.

INSPECTOR COMMENTS:   Soft spot in the bathroom.

Sec 305.6  Door is damaged to the bathroom.

UNIT: 4484

AREA: Basement

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS: Hardwired smoke detector is chirping low battery.

AREA: Second Floor

Sec 504.1 Bathtub has chipped and missing enamel.

UNIT: 4486

AREA: Basement

Sec 504.1 Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector. You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then contact Building Safety at 483-4355 for final inspection and approval.

Sec 605.1 Service panel lacks proper access. Maintain a three feet clearance in front of the service panel for emergency access.

Sec 603.1 Clothes dryer flexible vent material exceeds eight feet (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

AREA: First Floor

Sec 604.3 Cover plate missing and or damaged at outlets - switches.

INSPECTOR COMMENTS: Near the front door.

AREA: Second Floor

Sec 604.3 Light fixture is damaged - inoperable.

INSPECTOR COMMENTS: In the second floor hallway.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4478 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

**Lack of Certificate Notice**

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4488 SEAWAY DR |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107 2 of the LPMC, you have the right to appeal this notice of violation. In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor  Mayor

## <u>**FAILURE TO COMPLY LETTER**</u>

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4488 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ⸗
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ⸗



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 23, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/24/2022 |
| Compliance Due Date: | 07/23/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4488 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4488

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1 The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS: Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 304.7 Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS: This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 304.6 Siding is damaged - missing.

Sec 302.2 Improper grading of soil around the building.

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Parking lots have several potholes and need repair.

Sec 304.15 All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6 Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1 Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2 Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT: 4468

AREA: Basement

Sec 305.1 Mildew accumulation at walls in the basement. All affected areas are to be cleaned and sanitized with bleach.

Sec 506.2  Floor drain cover missing.

Sec 604.3  Outlet is damaged.


UNIT: 4490

AREA: Basement

Sec 506.2  Floor drain cover missing.


AREA: Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.


UNIT: 4492

AREA: Basement

Sec 308.1  Large accumulation of combustibles are stored in the basement.

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 605.1  Service panel lacks proper labeling for the breakers.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA: Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:  Inoperable in the bedroom.


This dwelling has been declared to have violations Of the Lansing Housing Code defined In section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4488 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 · AM or 12-1 · PM.
Officer: Meredith D Johnson  **Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to;
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4496 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4496 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate Inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:  Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 22, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/23/2022 |
| Compliance Due Date: | 07/22/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4496 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING:  4496

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:  This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:  Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:  Any damaged and/or missing basement windows.

Sec 604.3  Weatherproof exterior outlet cover plates are damaged / missing.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.2  Soffit and/or the fascia is damaged/falling.

Sec 304.6  Gable vent is damaged/missing.

Sec 302.2 Improper grading of soil around the building.

UNIT: 4494

AREA: Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 605.1  Service panel lacks proper labeling.

AREA:  Second Floor

Sec 504.1  Toilet is loose at connection to floor.

Sec 505.3  Water supply shut off valves are missing.

INSPECTOR COMMENTS:   Under the bathroom sink.

UNIT: 4496

AREA: Basement

Sec 603.1  Permit for the furnace installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PM22-0555.

Sec 505.3  Water supply shut off valve is leaking.

INSPECTOR COMMENTS:   At the water meter.

Sec 506.1  Improperly installed standpipe at laundry.

Sec 604.3  Dryer outlet is damaged.

Sec 605.1  Service panel openings lack knock-out plugs.

AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

| The Owner or agent must complete, **sign and return affidavit.** |
| --- |

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4496 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4500 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

**Violation Date:** 11/29/2022
**Compliance Due Date:** 12/29/2022

**Violation Location:** 4500 SEAWAY DR
**Parcel No:** 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**105.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE. AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  „



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 22, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/23/2022 |
| Compliance Due Date: | 07/22/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4500 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

**NOTE:** Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

**BUILDING: 4500**

**AREA: ALL UNITS**

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.

## AREA: Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.
INSPECTOR COMMENTS:     Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Section 304.6  Brick is deteriorated/damaged.

INSPECTOR COMMENTS: Near second floor window of unit 4504.

## UNIT: 4500

** Fire damaged unit **

## UNIT: 4502

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Tenant did not speak english and wouldn't allow access.

UNIT:  4504

Dwelling unit(s) # 4504 is vacant and/or being remodeled. All repairs and
improvements must be completed before this unit can be reoccupied. NOTE: Some
corrections may require mechanical, plumbing, electrical, demolition or
building permits from The Building Safety Office. You can call (517-483-4355)
to determine if State Law requires a permit for your particular repair /
correction.

Sec 504.1  Water heater: Due to age and/or condition of the water heater have
a qualified licensed contractor, that is registered with the City of Lansing
test and check the condition and safety of the water heater and all its
components for proper safe operation. Repair, or replace  as needed and bring
to code obtaining proper permits when required. Submit a copy of the
contractors work order detailing the results to our office.

INSPECTOR COMMENTS:   Water heater is leaking.

UNIT:  4506

AREA:  Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 504.1  Collar missing at the bathtub faucet.

UNIT:  4508

Dwelling unit(s) # 4508 is vacant and/or being remodeled. All repairs and
improvements must be completed before this unit can be reoccupied. NOTE: Some
corrections may require mechanical, plumbing, electrical, demolition or
building permits from The Building Safety Office. You can call (517-483-4355)
to determine if State Law requires a permit for your particular repair /
correction.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107
of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are
completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result In the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4600 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - P.M.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/06/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4501 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the JPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel.Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning
Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4501 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:  Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:  „
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI
48334
Occupant:  „



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 07, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 06/07/2022 |
| Compliance Due Date: | 08/07/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the Issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4501 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

**NOTE:** Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from the Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

### BUILDING:  1

### AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Stops are damaged and/or unstable in stairwell to basement.

Sec 703.2  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:    Fill any/all holes under sinks and any/all penetrations at basement walls.

## AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:
Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 603.1  Clothes dryer vent exterior weather hoods are missing / damaged.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:    Any damaged/missing/fogged windows.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.7  Eave troughs clogged/full of debris.

Sec 604.3  Weatherproof exterior outlet cover plates are damaged / missing.

Sec 604.3  Conduit damaged/missing at electrical meter.

INSPECTOR COMMENTS:  At unit 4505.

UNIT: 4501

AREA: Basement

Sec 305.3  Drywall damaged in stairwell to basement.

Sec 504.1  Sewage on floor. All effected areas are to be cleaned and sanitized with bleach.

AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT:  4503

AREA:  Basement

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

AREA:  First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

UNIT:  4505

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detectors are not interconnected.

AREA:  Basement

Sec 603.1  Furnace lacks a clean filter.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.

Sec 605.2  Receptacle outlets have been replaced in the home. GFCI protection required within 6' of a water source.

INSPECTOR COMMENTS:   Under the kitchen sink.

AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4501 SEAWAY DR

Pursuant to Section 107.2 of the JPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6949 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM. Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, could not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to.

Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

.

"Equal Opportunity Employer"Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/08/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/05/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4507 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI  48911

**Violation Date:** 11/29/2022
**Compliance Due Date:** 12/29/2022

**Violation Location:** 4507 SEAWAY DR
**Parcel No:** 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4  Correct all violations as detailed on the Housing Code Correction Notice.** Either sign and return the notice or call for the re-inspection as required.

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector.** Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 07, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/08/2022 |
| Compliance Due Date: | 08/08/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4507 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-35-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.3 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.7  Missing downspout extensions.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 302.2 Improper grading of soil around the building.

Sec 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Sec 603.1  Clothes dryer vent exterior weather hoods are missing / damaged.

UNIT:  4507

AREA:  Basement

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

Sec 504.1  Floor drain cover is missing.

AREA:  First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

UNIT:  4509

Dwelling unit(s) # 4509 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4511

Dwelling unit(s) # 4511 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4513

AREA:  Basement

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:  Permit# PP22-0750.

AREA:  First Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:  Hardwired smoke detector chirping low battery.

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 506.1 Waste pipe is leaking at the bathroom sink.

**UNIT: 4515**

**AREA: Basement**

Sec 503.1 Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 504.1 Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation, Repair, or replace as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

Sec 503.1 Chimney - vent connector is deteriorated - has signs of condensation.

**AREA: First Floor**

Sec 305.3 Water damaged drywall on the ceiling in the living room.

**UNIT: 4517**

**AREA: Basement**

Sec 505.3 Water supply shut off valve is leaking at the meter.

**AREA: Second Floor**

Sec 704.1 Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications. If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS: Hardwired smoke detector chirping low battery in stairwell to second floor.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

_____ Owner or _____ Manager, Date _____

---

Registered Owner's Copy for property located at - 4607 SEAWAY DR

Pursuant to Section 107.2 of the LHMC, you have the right to appeal this notice of violation.  In accordance with Section 106.5 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon each real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employers, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to allocate or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4510 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel
Owner.AddressDisplayString]], MONTVALE, NJ  07645



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4510 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:  Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 22, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/23/2022 |
| Compliance Due Date: | 07/22/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4510 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4510

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged/missing/fogged windows.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 604.3  Weatherproof exterior outlet cover plates are damaged / missing.

Sec 304.7  Eave troughs are clogged/full of debris.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors,
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 304.6  Siding is deteriorated - damaged - missing.

Sec 304.6  Brick is damaged/missing.

INSPECTOR COMMENTS: Near unit 4518.

Sec 304.15  Threshold at main entrance is damaged and/or deteriorated.

INSPECTOR COMMENTS: at units 4510 & 4512.

UNIT: 4510

Dwelling unit(s) # 4510 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT: 4512

AREA: Basement

Sec 504.1  Water heater installed. Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety  at 483-4355 for final inspection and approval.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

AREA: First Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detector is chirping low battery.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   In the kitchen.

AREA: Second Floor

Sec 504.1  Faucet is damaged/deteriorated at the bathtub.

Sec 305.3  Caulking is deteriorated and/or missing at bathroom shower area walls.

UNIT:  4514

At time of inspection, unit was inaccessible for reason of:

INSPECTOR COMMENTS:   No key to this unit.


UNIT:  4516

AREA:  Basement

Sec 604.3  Dryer outlet lacks conduit.


AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling.

INSPECTOR COMMENTS:   Near the front door.


AREA:  Second Floor

Sec 604.3  GFCI protected outlet is damaged in the bathroom.

Sec 305.3  Peeling, chipping, flaking, or abraded paint on interior surfaces of a structure must be properly removed or covered.

INSPECTOR COMMENTS:   At the bathroom ceiling.


UNIT:  4518

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length and leaking.

Sec 505.3  Water supply pipe is loose/not secure to the wall.

INSPECTOR COMMENTS:   At laundry.


AREA:  First Floor

Sec 506.1 Trap to the drain in the bathroom is an S-type trap and does not meet code.

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT:  4520

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 603.1  Draft diverter at water heater is not centered /secured.

AREA:  First Floor

Sec 305.3  Unfinished drywall repair at the bathroom ceiling.

AREA:  Second Floor

Sec 604.3  GFCI protected outlet is damaged in the bathroom.

Sec 305  Carpet is loose / torn / deteriorated and worn-out.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines; $500 per day for each violation and may result in the property being vacated by this office.

| The Owner or agent must complete, sign and return affidavit. |
| --- |
| I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector. |
| Signature: _____ |
| Printed Name: _____ |
| ____Owner or ____ Manager, Date _____ |

Registered Owner's Copy for property located at - 4610 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

"Equal Opportunity Employer"Taxpayer's Copy

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/06/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4519 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 – AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the JPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

**Notice Printed:** 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

**Violation Date:** 11/29/2022
**Compliance Due Date:** 12/29/2022

**Violation Location:** 4519 SEAWAY DR
**Parcel No:** 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

**Code Compliance Officer:**  Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,



Economic Development & Planning
Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 07, 2022

Rental Inspection Sign and Return Notice

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 06/08/2022 |
| Compliance Due Date: | 08/08/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

Violation Location:   4519 SEAWAY DR
Parcel No:   23-50-40-36-405-141

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4519

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:  Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixture damaged/has exposed wiring.

INSPECTOR COMMENTS:  At unit 4523.

Sec 604.3  Exterior outlet is damaged.

INSPECTOR COMMENTS:  At unit 4519.

UNIT:  4519

AREA:  Basement

SEC 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

Sec 302.2  Mildew on walls in basement.  (All affected areas are to be cleaned and sanitized with bleach).

AREA:  Second Floor

Sec 305.3  Caulking is deteriorated / loose at bathtub/shower.

Sec 506.1 Trap to the drain in the bathroom is an S-type trap and does not meet code.

UNIT:  4521

** Red tagged this unit at the time of the inspection **

Sec 108.1.3  Lack of required utilities to the dwelling. The electric service is turned off.

Sec 101.2  Storage of gasoline powered equipment in this unit.

UNIT:  4523

AREA:  Basement

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:  Hardwired smoke detector chirping low battery.

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 504.1  Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation, Repair, or replace  as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

Sec 603.1  Draft diverter at water heater is spilling combustion products - is not centered /secured.

Sec 603.1  Chimney - vent connector is not secure.

Sec 603.2  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

## AREA:  First Floor

Sec 305   Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.

Sec 504.1  Clogged drain at the bathroom sink.

Sec 504.1  Toilet flush mechanism is defective.

## AREA:  Second Floor

Sec 305.1  Mildew accumulation at walls  bathtub/shower area.  All affected areas are to be cleaned and sanitized with bleach

## UNIT:  4525

Dwelling unit(s) # 4525 is vacant and/or being remodeled. All repairs and Improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

## AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

## UNIT:  4527

## AREA:  First Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Missing backup battery and hanging not secure.

Sec 305   Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.

## AREA:  Second Floor

Sec 704.2  Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing throughout the second floor.

## UNIT:  4529

## AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 504.1  Permit for water heater installation lacks final inspection and approval by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PP22-0749.

Sec 504.1  Sewage on floor. All affected areas are to be cleaned and sanitized with bleach.

Sec 604.3  Dryer outlet is loose/not secure to the wall.

## AREA:  First Floor

Sec 305   Kitchen cabinet has deteriorated, damaged and/or missing drawers or doors.

## AREA:  Second Floor

Sec 305.6  Hardware damaged or missing from door to bedroom.

Sec 504.1  Faucet is leaking at the bathroom sink.

Sec 504.1  Bathtub has chipped and missing enamel.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date _____

Registered Owners Copy for property located at - 4519 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, municipal or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107 - Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| --- | --- |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4522 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification Inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

**Violation Date:** 11/29/2022
**Compliance Due Date:** 12/29/2022

**Violation Location:** 4522 SEAWAY DR
**Parcel No:** 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

**FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ╗
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ╗



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 15, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 05/17/2022 |
| Compliance Due Date: | 07/16/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4522 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4522

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Fill any and all holes/openings at exterior walls.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:   Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 304.7  Eave troughs are clogged/full of debris.

Section 304.6  Brick is deteriorated/damaged at exterior.

INSPECTOR COMMENTS:   Near unit 4522.

UNIT:  4522

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 603.1  Permit for furnace installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

INSPECTOR COMMENTS:   Permit# PM22-0577.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the wall and ceiling in the bathroom.

