UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CITY OF LANSING

       Plaintiff(s),                 Case No. 1:24-cv-00590

v.

WOODSIDE MEADOWS APTS OW

       Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, **Woodside Meadows Apt Owners LLC** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Woodside Villas LLC; FF Holdings LLC; Lansing MI INvestor LLC; ZFAM Holdings LLC; F MI Holdings LLC; Zicherman Mishpacha Holdings LLC

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 06/05/2024                  /s/ Jacob L. Carlton
(Signature)

Jacob L. Carlton
Miller Johnson
Attorneys for Defendant
45 Ottawa Av SW 1100, Grand Rapids MI, 49503
carltonj@millerjohnson.com
616.831.1843