UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF LANSING,

    Plaintiff,

v.

WOODSIDE MEADOWS APTS OWNER LLC,

    Defendant,

And

ARBOR REALTY PARTICIPATION, LLC,

    Intervenor-Defendant.

Case No. 1:24−cv−00590
Hon. Jane M. Beckering
Magistrate Judge Ray Kent

---

**STIPULATED ORDER EXTENDING THE DEADLINE FOR RESPONSES TO THE RECEIVER'S MOTION FOR ORDER APPROVING REHABILITATION STRATEGY AND TO ABATE PUBLIC NUISANCE [ECF NO. 81]**

Pursuant to the parties' stipulations as evidenced by the signatures of counsel below, and for the purpose of extending the deadline for the filing of responses to the Receiver's Motion for Order Approving Rehabilitation Strategy and to Abate Public Nuisance [ECF No. 81, "the Motion")

IT IS SO ORDERED, that responses to the Receiver's Motion shall be filed by March 14, 2025, absent further order of the Court.

/s/ Jane M. Beckering
HON. JANE M. BECKERING
United States District Judge

Dated: March 5, 2025

{04180782 v1}
20177-001C

SO STIPULATED:

*/s/Matthew Mitchell*
Matthew Mitchell, Esq. (P69810)
Maddin, Hauser, Roth & Heller, P.C.
One Towne Square, Fifth Floor
Southfield, MI 48076
(248) 827-1874
mmitchell@maddinhauser.com
Attorneys for Defendant Woodside

*/s/Matthew Staples (w/consent)*
Matthew Staples, Esq. (P84571)
Office of the City Attorney for the City of Lansing
124 W Michigan Ave Fl 5
Lansing, MI 48933-1670
(517) 483-4320
matthew.staples@lansingmi.gov
Attorneys for Plaintiff City of Lansing


*/s/John W. Polderman (w/consent)*
John W. Polderman, Esq. (P65720)
Stevenson & Bullock, PLC
26100 American Dr., Ste. 500
Southfield, MI 48034
(248) 354-7906
Fax: (248) 354-7907
Email: jpolderman@sbplclaw.com
Court Appointed Receiver John Polderman

*/s/Max J. Newman (w/consent)*
Max Newman, Esq. (P51483)
Butzel Long PC
201 W Big Beaver Rd Ste 1200
Troy, MI 48084-4120
(248) 258-2907
newman@butzel.com
Attorney for Intervenor-Defendant Arbor Realty Participation, LLC.

{04180782 v1}
20177-001C

2