Sec 305.1  Mildew accumulation at wall and ceiling in the bathroom. All affected areas are to be cleaned and sanitized with bleach.

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 506.1  Waste pipe is leaking at the kitchen sink.

Sec 604.3  Wiring is exposed - unprotected faulty and unsafe.

INSPECTOR COMMENTS:   At the stove vent hood.

AREA:  Second Floor

Sec 305  Bathroom cabinet is deteriorated, damaged and/or missing drawers or doors.

UNIT: 4524

AREA: Basement

Sec 605.1 Service panel lacks proper labeling for the breakers.

AREA: First Floor

Sec 305.3 Water damaged drywall on the ceiling in the bathroom.

UNIT: 4526

Dwelling unit(s) # 4526 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-6355) to determine if State Law requires a permit for your particular repair / correction.

INSPECTOR COMMENTS: Unit has been gutted. Permits will be required.

UNIT: 4528

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS: No key to this unit.

UNIT: 4530

No violations found in this unit at the time of the inspection

UNIT: 4532

AREA: Basement

Sec 605.1 Service panel lacks proper labeling for the breakers.

SEC 603.1 Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

UNIT: 4534

Dwelling unit(s) # 4534 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-6355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4536

Sec 304.15  Entrance door is deteriorated - damaged.

AREA:  Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

Sec 604.3  Wires are loose - hanging.

INSPECTOR COMMENTS:  At basement ceiling.

AREA:  Second Floor

Sec 504.1  Toilet flush mechanism is defective.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4522 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:

"Equal Opportunity Employer"Taxpayer's Copy

Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

Notice Printed: 05/08/2023

| Lack of Certificate Notice |
| --- |

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
| --- | --- |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4531 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334**



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4531 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.2 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders · a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner: WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: "



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 07, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 06/08/2022 |
| Compliance Due Date: | 08/08/2022 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4531 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

"Equal Opportunity Employer" Taxpayer's Copy

Sec 703.1 The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS: Fill any/all holes under sinks and any/all penetrations at basement walls.

## AREA: Exterior

Sec 304.7 Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS: This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Parking lots have several potholes and need repair.

Sec 304.15 All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6 Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1 Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2 Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.1 Electrical meter is loose/not secure to the building.

INSPECTOR COMMENTS: At unit 4535.

## UNIT: 4531

Dwelling unit(s) # 4531 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355)

to determine if State Law requires a permit for your particular repair / correction.

UNIT: 4533

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Tenant has alarm on this unit.

UNIT: 4535

AREA: Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 506.1  Washer drains onto floor and/or lacks a properly connected laundry tub or stand pipe with proper connection in to the sewer system.

AREA:  First Floor

Sec 505.3  Water supply pipe is leaking at the kitchen sink.

AREA: Second Floor

Sec 604.3  GFCI protected outlet is damaged in the bathroom.

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 504.1  Faucet is leaking at the bathtub.

Sec 504.1  Toilet flush mechanism is defective.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____Owner  or  ____ Manager, Date_____

Registered Owner's Copy for property located at - 4531 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107 - Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/06/2023

| **Lack of Certificate Notice** |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/05/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4537 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.**

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel.Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Location: 4537 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 105.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



Economic Development & Planning
Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 07, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
| Inspection Date: | 06/08/2022 |
| Compliance Due Date: | 08/08/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4537 SEAWAY DR |
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

## BUILDING: 1

## AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1 The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS: Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA: Exterior

Sec 304.7 Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS: This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3 Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Parking lots have several potholes and need repair.

Sec 304.15 All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6 Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.

Sec 603.1 Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2 Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.6 Siding is deteriorated - damaged - missing.

Sec 304.13.1 Window glass is broken and/or missing.

INSPECTOR COMMENTS: Any damaged/missing/fogged windows.

Sec 604.3 Exterior outlet is damaged.

INSPECTOR COMMENTS: At unit 4543.

UNIT: 4537

AREA: Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector.  You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 504.1  Floor drain cover is missing.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT: 4539

AREA:  Basement

Sec 307.1  Handrail is missing in stairwell to basement.

Sec 605.1  Permit for service panel installation has not been issued and lacks inspection and approval by the City of Lansing, Electrical Inspector. The Building Safety Office, ph. 483-4355.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 504.1  Corroded fittings at the water heater.

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 604.3  Dryer outlet is loose/not secure to the wall.

Sec 506.1  Washer drains onto floor and/or lacks a properly connected laundry tub or stand pipe with proper connection in to the sewer system.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

<u>AREA:</u>  Second Floor

Sec 307.1  Handrail is loose in stairwell to second floor.

Sec 704.2  Smoke detector must be installed per mfg. specifications.

INSPECTOR COMMENTS:  All smoke detectors have been painted over and must be replaced.

Sec 504.1  Bathtub has chipped and missing enamel.

<u>UNIT:</u>  4541

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:  Loose dog.

<u>UNIT:</u>  4543

Dwelling unit(s) # 4543 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, <u>sign and return affidavit.</u>

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at · 4537 SEAWAY DR

Pursuant to Section 107.3 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

"Equal Opportunity Employer" Taxpayer's Copy

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI  48334

*Equal Opportunity Employer*Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| Inspection Dates: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4538 SEAWAY DR |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645**

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

*Andy Schor Mayor*

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4538 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 16, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

**Inspection Type:** Rental
**Inspection Date:** 05/12/2022
**Compliance Due Date:** 07/11/2022

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4538 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. **The violations are listed below and must be corrected by the compliance due date.**

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING:  4538

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 302.2  Improper grading of soil around the building.

Section 304.6  Damaged/boarded gable vent.

UNIT:  4538

Dwelling unit(s) # 4538 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355)

to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4540

AREA:  Basement

Sec 605.1  Service panel openings lack knock-out plugs.


AREA:  Second Floor

Sec 307.1  Handrail is loose - damaged.

INSPECTOR COMMENTS:   In stairwell to second floor.


UNIT:  4542

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Tenant had an alarm.

Sec 603.1  Permit for furnace installation has expired and lacks final inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

INSPECTOR COMMENTS:   Permit# PM21-1177.


UNIT:  4544

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Tenant had an alarm.


UNIT:  4546

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.


This dwelling has been declared to have violations of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, **sign and return affidavit,**

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4538 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334**

"Equal Opportunity Employer" Taxpayer's Copy



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/06/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4545 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 · AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor  Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI  48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4545 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:   "
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:   "



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 07, 2022

| Rental Inspection Sign and Return Notice |

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 08/09/2022
Compliance Due Date: 08/09/2022

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4545 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

## BUILDING: 4545

## AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 304.7  Eave troughs clogged/full of debris.

Sec 604.3  Exterior outlet is damaged.

INSPECTOR COMMENTS:  At unit 4549.


UNIT:  4545

AREA:  Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 504.1  Toilet is loose at connection to floor.

UNIT:  4547

At time of inspection, unit was inaccessible for reason of;

UNIT:  4549

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code.  Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits.  This area was not designed or intended to be used for such occupancies.

Sec 101.2  Storage of gasoline or flammable liquids in the basement.

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

Sec 308.1  Large accumulation of combustibles are stored in the basement.

AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT:  4551

Dwelling unit(s) # 4551 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

INSPECTOR COMMENTS:   This unit being used as the model unit,

AREA:  Basement

Sec 505.1  Service panel cover missing.

UNIT:  4553

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

Sec 604.3  Junction box cover plate is missing at basement ceiling

### AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.

### AREA:  Second Floor

Sec 305.6  Door is damaged to the bathroom.

Sec 305.6  Hardware damaged or missing from door to bedroom.

Sec 504.1  Toilet is loose at connection to floor.

### UNIT:  4555

Dwelling unit(s) # 4555 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, **sign and return affidavit.**

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4545 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premise shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:

Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

## Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| **Inspection Type:** | Safety |
| **Inspection Date:** | 05/05/2023 |
| **Compliance Due Date:** | 06/04/2023 |

*Warning:* *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4548 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



Andy Schor Mayor

**Economic Development & Planning Code Enforcement Office**

316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4548 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4** Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

**106.4** Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 16, 2022

## Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/12/2022 |
| Compliance Due Date: | 07/11/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

Violation Location: 4548 SEAWAY DR
Parcel No: 23-50-40-36-407-011

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship, Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4548

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.


AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Fill any and all holes/openings at exterior walls.
Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing windows.


UNIT:  4548

Dwelling unit(s) # 4548 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT:  4550

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Damaged concrete steps and front entrance.

AREA:  First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

AREA:  Second Floor

Sec 504.1  Toilet seat is broken/damaged.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods  All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature: _____

Printed Name: _____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4548 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

#30

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4552 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107 2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



Andy Schor, Mayor

**Economic Development & Planning
Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4552 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate Inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate Inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 ·AM or 12-1 · PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



## Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 16, 2022

**Rental Inspection Sign and Return Notice**

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI  48334



Inspection Type: Rental
Inspection Date: 05/12/2022
Compliance Due Date: 07/14/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4552 SEAWAY DR |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING:  4552

AREA:  ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:   This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 302.3 Improper grading of soil around the building.

UNIT:  4552

Dwelling unit(s) # 4552 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or

"Equal Opportunity Employer" Taxpayer's Copy

building permits from The Building Safety Office. You can call (517-483-4355)
to determine if State Law requires a permit for your particular repair /
correction.

UNIT: 4554

At time of inspection, unit was inaccessible for reason of:

INSPECTOR COMMENTS:   Tenant was sick.

UNIT: 4556

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately
discontinue sleeping in  this area as it lacks required room dimensions
and/or exits. This area was not designed or intended to be used for such
occupancies.

Sec 604.3  Dryer outlet is loose/not secure to the wall.


AREA:  First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not
meet code.

AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not
meet code.

UNIT: 4558

Dwelling unit(s) # 4558  is vacant and/or being remodeled. All repairs and
improvements must be completed before this unit can be reoccupied. NOTE: Some
corrections may require mechanical, plumbing, electrical, demolition or
building permits from The Building Safety Office. You can call (517-483-4355)
to determine if State Law requires a permit for your particular repair /
correction.

Sec 603.1  Permit for the A/C installation has not been issued and lacks
inspection and approval by the City of Lansing Mechanical Inspector. Contact
the City of Lansing Building Safety Office at 517-483-4355.

UNIT:  4560

Dwelling unit(s) # 4560 is vacant and/or being remodeled. All repairs and
improvements must be completed before this unit can be reoccupied. NOTE: Some
corrections may require mechanical, plumbing, electrical, demolition or
building permits from The Building Safety Office. You can call (517-483-4355)
to determine if State Law requires a permit for your particular repair /
correction.

UNIT:  4562

AREA:  First Floor

Equal Opportunity Employer "Tennessee's Green

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

UNIT:  4564

AREA:  Basement

SEC 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.

AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

Sec 504.1  Bathtub has chipped and missing enamel.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4552 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

**Lack of Certificate Notice**

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4557 SEAWAY DR |
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violations. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE VILLAS L L C, [String.Parcel Owner.AddressDisplayString], FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4557 SEAWAY DR
Parcel No: 23-50-40-36-405-141

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  Comply with the following required actions by the compliance due date to avoid any further action from this office:

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the NPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE VILLAS L L C,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ,,



Economic Development & Planning
Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: July 07, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE VILLAS L L C
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 06/09/2022 |
| Compliance Due Date: | 08/09/2022 |

**Warning:** Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4557 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-405-141 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 1

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.

### AREA:  Exterior

Sec 304.7  Roof covering is deteriorated - damaged - missing.

INSPECTOR COMMENTS:  This repair may require a building permit. Contact the City of Lansing Building Safety Office at 517-483-4355.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:  Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 304.7  Eave troughs clogged/full of debris.

### UNIT:  4557

### AREA:  Basement

"Equal Opportunity Employer" Taxpayer's Copy

Sec 504.1  Floor drain cover is missing.

AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT:  4559

AREA:  Basement

Sec 504.1  Sewage on floor. All affected areas are to be cleaned and sanitized with bleach.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

AREA:  First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

AREA:  Second Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

UNIT:  4561

Sec 305.3  Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA:  Basement

Sec 308.1  Accumulation of combustibles stored too close to furnace and/or water heater.

Sec 603.1  Water heater is missing flame shield.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the living room.

Sec 506.1  Waste pipe is leaking at the kitchen sink.

Sec 604.3  GFCI protected outlet is damaged.

INSPECTOR COMMENTS:  To the left of the kitchen sink.

AREA:   Second Floor

Sec 604.3   Light fixture is loose/hanging and has exposed wiring.

INSPECTOR COMMENTS:    In the bedroom.

UNIT:   4563

AREA:   Basement

Sec 504.1   Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation, Repair, or replace as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

AREA:   First Floor

Sec 604.3   Outlet is damaged under the kitchen sink.

UNIT:   4565

Dwelling unit(s) # 4565 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector

Signature: _____

Printed Name: _____

____ Owner or ____ Manager, Date _____

Registered Owner's Copy for property located at - 4557 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE VILLAS L L C, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334





# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

| Lack of Certificate Notice |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4566 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45 The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingml.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



Andy Schor, Mayor

# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4566 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. Comply with the following required actions by the compliance due date to avoid any further action from this office:

106.4 Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

106.4 Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 10, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| | |
|---|---|
| Inspection Type: | Rental |
| Inspection Date: | 05/11/2022 |
| Compliance Due Date: | 07/10/2022 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4566 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4566

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

"Equal Opportunity Employer"Taxpayer's Copy

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:  Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 302.7  All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

INSPECTOR COMMENTS:  Carport is damaged/deteriorated.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:  Parking lots have several potholes and need repair.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:  Any damaged and/or missing basement windows.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 603.1  Chimney vent cap is damaged and or/missing.

INSPECTOR COMMENTS: Above unit #570.

Sec 304.7  Missing downspout extensions.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

INSPECTOR COMMENTS: Spray foam around exterior door at unit 4566.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT: 4566

AREA: First Floor

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

AREA: Second Floor

Sec 704.2 Lack of operational smoke detector at ceiling or walls outside each separate sleeping area, in each room used for sleeping purposes, on each story, including basement and cellars.

INSPECTOR COMMENTS:   Missing in the hallway.

Sec 504.1 Bathtub has chipped and missing enamel.

UNIT: 4568

Sec 603.1 Permit for the furnace installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PM22-0054.

AREA: Second Floor

Sec 604.3 GFCI protected outlet is damaged in the bathroom.

UNIT: 4570

Dwelling unit(s) # 4570 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT: 4572

Sec 305.3 Uncleanliness - Decay of surfaces within this unit. All floors, walls, ceilings windows, doors, cabinets, countertops, plumbing fixtures and appliances must be cleaned and maintained in a sanitary condition.

AREA: Basement

Sec 603.1 Chimney - vent connector is deteriorated - has signs of condensation.

*Equal Opportunity Employer*Everyone's Crew

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: **$500 per day for each violation and may result in the property being vacated by this office.**

The Owner or agent must complete, <u>sign and return affidavit.</u>

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____ Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4588 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time Indicated, you may contact at (517) 483 6649 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, standard or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

**Economic Development & Planning**
**Code Enforcement Office**
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

| **Lack of Certificate Notice** |
| --- |

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
| --- | --- |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4574 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner,AddressDisplayString], MONTVALE, NJ 07645**



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI  48911

Violation Location: 4574 SEAWAY DR
Parcel No: 23-50-40-36-407-011

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  (517) 483 6849 Monday through Friday between the hours of 8-9 -AM or 12-1 - PM

Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ,,
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI  48334
Occupant:  ,,



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: June 10, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 05/11/2022 |
| Compliance Due Date: | 07/10/2022 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4574 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: 4574

AREA: ALL UNITS

Sec 403.2  Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1  Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15  Gaps around - at bottom of entrance and rear doors.

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 703.1  The required fire-resistance rating of fire-resistance-rated walls, fire stops, shaft enclosures, partitions and floors shall be maintained.

INSPECTOR COMMENTS:   Fill any/all holes under sinks and any/all penetrations at basement walls.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:    Parking lots have several potholes and need repair.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

UNIT:  4574

AREA:  Basement

Sec 702.3  Basement door has hasp with padlock.  All egress doors shall be easily opened from the side which egress is to be made without the need for keys, special knowledge or effort.

AREA:  First Floor

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Equal Opportunity Employer  ...  - G

SEC 305.3  Peeling, chipping, flaking, or abraded paint on interior surfaces of a structure must be properly removed or covered.
INSPECTOR COMMENTS:   At the bathroom ceiling.

Sec 504.1  Bathtub has chipped and missing enamel.

Sec 305.3  Ceramic tile is damaged at bathroom shower area walls.


UNIT:  4576

AREA:  Basement

Sec 603.1  Permit for furnace installation has not been issued and lacks inspection and approval by the City of Lansing Mechanical Inspector. You must have a licensed mechanical contractor pull a mechanical permit, check the installation, make any corrections and then; contact Building Safety at 483-4355 for final inspection and approval.

Sec 108.1.2  Extension cords used excessively.

Sec 605.2  Receptacle outlets have been replaced in the unit. GFCI protection required within 6' of a water source.

INSPECTOR COMMENTS:   At the clothes washer.

SEC 603.1  Clothes dryer vent is damaged/crushed. (No flexible plastic or flexible thin wall aluminum). Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.


Sec 504.1  Faucet and/or shut off valve is leaking at the laundry tub.


AREA:  Second Floor

Sec 504.1  Faucet is leaking at the bathtub.


UNIT:  4578

AREA:  Basement

Sec 305.4  Steps are damaged and/or unstable in stairwell to basement.

Sec 101.2  Gasoline powered equipment stored in the basement.


AREA:  Second Floor

Sec 504.1  Toilet is loose at connection to floor.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidevit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4574 SEAWAY DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

#18

Notice Printed: 05/05/2023

## Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| | |
|---|---|
| Inspection Type: | Safety |
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

***Warning:*** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4801 ROSCOMMON DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer:** Meredith D Johnson  Meredith.Johnson@lansingmi.gov

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation   In accordance with Section 106 3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record:** WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

## **FAILURE TO COMPLY LETTER**

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4801 ROSCOMMON DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  **(517) 483 6849** Monday through Friday between the hours of 8-9 -AM or 12-1 – PM

Code Compliance Officer:  Meredith D Johnson  Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record:  ‚
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  ‚



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: May 23, 2022

### Rental Inspection Sign and Return Notice

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 05/09/2022
Compliance Due Date: 07/08/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4801 ROSCOMMON DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

## BUILDING: Multi Unit (4)

### AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

AREA:  Exterior

Sec 605.1  Installation. All electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner.

INSPECTOR COMMENTS:   Electrical permit required for the installation of the exterior building lights.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:   Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 304.13.1  Window glass is broken and/or missing.

INSPECTOR COMMENTS:   Any damaged and/or missing basement windows.

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

INSPECTOR COMMENTS: Spray foam at front entrance to unit 4803.

UNIT: 4801

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS: Tenant was sick.

UNIT: 4803

AREA: Basement

Sec 505.3 Water supply pipe is leaking at the basement ceiling.

AREA: First Floor

Sec 605.2 Receptacle outlets have been replaced in this unit. GFCI protection required within 6' of a water source.

INSPECTOR COMMENTS: Outlet not GFCI protected to the left of the kitchen sink.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

Sec 305 Missing/damaged transition strip in stairwell.

AREA: Second Floor

Sec 504.1 Faucet is leaking at the bathtub.

Sec 506.1 Trap to the drain in the bathroom is improper material and does not meet code.

UNIT: 4805

AREA: Basement

Sec 505.3 Water supply pipe is leaking at the basement ceiling.

Sec 505.3 Water supply shut off valve is missing at the laundry.

AREA: First Floor

Sec 403.2 Bathroom vent fan is defective and/or inoperable.

Sec 305.3 Water damaged drywall on the ceiling in the bathroom.

UNIT: 4807

AREA: Basement

Sec 505.4 Discharge pipe from T.P. relief valve at water heater is missing.

Sec 603.1  Water heater is missing flame shield.

AREA:  Second Floor

Sec 102.5  Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

INSPECTOR COMMENTS:  Improperly installed bathroom sink.

Sec 305.6  Trim is damaged and/or missing at entrance door.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

| The Owner or agent must complete, sign and return affidavit. |
|---|
| I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector. |
| Signature: _____ |
| Printed Name: _____ |
| ____ Owner or ____ Manager, Date _____ |

Registered Owner's Copy for property located at - 4601 ROSCOMMON DR

Pursuant to Section 107.2 of the LPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

"Equal Opportunity Employer"Taxpayer's Copy



Andy Schor, Mayor

# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: 05/05/2023

### Lack of Certificate Notice

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ  07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4809 ROSCOMMON DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

Sec 1460.45  The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ  07645**

"Equal Opportunity Employer"Taxpayer's Copy



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor Mayor

## FAILURE TO COMPLY LETTER

**Notice Printed:** 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

**Violation Date:** 11/29/2022
**Compliance Due Date:** 12/29/2022

**Violation Location:** 4809 ROSCOMMON DR
**Parcel No:** 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property. **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**106.4** Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.

**106.4** Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at **(517) 483 6849** Monday through Friday between the hours of 8-9 ·AM or 12-1 - PM

Code Compliance Officer: Meredith D Johnson Meredith.Johnson@lansingmi.gov

As specified by section 107 – Notices and Orders - a copy of this violation was sent to:
Taxpayer of Record: „
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant: „



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

*Andy Schor, Mayor*

Notice Printed: May 23, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334



Inspection Type: Rental
Inspection Date: 05/04/2022
Compliance Due Date: 07/03/2022

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4809 ROSCOMMON DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: Multi Unit (6)

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:     Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material; and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Section 304.6  Trim is deteriorated - damaged - missing.

INSPECTOR COMMENTS:  At entrance door to unit 4811.

Sec 304.15  Entrance door is deteriorated - damaged.

INSPECTOR COMMENTS:  To unit 4809.

Sec 102.3  Handicap ramp installed without the benefit of a building permit and inspection and by the City of Lansing Building Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   To unit 4815.

UNIT: 4809

AREA: Basement

Sec 603.1  Furnace: Due to age and/or condition, have a qualified mechanical contractor that is registered with the City of Lansing, visually inspect and perform a recognized test of the furnace heat exchanger for CO/CO2 leaks. Inspect the heat exchanger for cracks, openings, excessive rust, and corrosion. Inspect furnace casing, check for proper venting, and check chimney for restrictions and obstructions. Submit a written report by contractor detailing the results and repairs completed per code

Sec 504.1  Water heater: Due to age and/or condition of the water heater have a qualified licensed contractor, that is registered with the City of Lansing test and check the condition and safety of the water heater and all its components for proper safe operation. Repair, or replace  as needed and bring to code obtaining proper permits when required. Submit a copy of the contractors work order detailing the results to our office.

Sec 605.1  Service panel openings lack knock-out plugs.

AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

AREA:  Second Floor

Sec 504.1  Toilet is loose at connection to floor.

UNIT: 4811

Dwelling unit(s) # 4811 is vacant and/or being remodeled. All repairs and improvements must be completed before this unit can be reoccupied. NOTE: Some corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

UNIT: 4813

AREA: Basement

Sec 505.3  Water supply pipe is leaking at the basement ceiling.

AREA: First Floor

Sec 506.1  Trap to the drain in the bathroom is improper material and does not meet code.

UNIT: 4815

Sec 603.1 Permit for the A/C installation lacks final inspection and approval by the City of Lansing Mechanical Inspector. Contact the City of Lansing Building Safety Office at 517-483-4355.

INSPECTOR COMMENTS:   Permit# PM22-0500.

AREA: Basement

Sec 101.2 Storage of gasoline powered equipment in the basement.

Sec 505.3 Water supply pipe is leaking.

INSPECTOR COMMENTS:   Near the water meter.

UNIT: 4817

AREA: Basement

Sec 704.1 Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Hardwired smoke detectors are not interconnected.

AREA: First Floor

Sec 506.1 Garbage disposer is leaking.

AREA: Second Floor

Sec 403.2 Bathroom vent fan is defective and/or inoperable.

UNIT: 4819

At time of inspection, unit was inaccessible for reason of;

INSPECTOR COMMENTS:   Tenant changed the locks.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section t07 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature:_____

Printed Name:_____

____Owner or ____ Manager, Date_____

Registered Owner's Copy for property located at - 4809 ROSCOMMON DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.

Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

Notice Printed: 05/05/2023

| **Lack of Certificate Notice** |
|---|

EVU RESIDENTIAL
100 PHILIPS PARKWAY
Montvale, NJ 07645

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/05/2023 |
| Compliance Due Date: | 06/04/2023 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4821 ROSCOMMON DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 1460 of the Code of Ordinances. One or more of the violations are listed below and must be corrected by the compliance due date.

**Sec 1460.45** The registered owner or registered agent has failed to comply with the required certification inspection report, therefore this property lacks a valid certificate of compliance.

This dwelling has been declared SUBSTANDARD as defined in section 1460.08 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before it is brought into compliance, then it shall remain vacant until approved by this office. If the structure does not meet all the requirements as stated above before the compliance due date on this letter, this office will have no alternative but to VACATE said dwelling.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

Pursuant to Section 107 2 of the JPMC, you have the right to appeal this notice of violation  In accordance with Section 106.5 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected  The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
**Taxpayer of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645**



**Economic Development & Planning
Code Enforcement Office**

316 N. Capitol Ave Lansing, MI 48933-1238
517) 483-4361 FAX (517) 377-0100

Andy Schor, Mayor

## FAILURE TO COMPLY LETTER

Notice Printed: 11/29/2022

WOODSIDE MEADOWS APARTMENTS
4590 SEAWAY DR
Lansing, MI 48911

Violation Date: 11/29/2022
Compliance Due Date: 12/29/2022

Violation Location: 4821 ROSCOMMON DR
Parcel No: 23-50-40-36-476-001

This letter is directed to the owner/agent of the above-mentioned property and as a courtesy a copy was sent to the occupants.

You are in violation of the Lansing Housing and Premises Code, Chapter 106.4 by failing to comply with a recent housing code correction notice. This has resulted, or may result in the issuance of a Municipal Civil Infraction Violation or our office vacating the property.  **Comply with the following required actions by the compliance due date to avoid any further action from this office:**

**105.4  Correct all violations as detailed on the Housing Code Correction Notice. Either sign and return the notice or call for the re-inspection as required.**

**106.4  Repairs requiring permits must be inspected and approved by the appropriate inspector. Please call the Building Safety Office at 483-4355 to schedule the appropriate inspection.**

FAILURE TO COMPLY WITHIN THE ALLOTTED TIME SHALL LEAVE THIS OFFICE NO ALTERNATIVE BUT TO ISSUE A CIVIL INFRACTION NOTICE OF VIOLATION (TICKET) WITH SET FINES DUE, AND/OR ISSUE A CIVIL INFRACTION CITATION WITH A REQUEST TO THE COURTS TO TAKE WHATEVER LEGAL ACTION IS NECESSARY TO SECURE COMPLIANCE.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions regarding this matter you may contact me at  **(517) 483 6849**
Monday through Friday between the hours of **8-9 -AM or 12-1 - PM**

**Code Compliance Officer:   Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

As specified by section 107 – Notices and Orders -  a copy of this violation was sent to:
Taxpayer of Record: „
Registered Rental Owner:  WOODSIDE MEADOWS APARTMENTS LLC,31731 NORTHWESTERN HWY STE 250W,FARMINGTON HILLS, MI 48334
Occupant:  „



# Economic Development & Planning
# Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361 FAX (517) 377-0100

Notice Printed: May 20, 2022

| Rental Inspection Sign and Return Notice |
|---|

WOODSIDE MEADOWS APARTMENTS
LLC
31731 NORTHWESTERN HWY STE
250W
FARMINGTON HILLS, MI 48334

| Inspection Type: | Rental |
|---|---|
| Inspection Date: | 05/03/2022 |
| Compliance Due Date: | 07/02/2022 |

*Warning:* Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)

| Violation Location: | 4821 ROSCOMMON DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 107 of the Code of Ordinances. The violations are listed below and must be corrected by the compliance due date.

A complete inspection of this multi-unit building was done and the following violations were found:

NOTE: Some listed corrections may require mechanical, plumbing, electrical, demolition or building permits from The Building Safety Office. You can call (517-483-4355) to determine if State Law requires a permit for your particular repair / correction.

Sec 102.5 Workmanship. Repairs, maintenance work, alterations or installations that are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.

BUILDING: Multi Unit (6)

AREA: ALL UNITS

Sec 403.2 Bathroom vent fans are clogged/dirty and require cleaning.

Sec 603.1 Return or supply air registers are clogged/dirty and require cleaning.

Sec 304.15 Gaps around - at bottom of entrance and rear doors.

Sec 305.4 Steps are damaged and/or unstable in stairwell to basement.

AREA:  Exterior

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS:     Parking lots have several potholes and need repair.

Sec 304.15  All windows and exterior doors, including storm windows and doors, shall be weather-tight and in good repair. During the months of May through October, every opening directly from a dwelling unit to outdoor space shall have supplied screens and self-closing device, and every window or door with openings to outdoor space, used or could be used for ventilation, shall likewise be supplied with screens. All screen doors and screens shall be in good repair.

Section 304.6  Exterior walls shall be free from holes, breaks, and loose or rotting material, and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:  Fill any and all holes/openings at exterior walls.

Sec 603.1  Clothes dryer vent exterior weather hoods are clogged/full of debris and require cleaning.

Sec 304.7  Missing downspout extensions.

Section 304.2  Paint or protective coating is missing and/or deteriorated.

* Any peeling/flaking paint at doors.
* Wood at vacated A/C units.
* Rusted gas supply lines.

Sec 605.3  Exterior light fixtures damaged/missing.

INSPECTOR COMMENTS:  Any damaged exterior light fixtures and/or covers at entrance doors.

Sec 302.3  Sidewalks and driveways. Sidewalks, walkways, stairs, driveways, parking spaces and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions.

INSPECTOR COMMENTS: Concrete slabs/steps at front and rear entrances.

Sec 604.3  Weatherproof exterior outlet cover plates are damaged and/or missing.

Section 304.6  Siding is damaged - missing.

INSPECTOR COMMENTS:  At the rear of the building.

UNIT:  4821

AREA:  Basement

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is leaking.

AREA:  Second Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT:  4823

AREA:  Basement

Sec 504.1  Water heater installed.  Permit for water heater installation has not been issued and lacks inspection and approval by the City of Lansing Plumbing Inspector.  You must have a licensed plumbing contractor pull a plumbing permit, check the installation, make any corrections and then; contact Building Safety  at 483-4355 for final inspection and approval.

AREA:  Second Floor

Sec 506.1  Trap to the drain in the bathroom is improper material and does not meet code.

UNIT:  4825

AREA:  Basement

Sec 504.1  Corroded fittings at the water heater.

Sec 505.4  Discharge pipe from T.P. relief valve at water heater is improper length.

Sec 603.1  Clothes dryer is not vented to exterior of structure. (No flexible plastic or flexible thin wall aluminum).  Approved flexible metallic vent can only be used in the shortest length necessary and not to exceed eight feet long.

AREA:  First Floor

Sec 305.1  Mildew accumulation under the kitchen sink.  All affected areas are to be cleaned and sanitized with bleach.

Sec 506.1  Trap to the drain in the bathroom is an S-type trap and improper material and does not meet code.

AREA:  Second Floor

Sec 504.1  Bathtub has chipped and missing enamel.

UNIT:  4827

AREA:  First Floor

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

Sec 305.3  Water damaged drywall on the ceiling in the bathroom.

AREA:  Second Floor

Sec 704.1  Lack of hardwired smoke detector with a backup battery. Install properly functioning smoke detector per manufacture specifications.  If replacing a Hard-Wired Smoke Detector, it MUST be replaced with a Hard Wired Smoke Detector.

INSPECTOR COMMENTS:   Replace old hardwired smoke detector in stairwell to second floor.

UNIT: 4829

AREA:  First Floor

Sec 605.2  Receptacle outlets have been replaced in the unit. GFCI protection required within 6' of a water source.

INSPECTOR COMMENTS:   Under the kitchen sink.

Sec 403.2  Bathroom vent fan is defective and/or inoperable.

UNIT: 4831

Sec 604.3  Wiring is exposed - unprotected faulty and unsafe.

INSPECTOR COMMENTS:   At the exterior light fixture to this unit.

AREA:  Basement

Sec 404.4.5  Sleeping room in basement does not meet code. Immediately discontinue sleeping in  this area as it lacks required room dimensions and/or exits. This area was not designed or intended to be used for such occupancies.

Sec 504.1  Plumbing work has been done in this unit without the benefit of a plumbing permit and inspection by the City of Lansing Plumbing Inspector. Contact the City of Lansing Building Department at 517-483-4355.

INSPECTOR COMMENTS:   New pex in basement.

AREA:  First Floor

Sec 504.1  Toilet is clogged.

Sec 305.3  Countertop/sink is loose/not secure in the bathroom.

AREA:  Second Floor

Sec 504.1  Toilet is loose at connection to floor.

This dwelling has been declared to have violations Of the Lansing Housing Code defined in section 107 of the Lansing Housing and Premises Code. If vacant, or should it become vacant before all repairs are completed, then it shall remain vacant until this office has approved all corrections.

Failure to comply by the compliance due date may result in the issuance of a Municipal Civil Infraction Violation with Fines: $500 per day for each violation and may result in the property being vacated by this office.

---

The Owner or agent must complete, sign and return affidavit.

I certify that all violations have been corrected with approved materials and methods. All required permits have been obtained. Repairs requiring a permit have been inspected and approved by the appropriate inspector.

Signature: _____

Printed Name: _____ _____

____ Owner or ____ Manager, Date_____

---

Registered Owner's Copy for property located at - 4821 ROSCOMMON DR

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM.
Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107- Notices and Orders - a copy of this violation was sent to:
Registered Rental Owner: WOODSIDE MEADOWS APARTMENTS LLC, 31731 NORTHWESTERN HWY STE 250W, FARMINGTON HILLS, MI 48334

# Exhibit B

State of Michigan
Uniform Municipal
Civil Infraction Citation

☒ C.I.
☐ MIS.
☐ JUV.

Ticket No. U059

Composit No.

Offense Code

The People of ☐ the State of Michigan
☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No.

OF LANSING

THE UNDERSIGNED SAYS THAT ON

Month | Day | Year | At approximately ☐ A.M. ☐ P.M. | Month | Day | Year

State | Oper./Chauf., Driver License Number | SEX (last 4 digits)

Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer

Name (First, Middle, Last)

Street

City | State | Zip Code

Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. Type

THE PERSON NAMED ABOVE, in violation of §

☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON

AT OR NEAR

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF LANSING

COUNTY OF INGHAM / EATON

☐ Fire Code
☐ Public Service Code
☐ Zoning Code
☐ Sign Code
☒ Housing Code

☐ Building Code
☐ Plumbing Code
☐ Electrical Code
☐ Mechanical Code
☐ Other

☒ Court Ordered
Compliance
Requested

D.O. THE S/X. LANSING

Describe

Person in Active Military Service ☐ Yes ☐ No

THIS VIOLATION IS A CIVIL INFRACTION and is your _____ violation.

The fine for this violation is $_____ and must be paid at the violations bureau by

5:00 p.m. on _____ unless you contact the violations bureau before this time.

NOTE: This is a copy of the Notice of Violation served on the date/date.

I state that the above notice of violation was served on the defendant. The defendant failed to pay the fine specified above or failed to dispute the violations bureau and the civil infraction specified above. Therefore, this civil infraction citation is being issued.

TO THE DEFENDANT: You are required to appear as follows to answer this citation

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

☐ Appearance Date on or before _____

... Hearing Date (if applicable) on _____  ☐ Contest Court

A formal hearing may be requested by either party.

In re 54A DISTRICT Court of THE CITY OF LANSING

Court address & phone number
124 W. Michigan Ave.
6th Floor City Hall
Lansing, Michigan 48933
Phone: (517) 483-4433

I served a copy of this complaint upon the defendant by first class mail at the defendant's last known address and I also sent a copy of this complaint with the court.
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable

Month | Day | Year

Officer's Name (printed) | Officer's ID No.

Agency ORI | Agency Name

Exhibit C



# Economic Development & Planning
# Code Enforcement Office

316 N  Capitol, Ste C 1, Lansing, MI 48933-1238
(517) 483-4361

## GRASS AND WEEDS CORRECTION NOTICE

Occupant
4590 SEAWAY DR
LANSING, MI 48911

**Violation date:**       05/06/2024

**Violation Location:**    4590 SEAWAY DR
**Parcel No:**             23-50-40-36-407-011
**Compliance Due Date:** 05/13/2024

You are hereby notified that this Office has found a violation of the City of Lansing Housing Code Section 302 EXTERIOR PROPERTY AREA at the above referenced location.

**Description**
**Grass & Weeds:  Entire Yard Grass and weeds must be below the 8" maximum allowed length.**

**INSPECTOR COMMENTS:   Entire property.**

**Under Section 107.7, any person with a legal interest, who receives or has actual or constructive notice, may appeal the violation and compliance order.  Appeals under Section 302.4 shall be filed in writing to the Office of the Manager of Code Enforcement within 3 days after the compliance due date.**

**Any Premises or portion thereof on which there exists growth of grass and/or weeds exceeding eight inches in height located anywhere on the premises - which includes but not limited to front, side, rear, back yard, driveway, next to fences, between curb and sidewalk or next to vehicles - shall be deemed , and hereby declared to be a substandard premises and is subject to abatement pursuant to Section 302.4 of the Lansing Housing Code.**

Failure to comply by the compliance due date will leave no alternative but to have the work completed by our contractor. All costs incurred, which consist of the contractors fees plus $265.00 City service charge, shall be charged to you as an assessment against your property. **Please be advised that, in an effort to discourage repeat offenses of this nature, the City will assess graduated fees from $75.00 to $300.00 for each time there is an additional premise violation at the violation address above during this calendar year.**
If you have any questions or concerns about complying within the time indicated, you may contact me Monday through Friday between the hours of  8-9 - AM or 12-1 - PM

Pursuant to Section 107.2 of the IFML, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

Officer: Meredith D Johnson (517) 483 6849  Meredith.Johnson@lansingmi.gov

Taxpayer's Copy

05/15/2024 17:02

05/15/2024 17:02









# Exhibit D



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361

Andy Schor Mayor

**Notice Printed** 05/14/2024

| **Emergency Board-Up Notice** |



Occupant
4590 SEAWAY DR
LANSING, MI 48911

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4590 SEAWAY DR |
| --- | --- |
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 108. The following is a list of openings that were not able to be secured at time of inspection. All openings found at time of board up by the contractors were secured.

**Emergency Fencing**

**INSPECTOR COMMENTS:**   Approx. 120ft of fencing to fence of pile of debris in office parking lot.

Due to the condition of the structure this dwelling has been declared an **UNSAFE STRUCTURE,** and was boarded under section 108.1.5 (7) 109.2 of the Lansing Housing and Premises Code, Section 108 & 109 Emergency Measures.

Pursuant to Section 107.2 of the LPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This dwelling has been declared, UNSAFE AND DANGEROUS as defined in section 108 of the Lansing Housing and Premises Code. Signs have been posted at each entrance that read - **DO NOT ENTER, UNSAFE TO OCCUPY**. It is a misdemeanor to occupy this building, or to remove or deface this notice Said dwelling shall remain vacant until this office has conducted a complete inspection and approved all corrections.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM
**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

"Equal Opportunity Employer"Taxpayer's Copy

As specified by section 107   Notices and Orders - a copy of this violation was sent to Owner of Record:
WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ
07645

Exhibit E



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361

Andy Schor Mayor

Notice Printed: 05/16/2024

### Emergency Board-Up Notice



Occupant
4590 SEAWAY DR
LANSING, MI 48911

***Warning:*** **Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)**

| Violation Location: | 4590 SEAWAY DR |
|---|---|
| Parcel No: | 23-50-40-36-407-011 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 108   The following is a list of openings that were not able to be secured at time of inspection. All openings found at time of board up by the contractors were secured.

**Emergency Fencing**

**INSPECTOR COMMENTS:**    **Approx. 60ft of fencing to fence of pile of debris in office parking lot.**

Due to the condition of the structure this dwelling has been declared an **UNSAFE STRUCTURE,** and was boarded under section 108.1 5 (7) 109 2 of the Lansing Housing and Premises Code  Section 108 & 109 Emergency Measures.

Pursuant to Section 107.7 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This dwelling has been declared, UNSAFE AND DANGEROUS as defined in section 108 of the Lansing Housing and Premises Code. Signs have been posted at each entrance that read - **DO NOT ENTER, UNSAFE TO OCCUPY**. It is a misdemeanor to occupy this building, or to remove or deface this notice. Said dwelling shall remain vacant until this office has conducted a complete inspection and approved all corrections.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of **8-9 - AM** or **12-1 - PM**.

Officer: Meredith D Johnson  **Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects

'Equal Opportunity Employer' Taxpayer's Copy

As specified by section 107 – Notices and Orders – a copy of this violation was sent to:**Owner of Record**-
**WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ
07645**









05/16/2024 11:11

Exhibit F



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361

Andy Schor, Mayor

Notice Printed: 05/24/2024

## Emergency Board-Up Notice

Occupant
4056 WOODBRIDGE DR
LANSING, MI 48911

| Inspection Type: | Safety |
|---|---|
| Inspection Date: | 05/24/2024 |
| Compliance Due Date: | 05/24/2024 |

**Warning:** *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4056 WOODBRIDGE DR |
|---|---|
| Parcel No: | 23-50-40-36-407-021 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 108   The following is a list of openings that were not able to be secured at time of inspection  All openings found at time of board up by the contractors were secured

Emergency Board Up

INSPECTOR COMMENTS:   Several units were found open and accessible.

UNIT:  4060

Front door

INSPECTOR COMMENTS:   Secured front door.

First floor window

INSPECTOR COMMENTS:   Secured rear window.


UNIT:  4062

Rear door

INSPECTOR COMMENTS:   Secured rear door.


UNIT:  4064

Rear door

INSPECTOR COMMENTS:   Secured rear door.

UNIT:  4066

Front door / Rear door

INSPECTOR COMMENTS:  Secured front and rear door.

Due to the condition of the structure this dwelling has been declared an **UNSAFE STRUCTURE**, and was boarded under section 108.1.5 (7) 109.2 of the Lansing Housing and Premises Code, Section 108 & 109 Emergency Measures.

Pursuant to Section 107.2 of the IPMC, you have the right to appeal this notice of violation. In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This dwelling has been declared, UNSAFE AND DANGEROUS as defined in section 108 of the Lansing Housing and Premises Code  Signs have been posted at each entrance that read - **DO NOT ENTER, UNSAFE TO OCCUPY**. It is a misdemeanor to occupy this building, or to remove or deface this notice Said dwelling shall remain vacant until this office has conducted a complete inspection and approved all corrections.

If you have any questions or concerns about complying within the time indicated, you may contact at (517) 483 6849 Monday through Friday between the hours of **8-9** - AM or **12-1** - PM.

**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guaranteed discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107 - Notices and Orders - a copy of this violation was sent to:**Owner of Record:** WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString], MONTVALE, NJ 07645



# Economic Development & Planning
## Code Enforcement Office
316 N. Capitol Ave Lansing, MI 48933-1238
(517) 483-4361

Andy Schor  Mayor

Notice Printed  05/24/2024

### Emergency Board-Up Notice

Occupant
4801 ROSCOMMON DR
LANSING, MI 48911

**Inspection Type:  Safety**
**Inspection Date:  05/24/2024**
**Compliance Due Date:  05/24/2024**

*Warning:*  *Failure to comply with the requirements of this notice may result in the issuance of a Municipal Civil Infraction Violation Ticket. (Fines: $500 per day for each violation)*

| Violation Location: | 4801 ROSCOMMON DR |
|---|---|
| Parcel No: | 23-50-40-36-476-001 |

The above referenced address was found to have certain violations of the Lansing Housing and Premises Code, Chapter 108  The following is a list of openings that were not able to be secured at time of inspection. All openings found at time of board up by the contractors were secured

UNIT:  4801

Emergency Board Up

Front door

INSPECTOR COMMENTS:    Secured front door to unit 4801.

Due to the condition of the structure this dwelling has been declared an **UNSAFE STRUCTURE,** and was boarded under section 108.1.5 (7) 109.2 of the Lansing Housing and Premises Code. Section 108 & 109 Emergency Measures.

Pursuant to Section 107 2 of the IPMC, you have the right to appeal this notice of violation.  In accordance with Section 106.3 any action taken by the City on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate

This dwelling has been declared. UNSAFE AND DANGEROUS as defined in section 108 of the Lansing Housing and Premises Code  Signs have been posted at each entrance that read - **DO NOT ENTER, UNSAFE TO OCCUPY**. It is a misdemeanor to occupy this building  or to remove or deface this notice. Said dwelling shall remain vacant until this office has conducted a complete inspection and approved all corrections

If you have any questions or concerns about complying within the time indicated. you may contact at (517) 483 6849 Monday through Friday between the hours of 8-9 - AM or 12-1 - PM

**Officer: Meredith D Johnson  Meredith.Johnson@lansingmi.gov**

This does not guarantee discovery or reporting of all code violations or property defects, manifest or latent, which exist at the property inspected. The City of Lansing, its officers and employees, shall not be liable for any injury or damage, including incidental or consequential damages, claimed to be a result of any failure to discover or report code violations or property defects.

As specified by section 107 - Notices and Orders - a copy of this violation was sent to:Owner of Record: WOODSIDE MEADOWS APARTMENTS LLC, [String.Parcel Owner.AddressDisplayString]. MONTVALE, NJ 07645











05/24/2024 12:58

## STATE OF MICHIGAN

## IN THE 56TH CIRCUIT COURT FOR THE COUNTY OF EATON

CITY OF LANSING, a Michigan municipal
corporation,

               Plaintiff,

v.

WOODSIDE MEADOWS APTS OWNER
LLC,

               Defendant.

Case No. 24- 548 -CZ

Hon. Appointed

Gregory S. Venker (P81780)
F. Joseph Abood (P42307)
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5th Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

### MOTION FOR APPOINTMENT OF RECEIVER FOR REAL AND PERSONAL PROPERTY

**NOW COMES** Plaintiff, City of Lansing (hereinafter "City"), by and through its

counsel, the Office of the City Attorney, and for its Motion for Appointment of Receiver for Real

and Personal Property located in Eaton County, Michigan, states as follows:

1. That the City has simultaneously filed with this Court a civil complaint alleging that

   Defendant, Woodside Meadows Apts Owner LLC, has created a public nuisance and

   included in that complaint a request for receivership;

2. That the City is a municipal corporation organized and existing under the laws of the

   State of Michigan;

3. That Woodside Meadows Apts Owner LLC is a limited liability corporation organized

   and existing under the laws of the State of Delaware;

1

4. That as more fully described in the Verified Complaint, Woodside Meadows Apts Owner LLC has created a public nuisance;

5. That as established in the Verified Complaint, the conditions of Defendant's property at Sycamore Townhomes are an imminent threat to the health, safety, and welfare of the tenants residing there;

6. That based upon the foregoing and as more fully detailed in the Complaint and Brief in Support, the City respectfully requests this Court appoint a receiver to abate the ongoing public nuisance created by Woodside Meadows Apts Owner LLC and insure the health, safety, and welfare of its tenants;

WHEREFORE, Plaintiff respectfully requests that the Court appoint Simon, PLC, by and through its authorized agent, John Polderman, as receiver, enter the proposed order attached as **Exhibit 1** and grant such further relief as the Court deems appropriate.

Date: May 31, 2024

Respectfully submitted,

/s/Matthew D. Staples
Matthew D. Staples (P84571)
*Attorney for Plaintiff*
124 West Michigan Avenue, 5th Floor
Lansing, MI 48933
(517) 483-4320

2

STATE OF MICHIGAN

IN THE 56TH CIRCUIT COURT FOR THE COUNTY OF EATON

CITY OF LANSING, a Michigan municipal
corporation,

Case No. 24-        -CZ

          Plaintiff,

Hon.

v.

WOODSIDE MEADOWS APTS OWNER
LLC,

          Defendant.

Gregory S. Venker (P81780)
F. Joseph Abood (P42307)
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5th Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER FOR REAL AND PERSONAL PROPERTY

**I.      INTRODUCTION**

The City of Lansing filed its verified complaint in this action to make safe the property commonly known as Sycamore Townhomes ("Sycamore") due to the continued failure of Defendant to maintain its property in conformity with City and State housing codes. In its verified complaint, Plaintiff seeks, among other relief, the appointment of a receiver over certain real and personal property for the purposes of potential sale, lease, or other appropriate disposition and to make necessary improvements to the property under the Receivership Act, including to correct outstanding code violations, remove the accumulation of demolition debris, maintain the provision of water and sewer services from the Lansing Board of Water and Light, and make improvements to the property to ensure the health and safety of the tenants of

1

Sycamore.

Woodside Meadows Apts Owner LLC owns and operates a commercial residential development commonly known as Sycamore Townhomes. Sycamore is comprised of 67 separate buildings comprised of 339 separate rental units. Sycamore is located in the City of Lansing and is subject to the local laws and applicable codes adopted by the City of Lansing.

Under MCL 554.1013, Plaintiff now seeks the appointment of a receiver to assist in the immediate preservation and management of Sycamore Townhomes. Upon information and belief, Defendant receives regular income from lease payments by tenants of Sycamore Townhomes and that such income is maintained in a highly liquidatable account that Defendant could improperly drain at a moment's notice. There is an immediate need to preserve, protect and maintain these financial accounts to allow the receiver to undertake the extensive repairs required to bring Sycamore up to code. Additionally, there are safety concerns that need to be immediately addressed, particularly the remediation of fire damaged units, broken/missing windows, siding, and other materials leading to buildings being open to the elements, faulty heaters and hot water heaters, imminent disconnection of water and sewer utilities, and an accumulation of construction debris on the property. A skilled and independent receiver is necessary to make sure that this occurs. The immediate appointment of a receiver after notice but before a prior hearing will assist in the prevention of imminent or irreparable injury, waste, destruction, or loss. MCL 554.1013(2)(b).

Accordingly, Plaintiff requests that under MCR 2.622, MCL 554.1016(1)(a)(i) and (c), and MCL 554.1022(2)(b), the Court appoint Simon, PLC, by its authorized agent, John Polderman, as receiver over the subject properties and all associated assets including equipment, personal property, and financial accounts so that the receiver can determine which tenants should

2

stay or be evicted, find lessees for vacant units, and make improvements to ensure safety and security.

## II.   STATEMENT OF FACTS

### History of Non-Compliance

Defendant Woodside Meadows Apts Owner LLC [1], owns and operates a 67-building, 339-unit rental housing complex located at 4590 Seaway Drive in the City of Lansing, commonly known as Sycamore Townhomes. Sycamore Townhomes last had a valid rental certificate in 2020[2], which was issued after seven years of non-compliance and that was valid for two years and expired in 2022.

An inspection of the entire property was conducted in May of 2022 as part of the rental recertification process. That inspection uncovered significant violations of the International Property Management Code ("IPMC"), adopted by the City of Lansing Ordinance 1460.01, and of the Housing Law of Michigan and Michigan Building Code in existence at each of the 67 buildings.

The City continued to engage with ownership in a good faith attempt to bring the property into compliance with the City and state housing codes. The City met with ownership on July 27, 2022; March 3, 2023; and May 10, 2023. During these meetings, Defendant promised to create a plan that would bring the property into compliance by submitting a Capitol Improvement Plan. Defendant never submitted a complete plan and never undertook the necessary code compliance work. The City held additional meetings with Defendant on June 29, 2023; July 17,

---

[1] The property now known as Sycamore Townhomes was previously known as Woodside Meadows.
[2] The rental certificate granted in 2020 was only granted after the City of Lansing brought an enforcement action in District Court. The underlying basis for that action was failure to comply with 2013 and 2016 rental inspections. Due to the near constant assessment of new violations, the Court elected to limit the enforcement action to all cited housing violations during the 2018 rental inspection. Since that time, Defendant has failed to maintain bare minimum housing requirements.

2023; and July 24, 2023. After providing feedback, Defendant never provided an updated plan and became unresponsive. Left without options, the City brought a second District Court action against Defendant on September 22, 2023, for non-compliance with the 2022 rental inspections. The District Court has issued multiple orders in an attempt to gain Defendant's compliance. Defendant has failed at each opportunity presented, leading to substantial fines being issued. That action remains ongoing, however, the exhaustion of remedies at the District Court now necessitates this separate cause of action in this Honorable Court.

**Current Non-Compliance**

Two recent developments came to light in the first weeks of May of 2024. First, that Defendant is in significant arrears of its bills for water and sewer services of the Lansing Board of Water and Light and is at imminent risk of having water and sewer service turned off for non-payment. Second, that a large amount of construction debris was dumped onto, and is being stored on, Defendant's property. Based upon information and belief, the debris is from the demolition of a fire-damaged building at the complex, for which Defendant has failed to pay contracted demolition services. Given Defendant's long history of non-compliance, the imminent danger posed to the health, safety, and welfare of the residents of Sycamore Townhomes[1], and the ongoing failure of Defendant to comply with the orders of the district court, the City now brings this motion, along with its complaint for receivership.

## III.   ARGUMENT

### a.   A Receiver Should be Appointed in this Matter of Public Nuisance.

Defendant, through both action and inaction, has allowed a public nuisance to exist on its property. MCL 125.486 states that:

---

[1] As established more fully in the Verified Complaint and below.

4

Whenever any dwelling or any building, structure, excavation, business pursuit, matter or thing, in or about a dwelling, or the lot on which it is situated . . . is in the opinion of the health officer or other such appropriate public official as the mayor may designate in a condition or in effect dangerous or detrimental to life or health, the health officer or such other appropriate public official as the mayor may designate may declare that the same to the extent he may specify is a public nuisance. . .

Section 108.1.5(11) of the IMPC states that.

For the purpose of this code, any structure or premises that has any or all of the conditions or defects described below shall be considered dangerous: (11) Any portion of a building remains on a site after the demolition or destruction of the building or structure or whenever any building or structure is abandoned so as to constitute such building or portion thereof as an attractive nuisance or hazard to the public.

Section 505.1 of the IPMC requires that:

Every sink, lavatory, bathtub or shower, drinking fountain, water closet or other plumbing fixture shall be properly connected to either a public water system or to an approved private water system. Kitchen sinks, lavatories, laundry facilities, bathtubs and showers shall be supplied with hot or tempered and cold running water in accordance with the International Plumbing Code.

Additionally, MCL 125.472 states that: "[e]very dwelling . . . shall have within each apartment or family unit at least 1 approved sink with running water furnished in sufficient quantity at all times." As stated in Plaintiff's Verified Complaint, the City's Department of Economic Development and Planning Director, Rawley Van Fossen, has declared that the ongoing situation at Sycamore Townhomes constitutes a public nuisance. This determination is based on the litany of unaddressed IPMC violations related to health and safety (as listed in Plaintiff's Verified Complaint), the presence of a mound of demolition debris in one of the parking lots, and the imminent risk of having the water and sewer services shut-off by the Lansing Board of Water and Light.

"[T]he activity must be harmful to the public health or create an interference in the use of a way of travel, or affect public morals, or prevent the public from the peaceful use of their

land and the public streets." *Charter Township of Ypsilanti v. Dahabra*, 338 Mich App 287, 301 (2021).

> A public nuisance is an unreasonable interference with a common right enjoyed by the general public. The term 'unreasonable interference' includes conduct that (1) significantly interferes with the public's health, safety, peace, comfort, or convenience, (2) is proscribed by law, or (3) is known or should have been known by the actor to be of a continuing nature that produces a permanent or long-lasting, significant effect on those rights.

*Cloverleaf Car Co. v. Phillips Petroleum Co.*, 213 Mich. App 186, 190 (1995).

The City has a right to seek redress for a public nuisance. "It is firmly established that nuisance abatement, as a means to promoting public health, safety, and welfare, is a legitimate exercise of police power." *Bonner v. City of Brighton*, 495 Mich 209, 229 (2014). The Circuit Court has "broad equitable authority to abate nuisances under MCL 600.2940." *Ypsilanti Charter Township v. Kircher*, 281 Mich App 251, 275-276 (2008). "Code violations such as exposed live electrical wires, significant accumulations of trash and rubbish, insect and vermin infestations, falling bricks and windows, collapsing walls, and sanitary sewer leakages certainly posed substantial risks to the general health, safety, and welfare of the tenants [of the subject property]." *Id.* at 277.

The City asks this Court to appoint a receiver to take over Defendant's property and take whatever action necessary to abate the ongoing nuisances and ensure the property is made safe and habitable. "[T]he appointment of a receiver is appropriate when other attempts have failed and a property owner has repeatedly refused to comply with the court's orders." *Id.* at 273. Here, the City has brought two District Court enforcement actions and engaged in good faith discussions for over a year, but unfortunately, the current condition of Sycamore Townhomes has not improved and appears to be in immediate danger of worsening. It is clear that the Defendant is either unable or unwilling to bring this property into compliance, thus necessitating court intervention through the appointment of a receiver.

A basis for receivership exists in both the Michigan Court Rules and Michigan Codified Law. Michigan Court Rule 2.622(A) provides, in relevant part, that "[u]pon a motion of a party or on its own initiative, and for good cause, the court may appoint a receiver as provided by law. . . ." MCR 2.622(B)(1) provides that "the moving party may request, or the parties may stipulate, to the selection of a receiver." Further, MCL 600.2926 provides that the Court may exercise its equitable powers in appointing a receiver when permitted at law. The Receivership Act itself provides for the appointment of a receiver for the purpose of making improvements to a commercial property when the property or its revenue-producing potential is being subjected to or is in danger of waste, loss, dissipation, or impairment and when there are equitable grounds to appoint. As Woodside Meadows Apts Owner LLC continues to operate Sycamore in such a manner that has resulted in the existence of a public nuisance and has placed the health, safety, and welfare of its tenants at risk, equity supports that the appointment of a receiver is appropriate.

"In general, a receiver should only be appointed in extreme cases. But a party's past unimpressive performance may justify the trial court in appointing a receiver." *Reed v. Reed*, 265 Mich. App. 131, 162 (2005). Defendant's performance has been thoroughly unimpressive. Since taking ownership of Sycamore, Defendant has done little to nothing to remedy the litany of code violations threatening the health and safety of its tenants. Of the 339 total units, 147 have been red tagged by the City of Lansing for any number of severe and persistent code violations. There are fire-damaged units throughout the complex. Multiple buildings need new roofs. There are damaged and missing windows throughout. Many units have issues with the furnaces or with hot water heaters. Many buildings have missing or damaged siding or other holes in the exterior which expose the interior of the building to the elements. Defendant is currently in significant

and growing arrears with the Lansing Board of Water and Light for water and sewer services and faces imminent shut off of those utilities. Defendant has allowed a massive pile of demolition debris to be dumped in its leasing office parking lot, which is an attractive nuisance. Furthermore, the City has utilized every possible tool at its disposal short of receivership in attempting to gain compliance from Defendant, and Defendant is unwilling or unable to keep its property up to code.

As the *Reed* court noted, the appointment of a receiver is appropriate only in extreme cases. For the reasons listed above and in the Verified Complaint, the dire state of repair at Sycamore Townhomes and the risks posed to the health, safety, and welfare of its tenants due to Defendant's gross mismanagement meets this heavy burden.  Dozens, if not hundreds, of individuals are at imminent risk of losing housing. Many of those individuals are recipients of Section 8 vouchers and are therefore at risk of losing those vouchers should they lose their housing. The residents of Sycamore Townhomes are being forced to live in substandard conditions at a property that has not had a valid rental certification from the City in over 2 years. They are at risk of having their water and sewer services shut off because Defendant has failed to pay its bills. This is an extreme situation, where only an extreme remedy will suffice to protect the health, safety, and welfare of the residents of Sycamore Townhomes and the City of Lansing.

      **b.**    **Plaintiff Seeks to Appoint a Well-Qualified and Reputable Receiver.**

Plaintiff nominates Simon, PLC, by and through its authorized agent, John Polderman, who is frequently appointed by courts throughout Michigan for receivership matters. Mr. Polderman has significant experience in real estate and has demonstrated his knowledge and expertise to manage, operate and maintain the subject property, as required by MCR 2.622(B) and MCL 554.1017. Mr. Polderman has no association with the City of Lansing nor any financial

interest in the outcome of this matter. No disqualifying reason exists to prohibit the selection of John Polderman. Therefore, Plaintiff requests that John Polderman be appointed receiver over Sycamore Townhomes and as well as any equipment, personal property, and financial accounts associated with Woodside Meadows Apts Owner LLC . It is Plaintiff's understanding that Simon, PLC maintains a fiduciary bond in the amount of $10,000. See MCL 554.1018.

## IV.  CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court appoint Simon, PLC, by and through its authorized agent, John Polderman, as receiver, enter the proposed order attached as **Exhibit 1** and grant such further relief as the Court deems appropriate.

Date: <u>May 31, 2024</u>

Respectfully submitted,

/s/Matthew D. Staples
Matthew D. Staples (P84571)
*Attorney for Plaintiff*
124 West Michigan Avenue, 5th Floor
Lansing, MI 48933
(517) 483-4320

Exhibit 1

**STATE OF MICHIGAN**

## IN THE 56ᵀᴴ CIRCUIT COURT FOR THE COUNTY OF EATON

| | |
|---|---|
| CITY OF LANSING, a Michigan municipal corporation, | Case No. 24-          -CZ |
| Plaintiff, | Hon. |
| v. | |
| WOODSIDE MEADOWS APTS OWNER LLC. | |
| Defendant. | |

Gregory S  Venker (P81780)
F. Joseph Abood (P42307)
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5ᵗʰ Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

## ORDER APPOINTING RECEIVER

At a session of said Court, held in the Circuit Court
for the County of Eaton, State of Michigan
this _____ day of _____, 2024.

Present: **HONORABLE**_____, Circuit Court Judge.

This matter having come before the Court upon City of Lansing's Motion for

Appointment of Receiver; the Court having reviewed the Motion and Brief in Support; and the

Court being fully advised in the following premises;

**IT IS HEREBY ORDERED** that:

1.     City of Lansing's Motion for Appointment of Receiver is granted.

2.     **Appointment of Receiver and the Receivership Property**.

A. John Polderman of Simon, PLC is appointed Receiver of the Receivership Property and assets (defined below). The Receiver's duty to act as receiver is subject to the written acceptance and approval of the terms of this Order.

B. As of the date of entry of this Order, the Receiver is authorized and directed to take immediate possession and full control of the Receivership Property and assets and to take such other actions as the Receiver deems reasonable and appropriate to take possession of, to exercise full control over, to prevent waste, and to preserve, secure and safeguard the Receivership Property.

C. The Receiver shall take possession of and receive from all depositories, banks, brokerages, and otherwise, any money on deposit in such institutions as belonging to Woodside Meadows Apts Owner LLC. The Receiver may indemnify the institution upon whom such demand is made and is empowered to open or close any such accounts. The Receiver shall deposit monies and funds collected and received in connection with the Receivership Property and assets at federally-insured banking institutions or savings associations with offices in this State.

D. Woodside Meadows Apts Owner LLC and all of its agents, contract counter-parties, creditors, employees, and former employees are ordered to cooperate with the Receiver in all of the following pertaining to the Receivership Property (but only to the extent that such items are in their possession, custody, or control, and only to the extent that such documents exist):

    i.  All keys, including keys for vending, passwords, and combination.

    ii.  All tenant records.

    iii.  All financial records.

iv.   A current aged account receivable/delinquency report.

v.   An aged listing of all trade payable and other payables (if appropriate).

vi.   Documents identifying and summarizing all pending litigation (excluding this action).

vii.   All on-site employee payroll records and employee files and applications.

viii.   All documents, books, records and computer files, all passwords needed to access Woodside Meadows Apts Owner LLC's e-mail accounts, and all other records concerning the income, operation and management of the organization.

ix.   A list of utilities and utility accounts.

x.   An inventory of all equipment, furniture, vehicles, and supplies.

xi.   The petty cash fund, if any.

xii.   Year-end operating statements for the previous fiscal year and year-to-date operating statements for the current fiscal year.

xiii.   All insurance policies on the Receivership Property and their terms

xiv.   All computer equipment, software, management files, equipment, furniture, supplies, and all passwords needed to access all software and computer files maintained in the on-site management office(s) (and all off-site financial records).

xv.   Such other records pertaining to the management of the Receivership Property and assets as may be reasonably requested by the Receiver.

E. No person may remove any personal property belonging to Woodside Meadows Apts Owner LLC or any employee from the premises without the Receiver's prior approval.

F. Receiver may add Receiver as additional insured and as the loss payee on all insurance related to the operation and management of the Receivership Property including, but not limited to, fire extended coverage, auto coverage, property damage, liability, fidelity, errors and omission, and workers compensation, and modifying the policies if deemed appropriate by the Receiver, but subject to Court approval for any modification to insurance. All persons other than the Receiver are prohibited from cancelling, reducing, or modifying any and all insurance coverage in existence with respect to the Receivership Property.

3.  **Receiver's Duties and Authority.**

A. The Receiver shall be vested with and shall discharge the following authority, powers, and duties:

    i.   To maintain, secure, and preserve the Receivership Property and assets.

    ii.   To assume control over the Receivership Property and assets; and to collect and receive all cash, cash on hand, checks, cash equivalents, credit card receipts, demand deposit accounts, bank accounts, cash management or other financial accounts, bank or other deposits and all other cash collateral (all whether now existing or later arising); current and past due earnings, revenues, rent, issues and profits, accounts or accounts receivable (all whether unpaid, accrued, due or to become due); all claims for State/Federal Aid and Grants, and all other gross income

derived with respect to the Receivership Property and assets, regardless of whether earned before or after entry of this Order (collectively "Income").

iii.  To prepare and maintain complete books, records, and financial reports of the Receivership Property and assets.

iv.  To maintain a separate account with a federally-insured banking institution or saving association with offices in this State in the Receiver's own name, as Receiver, from which the Receiver shall disburse all authorized payments as provided in this Order.

v.  To receive and endorse checks pertaining to the Receivership Property either in the Receiver's name or in Woodside Meadows Apts Owner LLC's name.

vi.  To prepare and file any tax return stemming from the Receivership Property and assets as may be required by law. The Receiver shall not be responsible for the preparation and filing of any tax returns for Woodside Meadows Apts Owner LLC (including income, personal property, commercial activity, gross receipts, sales and use, or other tax returns) other than to provide Woodside Meadows Apts Owner LLC with information in the Receiver's possession that may be necessary for Woodside Meadows Apts Owner LLC to prepare and file its returns Woodside Meadows Apts Owner LLC shall provide to the Receiver any information needed to file any tax returns related to the Receivership Property and assets.

vii.　To apply the Income as follows:

    1. To the Receiver's approved fees and expenses;

    2. To the current fees and expenses that are necessary to the wind down and dissolution of Woodside Meadows Apts Owner LLC, but subject to the terms of this Order;

    3. Any surplus to be held pending further order of the Court.

viii.　To effectuate the final wind down and dissolution Woodside Meadows Apts Owner LLC, if determined to be necessary to carry out the terms of this Order.

Notwithstanding the above, Receiver shall have no responsibility or obligation to hire any former or current employees of Woodside Meadows Apts Owner LLC.

4. **Receiver's Authority.**

A. In carrying out the duties contained in this Order, the Receiver is authorized, but not required to:

    i.　To enforce, amend, or terminate any existing contract affecting the Receivership Property and City's assets;

    ii.　To reject any leases or unexpired contracts of Woodside Meadows Apts Owner LLC that are burdensome to the Receivership Property;

    iii.　To execute, cancel, modify, renegotiate, or abrogate all services, maintenance or other contracts relating to the operations of the Receivership Property, but subject to Court-approval for execution of contracts in excess of $10,000;

    iv.　To employ attorneys, accountants, agents, and other professionals as the Receiver may from time to time deem appropriate on such terms and

conditions as the Receiver deems appropriate;

v.    To borrow funds for purposes relating to the operations of the
Receivership Property and to issue receiver certificates for that
borrowing;

vi.   Move this Court to abandon or to surrender all or part of the
Receivership Property. For any part of Receivership Property that the
Receiver decides to abandon or to surrender, the Receiver shall have no
further obligation for any such property once it has been abandoned or
surrendered, with Court approval;

vii.  Solicit claims from creditors of Woodside Meadows Apts Owner LLC,
object to such claims if advisable, and distribute available monies to
holders of allowed claims. (c) To maintain, sell, secure, manage, operate,
repair and/or preserve the Receivership Property, directly or through
unrelated agent(s) contracted for that purpose, without further Court
Order;

viii. To employ attorneys, accountants, agents and other professionals as the
Receiver may, in the Receiver's sole discretion, from time to time deem
appropriate on such terms and conditions as the Receiver deems
appropriate;

ix.   To review any/and all existing vendor, supply, maintenance, lease,
management, and/or other agreements and contracts related to the
Receivership Property, and to determine which, if any, Receiver will
assume;

x.    To enforce any valid covenant of any contract and/or other agreement

7

related to the Receivership Property;

xi.   To reject any unexpired contracts, agreements or leases that are burdensome on the Receivership Property, and/or which the Receiver believes are not in the best interest of the receivership estate;

xii.   To execute, cancel, abrogate, renegotiate or modify any/and all existing vendor, supply, maintenance, lease, management, and/or other agreements and contracts related to the Receivership Property;

xiii.   To determine that the property is adequately insured or to procure insurance if funds are available for that purpose.  The insurance companies shall accept a copy of this order and add the Receiver as an Additional Insured to all such policies that cover the Receivership Property;

xiv.   To investigate the amount owed, historical payment information, escrow account balances and insurance coverage, obtain payoff statements and extent of any liens on the Receivership Property as of the date of creation of the receivership estate by entry of this Order; and, to pay lien claimants as reasonably necessary for the release of any part of the Receivership Property, or to facilitate a sale of any part of the Receivership Property;

xv.   To maintain a separate account with a federally-insured banking institutions or savings associations with offices in this State in the Receiver's own name, as Receiver, from which the Receiver shall disburse all authorized payments as provided in this Order;

xvi.   To receive and endorse checks pertaining to the Receivership Property

8

either in the Receiver's name, or the names of the parties;

xvii.    To pay any real estate taxes as funds are available and any other taxes or assessments against the Receivership Property which the Receiver deems appropriate and necessary for preservation of the receivership estate; and, to contest, protest or appeal any tax or assessment pertaining to the Receivership Property.  (Any refund or reimbursement of taxes paid shall be deemed 'Income' to be applied as provided above);

xviii.    To apply the Income as follows:

        (1)    to the Receiver's approved fees and expenses;

        (2)    to current operating expenses, any real estate taxes, and any other taxes stemming from the Receivership Property (that are not specifically allocated to either the Defendant or Plaintiff in prior court orders, unless the Receiver deems the payment of same to be necessary to preserve the Receivership Property);

        (3)    to all obligations as enumerated in prior orders of the Court, if any;

        (4)    to any surplus to be held pending further Court Order.

xix.    Only upon approval by this Court, to sell, liquidate, demolish, clear, and/or environmentally remediate the Receivership Property outside the ordinary course of business; free and clear of liens, in any order or manner the Receiver deems advisable, and to distribute the proceeds therefrom to creditors in accordance with priorities established by the Court.  Prior to selling any real property portion of the Receivership Property the Receiver first shall obtain an order from the Court

9

approving the sale.

5. **Extent of Receiver's Authority**.

A. Although the Receiver shall have possession and control of the Receivership Property, the Receiver shall not take title to the Receivership Property.

B. Without limiting or expanding the foregoing, the Receiver is authorized to exercise all powers and authority generally available under the laws of the State of Michigan that may be incidental to the powers described in this Order or reasonably necessary to accomplish the purpose of this Receivership. The Receiver shall have such additional powers that are provided by law and that the Court may from time to time direct or confer.

C. The Receiver shall, during the pendency of this action, have the right to apply to this Court for further instructions or directions.

D. The authority granted to the Receiver is self-executing unless the action requires Court approval. The Receiver is authorized to act on behalf of and in Woodside Meadows Apts Owner LLC's name (or the Receiver's name) as the Receiver deems appropriate without further order of this Court and without personal recourse against the Receiver.

6. **Receivership Property**.

A. "Receivership Property" means and includes all of the following:

　　i. All tangible and intangible real and personal property used or useable in connection with the operations of Woodside Meadows Apts Owner LLC, including but not limited to the below:

　　　　a. The property commonly known as Sycamore Townhomes,

defined legally as Lots 135, 136, 137, 225, 226, and 227 of Glenburne No. 2, according to the plat thereof recorded in Liber 6 of plats, page 27 and Liber 7 of plats, page 4, Eaton County Records;

ii.    All Income (defined above).

iii.   All trade fixtures or tenant improvements of every kind or nature located in or upon or attached to or used or intended to be used in connection with the operation of Woodside Meadows Apts Owner LLC that are not the property of the City of Lansing (to the full extent Woodside Meadows Apts Owner LLC's interest in such).

iv.    All permits, licenses, leases, other contracts and other intangible property pertaining to the Receivership Property and the operations of Woodside Meadows Apts Owner LLC.

v.     All books, records, accounts, or documents which in any way relate to the Receivership Property and Income.

vi.    All causes of action belonging to Woodside Meadows Apts Owner LLC.

7.    **Receiver Compensation, Reports, Accounting, and Bond.**

A    The Receiver's compensation shall be billed on a monthly basis and subject to Court-approval. The Receiver shall be compensated at an hourly rate as approved by the Court.

B.   The Receiver shall provide the Court and the parties a copy of the Receiver's monthly itemized statement. The Receiver's general office administration, accounting and overhead shall not be charged against the Income or

Receivership Property.

C. Except as otherwise provided in an order of this Court authorizing the retention of a particular professional, the Receiver may seek interim payment of compensation and reimbursement of expenses in accordance with the following procedures:

    i.    No earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, the Receiver may file an application with this Court for interim allowance of compensation for services rendered and reimbursement of expenses incurred during the preceding month (a "Monthly Fee Application") and serve such Monthly Fee Application on the Notice Parties. The first Monthly Fee Application may cover all fees and expenses incurred up to and including the month for which such Monthly Fee Application is filed.

    ii.    Each Notice Party will have ten (10) business days after service of a Monthly Fee Application to object (the "Objection Deadline"). If no objections are raised before the Objection Deadline, the Receiver may file a certificate of no objection with this Court, after which the Receiver shall be authorized to pay the requested fees and costs.  If any Notice Party objects to a Monthly Fee Application, it must, on or before the expiration of the Objection Deadline, file with this Court and serve on the Receiver and, each other Notice Party a written objection (the "Objection") so as to be received on or before the Objection Deadline. Any Objection shall identify with specificity the objectionable fees and expenses, including the amount of

12

such objected to fees and expenses, and the basis for such Objection.
Thereafter, the objecting party and the Receiver, as applicable, may attempt
to resolve the Objection on a consensual basis. If the parties are unable to
reach a resolution within twenty (20) days after service of the Objection, the
Receiver may either: (i) file a response to the Objection and set the matter
for hearing with the Court; or (ii) forego payment of the objected to amount
until the time at which the Receiver seeks final approval of its fees and
expenses

D.  Within thirty (30) days of the completion of the Receiver's duties and
obligation under this Order, or the resignation or dismissal of the Receiver, the
Receiver shall:

    i.  File a final application with this Court for final approval of fees and
expenses incurred during the pendency of this receivership (the "Final
Receivership Fee Application"); and

    ii.  Serve the Final Receiver Fee Application on the Notice Parties. Each Notice
Party will have fifteen (15) business days after the service of a final
Receiver Fee Application to object, and if no objections are raised prior to
the expiration of such time period, the Receiver may file a certificate of no
objection with this Court, after which the Receiver shall be authorized to
pay all fees and expenses set forth in the Final Receiver Fee Application that
are still due and outstanding.

    iii.  If an objection is received with respect to a Final Receiver Fee Application,
the Receiver may file a response to such objection and this Court shall

promptly set a hearing to consider the Final Receiver Fee Application.

iv. The Receiver's compensation shall be paid (i) first from the Income from the Receivership Property and (ii) next, by Woodside Meadows Apts Owner LLC, but only to the extent that the Income is insufficient to pay the Receiver's compensation.

v. Nothing in this Order shall require the Receiver to advance funds other than from Income without a bond or security for payment satisfactory to the Receiver.

vi. With all due speed, the Receiver shall file with the Court an inventory of the Receivership Property.

vii By the fifteenth (15th) day of each calendar month, the Receiver shall prepare, financial reports including an income and expense restatement, on a monthly basis pertaining to the operations of the Receivership Property during the prior month ("Receiver's Report"). The Receiver shall submit the Receiver's Report to the Notice Parties and to the Court, The Receiver shall furnish to counsel for the Notice Parties any additional information regarding the Receivership Property as required by law and as may be reasonably requested by them, but the Receiver is authorized to request instructions from this Court should any party request information or documents which would be unduly burdensome or expensive to produce, or to annoy or harass or for other improper purposes.

viii. The Receiver shall post a surety bond from an insurance company licenses to do business in this State in the amount of $10,000. The cost of the bond is

14

an expense of the Receivership.

8.    **Court-approval.**

A.  Whenever this Order uses the term "subject to Court-approval" or "Court-approval," such approval shall not be deemed given except by a specific order from this Court.

9.    **Term and Financial Accounting.**

A.  This Receivership shall continue until further order of the Court.

B.  The Receiver will serve until further order of the Court. The City of Lansing or the Receiver, at any time, may move for termination of this Order.  In the event such relief is granted, the Court thereupon shall discharge the Receiver and terminate the Receivership.

10.   **General Provisions.**

A.  No person or entity shall file suit against the Receiver or the Receivership Property or take other action against the Receiver or the Receivership Property without an order of this Court permitting the suit or action provided, however, no prior court order is required to file a motion in this action to enforce any provision of this Order or any other order of this Court in this action.

B.  The Receiver and its employees, agents, and attorneys shall have no personal liability in connection with any liabilities, obligations, liens, or amounts owed to any of Woodside Meadows Apts Owner LLC's creditors because of its duties as Receiver. Nothing in this Order shall grant any rights to creditors or general unsecured creditors, whose rights shall be solely determined in accordance with Michigan law.

15

C.  The receiver and its employees, agents, and attorneys shall have no personal liability, and they shall have no claim asserted against them relating to the Receiver's duties under this Order, expect for claims due to their gross negligence, gross or willful misconduct, malicious acts, and/or the failure to comply with this Court's orders. In no event shall the Receiver have any liability for any act, conduct or event relating to Woodside Meadows Apts Owner LLC, or to Woodside Meadows Apts Owner LLC's operation, that occurred before the Receiver's appointment.

D.  Woodside Meadows Apts Owner LLC and all of its agents, contract counter-parties, creditors, employees, former employees, and all those in active participation or concert with them who receive notice of this Order, and all those having claims against the Receivership Property who receive notice of this Order are hereby enjoined from, and shall not:

    i.    **Commit Waste**: Commit or permit any waste on all or any part of the Receivership Property or suffer or commit or permit any action on all or any part of the Receivership Property in violation of law, or remove, transfer, encumber or otherwise dispose of any of the Receivership Property.

    ii.    **Collect Income**: Demand, collect, receive, discount, or in any other way divert or use any of the Income.

    iii.    **Terminate any Utility Service**: Terminate or withhold any electric, gas, water, sewer, telephone, or other utility services relating to the Receivership Property, require any utility deposit or otherwise interfere

with the continued operations of the Receivership Property.

  iv. **Interfere with the Receiver:** Directly or indirectly interfere in any manner with the discharge of the Receiver's duties under this Order or the Receiver's possession of any operation or management of the Receivership Property.

  v. **Transfer of Encumber the Receivership Property:** Expend, disburse, transfer, assign, sell, convey, devise, pledge, mortgage, create a security interest in, encumber, conceal or in any manner whatsoever dispose of the whole or any party any of the Receivership Property including, but not limited to, the Income without Court approval.

  vi. **Impair the Receivership Property:** Do any act that will, or which will tend to impair, defeat, divert, prevent, or prejudice the preservation of the Receivership Property, including the Income.

E. The Receiver shall faithfully discharge the Receiver's duties and obey the Court's orders.

F. The Receiver is subject to the personal jurisdiction of the Court.

G. The Receiver's duty to act as Receiver is subject to the Receiver's written acceptance and approval of the terms of this Order. Upon acceptance, the Receiver shall be bound by each and every term contained in this Order and each and every obligation of the Receiver imposed by this Order.

11. **Amendment of Order.**

A. This Order may be amended for cause after a motion or hearing. This Order may also be amended by order agreed to by the City of Lansing and the

17

Receiver and approved by the Court.

*This order does not resolve the last pending claim and does not close the case.*

**IT IS SO ORDERED**.


Dated: _____ .                    _____
                                             Circuit Court Judge

**STATE OF MICHIGAN**

**IN THE 56ᵀᴴ CIRCUIT COURT FOR THE COUNTY OF EATON**

CITY OF LANSING, a Michigan municipal
corporation,

          Plaintiff,

v.

WOODSIDE MEADOWS APTS OWNER
LLC,

          Defendant.

Case No. 24- 568  -CZ

Hon. Appointed

Gregory S. Venker (P81780)
F. Joseph Abood (P42307)
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5ᵗʰ Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

### PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND PRELIMINARY INJUNCTION

NOW COMES Plaintiff City of Lansing, by and through its attorneys, the Office of the

City Attorney, pursuant to MCR 3.310(B), presents an Ex Parte Motion for Entry of Temporary

Restraining Order, Order to Show Cause and Preliminary Injunction and states as follows:

    1.    That the City of Lansing has adopted, per ordinance 1460.01, *et seq.*, the

International Property Maintenance Code ("IPMC");

    2.    Section 102.2 of the IPMC requires that, "[n]o owner, owner's authorized agent,

operator or occupant shall cause any service, facility, equipment or utility that is required under

this section to be removed from, shut off from or discontinued for any occupied dwelling, except

for such temporary interruption as necessary while repairs or alterations are in progress;"

1

3.    Section 505.1 of the IPMC requires that, "[e]very sink, lavatory, bathtub or shower, drinking fountain, water closet or other plumbing fixture shall be properly connected to either a public water system or to an approved private water system. Kitchen sinks, lavatories, laundry facilities, bathtubs and showers shall be supplied with hot or tempered and cold running water in accordance with the International Plumbing Code;"

4.    That Defendant is delinquent on its water bill with the Lansing Board of Water and Light and now utilities are eligible shutoff due to nonpayment;

5.    That loss of water services would render the entire complex unfit for habitation per the IMPC and would require the City of Lansing to placard the structures and require they be vacated;

6.    MCL 125.486 states that, "[w]henever any dwelling or any building, structure, excavation, business pursuit, matter or thing, in or about a dwelling, or the lot on which it is situated . . . is in the opinion of the health officer or other such appropriate public official as the mayor may designate in a condition or in effect dangerous or detrimental to life or health, the health officer or such other appropriate public official as the mayor may designate may declare that the same to the extent he may specify is a public nuisance. . .;"

7.    That Defendant's failure to maintain water services for its property would endanger the health, safety, and welfare of those living at the property;

8.    That such failure constitutes a public nuisance;

9.    That additionally, Defendant has allowed a significant buildup of demolition debris on its property;

10.    That section 108.1.5(11) of the IMPC states that, "[f]or the purpose of this code, any structure or premises that has any or all of the conditions or defects described below shall be

2

considered dangerous: (11) Any portion of a building remains on a site after the demolition or destruction of the building or structure or whenever any building or structure is abandoned so as to constitute such building or portion thereof as an attractive nuisance or hazard to the public;"

11.     That on or about May 14, 2024, a large amount of demolition debris was found to be on Defendant's premises, specifically, in the leasing office parking lot;

12.     That said debris constitutes a hazard to the health, safety, and welfare of the public and is therefore a public nuisance;

13.     That said debris constitutes an attractive nuisance;

14.     That immediate removal is required to ensure the health, safety, and welfare of those residing on Defendant's property;

15.     That Defendant should be ordered to remove the debris immediately;

16.     That Defendant should be required to remit to the Lansing Board of Water and Light such monies as are necessary to insure the continued provision of water and sewer services;

17.     That Defendant's shareholders and/or officers should be required to personally guarantee such payment be made to the Lansing Board of Water and Light;

18.     That Defendant's shareholders and/or officers should be personally responsible for the payment of any costs incurred by the City of Lansing in abating the nuisance caused by the accumulation of demolition debris;

19.     That Defendant be enjoined from causing any additional waste to the property;

20.     That Defendant be enjoined from removing any monies from any account the source of which is rents paid by the tenants of Sycamore Townhomes, except to the extent allowed by this court for necessary expenditures related to the maintenance of utility services,

3

property management, and other legitimate costs necessary to maintain the status quo and ensure the health, safety, and welfare of the tenants of Sycamore Townhomes.

WHEREFORE, for the foregoing reasons and as more fully set forth in Plaintiff's brief in support, Plaintiff City of Lansing respectfully requests this Honorable Court:

1. Grant Plaintiff's Motion for a Temporary Restraining Order and Order to Show Cause;

2. Impose a Temporary Restraining Order requiring that:

    a. Defendant Maintain utility services at the property;

    b. Defendant Immediately remove the demolition debris;

    c. Defendant prevent any waste to the property

    d. Defendant is enjoined from liquidating, spending, alienating, encumbering, or otherwise disposing of any monies held in any accounts controlled by Defendant that are derived from rent payments from the tenants of Sycamore Townhomes, other than as this court shall order as necessary to maintain the status quo and provide for the health, safety, and welfare of said tenants

3. Set a hearing after which the Temporary Restraining Order would become a Preliminary Injunction;

4. Award all such other relief the court deems appropriate including costs and attorney fees.

Respectfully Submitted,

Date: May 31, 2024

/s/ Matthew D. Staples
Matthew D. Staples (P84571)
*Attorney for Plaintiff*
124 W. Michigan Ave., 5th Floor
Lansing, MI 48933
(517) 483-4320

## STATE OF MICHIGAN

## IN THE 56TH CIRCUIT COURT FOR THE COUNTY OF EATON

CITY OF LANSING, a Michigan municipal
corporation,

              Plaintiff,

v.

WOODSIDE MEADOWS APTS OWNER
LLC,

              Defendant.

Case No. 24-       -CZ

Hon.

Gregory S. Venker (P81780)
F. Joseph Abood (P42307)
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5th Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

## BRIEF IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND PRELIMINARY INJUNCTION

### STATEMENT OF FACTS

**History of Non-Compliance**

      Defendant Woodside Meadows Apts Owner LLC[1], owns and operates a 67 building, 339-unit rental housing complex located at 4590 Seaway Drive in the City of Lansing, commonly known as Sycamore Townhomes. Sycamore Townhomes last had a valid rental certificate in 2020[2], which was issued after seven years of non-compliance and that was valid for two years and expired in 2022.

---

[1] The property now known as Sycamore Townhomes was previously known as Woodside Meadows.
[2] The rental certificate granted in 2020 was only granted after the City of Lansing brought an enforcement action in District Court. The underlying basis for that action was failure to comply with 2013 and 2016 rental inspections. Due to the near constant assessment of new violations, the Court elected to limit the enforcement action to all cited

An inspection of the entire property was conducted in May of 2022 as part of the rental recertification process. That inspection uncovered significant violations of the International Property Management Code ("IPMC"), adopted by the City of Lansing Ordinance 1460.01, and of the Housing Law of Michigan and Michigan Building Code in existence at each of the 67 buildings.

The City continued to engage with ownership in a good faith attempt to bring the property into compliance with the City and state housing codes. The City met with ownership on July 27, 2022; March 3, 2023; and May 10, 2023. During these meetings, Defendant promised to create a plan that would bring the property into compliance by submitting a Capitol Improvement Plan. Defendant never submitted a complete plan and never undertook the necessary code compliance work. The City held additional meetings with Defendant on June 29, 2023; July 17, 2023; and July 24, 2023. After providing feedback, Defendant never provided an updated plan and became unresponsive. Left without options, the City brought a second District Court action against Defendant on September 22, 2023, for non-compliance with the 2022 rental inspections. That action remains ongoing, however, recent developments that are outside of the scope and jurisdiction of the District Court now necessitate this separate cause of action in this Honorable Court.

**Current Non-Compliance**

Two recent developments came to light in the first weeks of May of 2024. First, that Defendant is in significant arrears of its bills for water and sewer services of the Lansing Board of Water and Light (LBWL) and is at imminent risk of having water and sewer service turned off

---

housing violations during the 2018 rental inspection. Since that time, Defendant has failed to maintain bare minimum housing requirements

for non-payment[1]. Second, that a large amount of construction debris was dumped onto, and is being stored on, Defendant's property. Based upon information and belief, the debris is from the demolition of a fire-damaged building at the complex, for which Defendant has failed to pay for contracted demolition services.

Additionally, upon information and belief, Defendant receives regular income from lease payments by tenants of Sycamore Townhomes and that such income is maintained in a highly liquidatable account that Defendant could improperly drain at a moment's notice. There is an immediate need to preserve, protect and maintain these financial accounts to allow the receiver to undertake the extensive repairs required to bring Sycamore up to code. Given Defendant's long history of non-compliance, immediate danger posed by continued physical and financial waste, the pile of construction debris, and imminent water shut-off, the City now brings this motion, along with its complaint for receivership.

## LAW

Temporary restraining orders are governed by MCR 3.310(B). In deciding whether to grant injunctive relief, the Court will consider:

1) The likelihood that the party seeking the injunction will prevail on the merits;
2) The danger that the party seeking the injunction will suffer irreparable injury if the injunction is not issued;
3) The risk that the party seeking the injunction would be harmed more by the absence of an injunction than the opposing party would be by the granting of relief;
4) The harm to the public interest if the injunction is issued.

*Fancy v. Egrin*, 177 Mich App 714, 719; 442 N.W.2d 765 (1989); *State Employees Ass'n v Department of Mental Health*, 421 Mich 152; 365 NW2d 93 (1984).

"Stated another way, injunctive relief is an extraordinary remedy that issues only when

---

[1] Upon information and belief, Defendants currently owe the LBWL in excess of $84,000

justice requires, there is no adequate remedy at law, and there exists a real and imminent danger of irreparable injury." *Pontiac Fire Fighters Union Local 376 v. City of Pontiac*, 482 Mich. 1, 9 (2008). (citation and quotation marks omitted). For harm to be irreparable, it must be "a noncompensable injury for which there is no legal measure of damages for which damages cannot be determined with a sufficient degree of certainty." *Thermatool Corp v Borzym*, 227 Mich App 366, 377; 575 NW2d 334 (1998).

A.   *The City of Lansing is likely to prevail on the merits.*

Defendant, through both action and inaction, have allowed a public nuisance to exist on its property. MCL 125.486 states that:

> Whenever any dwelling or any building, structure, excavation, business pursuit, matter or thing, in or about a dwelling, or the lot on which it is situated . . . is in the opinion of the health officer or other such appropriate public official as the mayor may designate in a condition or in effect dangerous or detrimental to life or health, the health officer or such other appropriate public official as the mayor may designate may declare that the same to the extent he may specify is a public nuisance. . .

Section 108.1.5(11) of the IMPC states that:

> For the purpose of this code, any structure or premises that has any or all of the conditions or defects described below shall be considered dangerous: (11) Any portion of a building remains on a site after the demolition or destruction of the building or structure or whenever any building or structure is abandoned so as to constitute such building or portion thereof as an attractive nuisance or hazard to the public.

Section 505.1 of the IPMC requires that:

> Every sink, lavatory, bathtub or shower, drinking fountain, water closet or other plumbing fixture shall be properly connected to either a public water system or to an approved private water system. Kitchen sinks, lavatories, laundry facilities, bathtubs and showers shall be supplied with hot or tempered and cold running water in accordance with the International Plumbing Code.

Additionally, MCL 125.472 states that: "[e]very dwelling . . . shall have within each apartment or family unit at least 1 approved sink with running water furnished in sufficient quantity at all

4

times." As stated in Plaintiff's verified complaint, the City's Department of Economic Development and Planning Director, Rawley VanFossen, has declared that the ongoing situation at Sycamore Townhomes constitutes a public nuisance. This determination is based on the litany of unaddressed IPMC violations related to health and safety (as listed in Plaintiff's verified complaint), the presence of a mound of demolition debris in one of the parking lots, and the imminent risk of having the water and sewer services shut-off by the Lansing Board of Water and Light.

The city has a right to seek redress for a public nuisance. "It is firmly established that nuisance abatement, as a means to promoting public health, safety, and welfare, is a legitimate exercise of police power." *Bonner v. City of Brighton*, 495 Mich 209, 229 (2014). The Circuit Court has "broad equitable authority to abate nuisances under MCL 600.2940." *Ypsilanti Charter Township v. Kircher*, 281 Mich App 251, 275-276 (2008). "Code violations such as exposed live electrical wires, significant accumulations of trash and rubbish, insect and vermin infestations, falling bricks and windows, collapsing walls, and sanitary sewer leakages certainly posed substantial risks to the general health, safety, and welfare of the tenants [of the subject property]." *Id.* at 277.

The City asks this Court to appoint a receiver to take over Defendant's property and take whatever action necessary to abate the ongoing nuisances and ensure the property is made safe and habitable. "[T]he appointment of a receiver is appropriate when other attempts have failed and a property owner has repeatedly refused to comply with the court's orders." *Id.* at 273. Here, the City has brought two District Court enforcement actions and engaged in good faith discussions for over a year, but unfortunately, the current condition of Sycamore Townhomes has not improved and appears to be in immediate danger of worsening. It is clear that the

5

Defendant is either unable or unwilling to bring this property into compliance, thus necessitating Court intervention through the appointment of a receiver. Given the long history of litigation involving Sycamore Townhomes (laid out in greater detail in Plaintiff's verified complaint), the City is likely to ultimately prevail in this matter.

### B.     The City of Lansing will suffer immediate and irreparable harm if Defendant is allowed to operate a public nuisance.

Defendant's failure to timely pay its utilities and to allow the accumulation of a large amount of demolition debris in its parking lot places an extreme burden on the City of Lansing. Defendant is currently in arrears to the Lansing Board of Water and Light in excess of $80,000 in unpaid water and sewer bills. It is currently in imminent risk of having its water and sewer service shut-off, which will render the currently occupied units at Sycamore Townhomes uninhabitable. "[W]e are not implying that irreparable harm must have already occurred in order for [preliminary] injunctive relief to be available. Rather . . . we recognize that a preliminary injunction may be appropriately entered if it is demonstrated that the applicant *will suffer* irreparable injury absent the preliminary injunction." *Michigan Coalition of State Employee Unions v. Michigan Civil Service Com'n,* 465 Mich 212, 228 (2001) (emphasis added).

When water and sewer service is shut-off, the City will have no choice but to red tag and vacate those units because rental units are required to maintain utilities. Vacating affected units would further burden the City by necessitating use of the City's limited resources to find emergency shelter for potentially hundreds of displaced tenants. It is unlikely, given the current housing market, that all displaced tenants would be able to find sufficient alternate housing.[4]

---

[4] It is believed that many of the affected tenants rely upon Section 8 housing voucher assistance and displacement of those individuals would impair their ability to use those government subsidies.

6

There is no amount of monetary damages available that would compensate for the additional strain placed on the stretched resources of the city, its employees, or the greater community. Additionally, the impending displacement of dozens or hundreds of individuals would create a potential state of emergency in the City of Lansing and require the establishment of emergency shelters. The conversion of public buildings into emergency shelters deprives the public of their traditional uses and places an incalculable strain on the City and its employees.

Given the imminent shut off of water and sewer services to Sycamore, a temporary restraining order and preliminary injunction is required to maintain the status quo and prevent the catastrophic displacement of dozens, if not hundreds, of persons. "It is the settled policy of this Court under such circumstances to grant to a litigant who is *threatened* with irreparable injury temporary injunctive relief and thereby preserve the original status quo." *Niedzialek v Journeymen Barbers, Hairdressers & Cosmetologists' International Union of America, Local no. 552 (A.F.L.) et al.*, 331 Mich 296, 300 (1951). By requiring Defendant to pay for past due utilities and removal of construction debris, it would enable the property to maintain status quo in that units would not need to be immediately vacated.

Allowing additional physical or financial waste to the property will cause irreparable harm to an appointed receiver's ability to rapidly stabilize the property and insure the health, safety, and welfare of the tenants. Defendant has shown, through their delinquency with the Board of Water and Light and their lack of compliance with orders of the district court, an inability to manage their finances in a way that directly and irreparably harms Sycamore Townhomes and its tenants. Defendant should be enjoined from creating any further waste to the property or liquidating any assets or spending any funds derived from rents paid by the tenants of Sycamore Townhomes, except to the extent this court deems necessary to operate the

7

property in maintenance of the status quo and for the health, safety, and welfare of the tenants.

Additionally, the storage of a large amount of rubble and other demolition debris onsite creates an ongoing, attractive nuisance that the City has taken emergency measures to fence off from those living onsite and the general public. Again, the City is not required to wait for a child or other member of the public to be actually injured by the attractive and public nuisance at Defendant's property, but is required to show that such harm is sufficiently likely. *See Mich Coalition of State Employees Unions; Niedzialek, Supra.* However, the City cannot monitor the site 24/7 and cannot assume responsibility for the maintenance of Defendant's property in a safe condition. The illegal dumping, presumably due to Defendant's non-payment to the demolition contractor, required the use of Police resources, Code Enforcement resources, and emergency fencing contract services. There is a direct and irreparable harm to the City in the diversion of resources to Defendant's property, the need for near constant oversight to avoid catastrophic harm to its citizens, and the ongoing health and safety risk posed by Defendant's absolute failure to maintain its property in a safe and hospitable manner. Allowing for immediate abatement of the nuisance allows this court the appropriate time to consider the larger matter of whether the appointment of a receiver is appropriate while ensuring that those currently residing at Sycamore can do so safely.

C. *The City will be harmed more by the lack of an injunction than the Defendant will be by its issuance.*

As illustrated above, the City is forced to allocate finite and irreplaceable resources to ensuring Defendant's property is reasonably maintained for the tenants currently residing there or for their neighbors. Requiring Defendant to pay for past-due utilities for which rent was already collected in no way harms the Defendant. Additionally, requiring Defendant to clean up

8

or pay for proper disposal of construction debris is a part of basic maintenance of property owners.

If an injunction is not issued, the City will suffer immediate and irreparable harm. Although there is some potential redress available to the City to be monetarily compensated for its employees' time and effort, not to mention the actual expenditure of abating the nuisances, there is no compensation for the expending of limited resources to focus on Defendant's property at the expense of others in the City of Lansing. There are only so many code enforcement officials and so much time in the day to monitor tens of thousands of rental housing units located within the City. Additionally, the City of Lansing does not have the resources to deal with the potential of a mass eviction of dozens or hundreds of residents who would be displaced by Defendant's failure to timely pay its water and sewer bill. The City's resources are stretched thin dealing with the traditionally homeless or otherwise displaced individuals, much less dozens or hundreds of new individuals unlikely to be able to immediately find new housing.

There is no question that the harm to the City far outweighs the "harm" of Defendant being forced to carry out its obligations.

**D.      The Public Interest Supports issuance of a Temporary Restraining Order.**

Public interest weighs heavily in favor of the issuance of a temporary restraining order in this matter. There is substantial public interest in the City of Lansing in enforcing its ordinances, the laws of the State of Michigan, and its inherent police powers. Similarly, there is a public interest in safe and habitable housing in the City of Lansing. There is also an immense public interest in avoiding the immense burden of having to provide emergency shelter for dozens or hundreds of displaced persons using public resources. Such a situation amounts to a relative state

9

of emergency and would have a great impact on the citizens of Lansing who use public buildings and resources for their intended purposes.

Additionally, the public interest overwhelmingly favors requiring Defendant to clean up the mound of demolition debris in its parking lot. Although the City has erected emergency fencing to attempt to secure the pile, it is likely to attract individuals looking for scrap metal and curious children. There is a significant public interest in insuring that the debris is removed as soon as possible so that nobody is injured by it and so that it does not become increasingly scattered and contaminate the rest of the property. The public has an interest in the maintenance of safe housing, secure from massive piles of demolition debris that could harm their children, invite criminal activity, and ruin the quiet enjoyment of their property and that of their neighbors.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Plaintiff City of Lansing respectfully requests this Honorable Court:

1. Grant Plaintiff's Motion for a Temporary Restraining Order and Order to Show Cause;

2. Impose a Temporary Restraining Order requiring that:

    a. Defendant Maintain utility services at the property;

    b. Defendant Immediately remove the demolition debris;

    c. Defendant prevent any waste to the property

    d. Defendant is enjoined from liquidating, spending, alienating, encumbering, or otherwise disposing of any monies held in any accounts controlled by Defendant that are derived from rent payments from the tenants of Sycamore Townhomes, other than as this court shall order as necessary to maintain the status quo and provide for the health, safety, and welfare of said tenants

10

3. Set a hearing after which the Temporary Restraining Order would become a Preliminary Injunction;

4. Award all such other relief the court deems appropriate including costs and attorney fees.

Respectfully Submitted,

Date: May 31, 2024

/s/ Matthew D. Staples
Matthew D. Staples (P84571)
*Attorney for Plaintiff*
124 W. Michigan Ave., 5th Floor
Lansing, MI 48933
(517) 483-4320

11

## STATE OF MICHIGAN

## IN THE 56TH CIRCUIT COURT FOR THE COUNTY OF EATON

| | |
|---|---|
| CITY OF LANSING, a Michigan municipal corporation, | Case No. 24-          -CZ |
| Plaintiff, | Hon. |
| v. | |
| WOODSIDE MEADOWS APTS OWNER LLC, | |
| Defendant. | |

Gregory S. Venker (P81780)
F. Joseph Abood (P42307)
Matthew Staples (P84571)
*Attorneys for Plaintiff*
124 W. Michigan Avenue, 5th Floor
Lansing MI 48933
(517) 483-4320
cityatty@lansingmi.gov

## EX PARTE TEMPORARY RESTRAINING ORDER

At a session of said Court,
held in the Circuit Court for the
County of Eaton, State of Michigan
this _____ day of _____ , 2024.

## PRESENT:  HONORABLE _____

This Honorable Court having considered Plaintiff's Ex Parte Motion for Temporary Restraining Order, Order to Show Cause and Preliminary Injunction and Brief in support, and this Court being fully advised in the premises thereof:

### THIS COURT HEREBY FINDS:

1.      That the City of Lansing is likely to prevail on the merits in this matter;

2.      That the condition of the property is creating a serious and ongoing threat to the health, safety, and welfare of the tenants of Sycamore Townhomes and is therefore a public nuisance, that should dozens or hundreds of individuals become unhoused due to Defendant's actions and/or inactions the City of Lansing would suffer serious and irreparable harm, and that

Page 1 of 2

the City of Lansing and the appointed receiver would suffer serious and irreparable harm by allowing continued physical and financial waste to occur;

    3.    That a balancing of the equities favors issuance of a temporary restraining order;

    4.    That the public interest weighs strongly in favor of issuance of a temporary restraining order.

### IT IS ORDERED THAT:

    1.    Defendant shall immediately bring current all accounts with the Lansing Board of Water and Light and ensure continued utility services to Sycamore Townhomes;

    2.    Defendant shall immediately remove the demolition debris that has been dumped in the parking lot of the leasing office at Sycamore Townhomes;

    3.    Defendant is enjoined from allowing any additional waste to the property;

    4.    Defendant is enjoined from liquidating, spending, alienating, encumbering, or otherwise disposing of any monies held in any accounts controlled by Defendant that are derived from rent payments from the tenants of Sycamore Townhomes, other than as this court shall order as necessary to maintain the status quo and provide for the health, safety, and welfare of said tenants;

    5.    A hearing shall be held in regard to the above-referenced matter on _____ _____, 2024, at _____ a.m./p.m. before _____ in his/her courtroom at _____ ;

    6.    No security or bond shall be required to be posted by Plaintiff pursuant to MCR 3.310(D)(2) for the reason that the applicant is a municipal corporation.

*This order does not resolve the last pending claim and does not close the case.*

_____
Circuit Court Judge